1  RANDALL W. EDWARDS (S.B. #179053)
   redwards@omm.com
2  DAMALI A. TAYLOR (S.B. #262489)
   dtaylor@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
4  San Francisco, California 94111-3823
   Telephone:    +1 415 984 8700
5  Facsimile:    +1 415 984 8701

6  AMY LAURENDEAU (S.B. #198321)
   alaurendeau@omm.com
7  O'MELVENY & MYERS LLP
   610 Newport Center Drive, 17th Floor
8  Newport Beach, California 92660
   Telephone:    +1 949 823 6900
9  Facsimile:    +1 949 823 6994

10 Attorneys for Defendant
   FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER,<br><br>        Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No. 2:20-cv-01796-TLN-CKD<br><br>**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) AND LOCAL RULE 230(A) AND (B)**<br><br>Hearing Date: November 12, 2020<br>Time: 2:00 p.m.<br>Judge: Hon. Troy L. Nunley<br>Courtroom: 2, 15th Floor<br><br>Action Filed: September 4, 2020 |

| | |
|---|---|
| 1 | **NOTICE OF MOTION AND MOTION TO DISMISS** |
| 2 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 3 | PLEASE TAKE NOTICE that on November 12, 2020 at 2:00 p.m., or at such other time |
| 4 | as the Court shall order, in Courtroom 2 of the above-entitled Court, located at 501 I Street, |
| 5 | Sacramento, California 95814, the Honorable Troy L. Nunley, United States District Judge, |
| 6 | presiding, Defendant Ford Motor Company will and hereby does move under Federal Rule of |
| 7 | Civil Procedure 12(b)(6) and Local Rule 230(a) and (b) for an order dismissing the Complaint. |
| 8 | This Motion is based upon this Notice of Motion and Motion to Dismiss, the Memorandum of |
| 9 | Points and Authorities, the accompanying Declaration of Randall W. Edwards, the pleadings on |
| 10 | file in this matter, oral arguments of counsel (if any), and other matters as the Court may |
| 11 | consider. |

Dated: October 15, 2020                    O'MELVENY & MYERS LLP

By:   /s/ *Randall W. Edwards*
          Randall W. Edwards
      Attorneys for Defendant
      Ford Motor Company