RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
DAMALI A. TAYLOR (S.B. #262489)
dtaylor@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701

AMY LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660
Telephone:    +1 949 823 6900
Facsimile:    +1 949 823 6994

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | Case No. 2:20-cv-01796-TLN-CKD<br><br>**DECLARATION OF RANDALL W. EDWARDS IN SUPPORT OF DEFENDANT FORD'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) AND LOCAL RULES 230(A) AND (B)**<br><br>Hearing Date: November 12, 2020<br>Time:　　　　2:00 p.m.<br>Judge:　　　Hon. Troy L. Nunley<br>Courtroom:　2, 15th Floor<br><br>Action Filed:　September 4, 2020 |

I, Randall W. Edwards, declare as follows:

1. I am an attorney licensed to practice in the State of California and in Federal District Court for the Eastern District of California. I am a partner of the law firm O'Melveny & Myers LLP, counsel of record for Defendant Ford Motor Company. I submit this declaration in support of Defendant's concurrently filed Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rules 230(A) and (B). I have personal knowledge of the following facts and, if called and sworn as a witness, I could and would testify to them.

2. I attach as Exhibit A the 2017 Model Year Ford Warranty Guide, which is publicly available on Ford's website at https://www.fordservicecontent.com/Ford_Content/Catalog/owner_information/2017-Ford-Car-LT-Truck-Warranty-version-3_frdwa_EN-US_03_2018.pdf.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of October, 2020, in San Francisco, CA.

Dated: October 15, 2020　　　　　　　　　O'MELVENY & MYERS LLP

By:　/s/ *Randall W. Edwards*
　　　Randall W. Edwards

　　　Attorneys for Defendant
　　　Ford Motor Company