UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESTA MILLER, *as an individual and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No.  2:20-cv-01796-TLN-CKD<br><br>**ORDER ON STIPULATION FOR AMENDMENT OF THE COMPLAINT AND DEADLINES RELATED TO DEFENDANT'S RESPONSE** |

The Court having reviewed the Joint Stipulation for Amendment of the Complaint and Deadlines for Defendant's Response to the Amended Complaint made by and between Plaintiff Vanessa Miller and Defendant Ford Motor Company, **IT IS SO ORDERED** that the Joint Stipulation is granted.

Plaintiff shall file an Amended Complaint by November 5, 2020. Defendant shall respond to the Amended Complaint by December 4, 2020. In the event Defendant moves to dismiss the Amended Complaint, Plaintiff shall oppose the motion by January 6, 2021, Defendant shall reply in support of the motion by January 20, 2021, and the motion shall be heard on Thursday, February 4, 2021 at 2:00 p.m.

Dated:  October 22, 2020

Troy L. Nunley
United States District Judge