1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11
12
13
14
15
16
17
18
19
20

VANESSA MILLER, PATSY LUND, AMBER WEST, EVAN WEST, DARRICK CHRISTODARO, AMY HOFFER, JAMES PADGETT, JILLIAN CONSTABLE, MONTERIO BUTCHER, HARLAMPI BOZHINOV, MARY GLADE, TERESA BALSZEK, CRAIG MORFORD, KELLI MORFORD, AARON MANFRA, VICTORIA MANFRA, STACEY COPPOCK, RACHEL GOODRICH, BRIAN SIMONDS, DAVID SCHIAVI, ROBYN PIROG, ZACHARY SCOTT DAMM, AMANDA GATES, AND SHARI TECHLIN, as individuals and on behalf of all others similarly situated,

Plaintiffs,

21

v.

22

FORD MOTOR COMPANY,

23

Defendant.

24

Case No.  2:20-cv-01796-TLN-CKD

(Consolidated with Nos. 2:21-cv-00417-TLN-CKD, 2:21-cv-00468-TLN-CKD)

**ORDER ON STIPULATION FOR DEADLINES REGARDING DEFENDANT'S MOTION TO DISMISS**

Hearing Date: October 28, 2021
Time: 2:00 p.m.
Judge: Hon. Troy L. Nunley
Courtroom: 2, 15th Floor

Consolidated Compl. Filed: June 21, 2021

25
26

The Court having reviewed the Joint Stipulation for Deadlines Regarding Defendant's

27

Motion to Dismiss made by and between Plaintiffs and Defendant Ford Motor Company, **IT IS**

28

**SO ORDERED** that the Joint Stipulation is granted.

1    Plaintiffs shall oppose the motion to dismiss by September 24, 2021; Defendant shall

2  reply in support of the motion by October 14, 2021; and the motion shall be heard on Thursday,

3  October 28, 2021 at 2:00 p.m. in Courtroom 2.

4

5

Dated: August 6, 2021

6                                                    _____

7                                                    Troy L. Nunley
                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28