Stuart C. Talley (S.B. #180374)
KERSHAW TALLEY BARLOW PC
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916)w 721-2501
stuart@ktblegal.com

[Additional Counsel on Signature Pages]

*Attorneys for Plaintiffs and the Proposed Class*


Randall W. Edwards (S.B. #179053)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
redwards@omm.com

[Additional Counsel on Signature Pages]

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, *et al.,* individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No.  2:20-cv-01796-TLN-CKD<br><br>CLASS ACTION<br><br>**JOINT STIPULATION REGARDING DEADLINES AND BRIEFING SCHEDULE FOR PLAINTIFFS' AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; ORDER** |

1   WHERAS on August 10, 2022, the Court entered an Order denying in part and granting in
2   part Defendant Ford Motor Company's motion to dismiss (ECF No. 76);

3   WHEREAS the Court's August 10, 2022 Order granted leave for Plaintiffs to file an
4   amended complaint within 30 days of August 10, 2022, and ordered Defendant Ford Motor
5   Company to file a response within 21 days after Plaintiffs file their amended complaint;

6   WHEREAS the deadline for Plaintiffs' amended complaint is currently September 9, 2022,
7   and the deadline for Defendant Ford Motor Company's response to the amended complaint is
8   currently September 30, 2022;

9   WHEREAS counsel for the parties have scheduling conflicts and believe that a brief
10  extension of the aforementioned deadlines is necessary to efficiently and fulsomely address the
11  issues the Court raised in its August 10, 2022 Order and to brief Defendant's anticipated motion to
12  dismiss;

13  WHEREAS no other deadlines would be impacted by the requested extension;

14  WHEREAS the parties previously stipulated to a brief extension of the deadlines pertaining
15  to Ford's Motion to Dismiss the Consolidated Class Action Complaint (ECF No. 52), and this Court
16  signed that Stipulation (ECF No. 53);

17  NOW THEREFORE, the parties hereby stipulate and agree, subject to Court approval for
18  good cause shown, to the following:

19  - Plaintiffs shall file their amended complaint by **September 28, 2022**;
20  - Defendant shall file its response to Plaintiffs' amended complaint by **October 28,**
21    **2022**;
22  - Plaintiffs shall file their opposition to any motion to dismiss the amended complaint
23    by **December 2, 2022**; and
24  - Defendant shall file its reply in support of its motion to dismiss the amended
25    complaint, if any, by **December 19, 2022**.

26  IT IS SO STIPULATED.

28  [*signature pages follow*]

- 1 -

JOINT STIPULATION AND ORDER
CASE NO. 2:20-CV-01796-TLN-CKD

| | | |
|---|---|---|
| 1 | Dated: August 23, 2022 | KERSHAW TALLEY BARLOW PC |
| 2 | | |
| 3 | | /s/ *Stuart C. Talley* |
| 4 | | Stuart C. Talley (S.B. #180374)<br>William A. Kershaw (S.B. #057486) |
| 5 | | Ian J. Barlow (S.B. #262213)<br>401 Watt Avenue |
| 6 | | Sacramento, California 95864<br>Telephone: (916) 779-7000 |
| 7 | | Facsimile: (916) 721-2501<br>bill@ktblegal.com |
| 8 | | stuart@ktblegal.com<br>ian@ktblegal.com |
| 9 | | Tarek H. Zohdy (S.B. #247775) |
| 10 | | Cody R. Padgett (S.B. #275553)<br>CAPSTONE LAW, APC |
| 11 | | 1875 Century Part East, Suite 1000<br>Los Angeles, California 90067 |
| 12 | | Tarek.Zohdy@Capstonelawyers.com<br>Cody.Padgett@Capstonelawyers.com |
| 13 | | Mark P. Chalos (*pro hac vice*) |
| 14 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>One Nashville Place |
| 15 | | 150 Fourth Avenue, Suite 1650<br>Nashville, Tennessee  37219-2423 |
| 16 | | Telephone: (615) 313-9000<br>mchalos@lchb.com |
| 17 | | Annika K. Martin (*pro hac vice*) |
| 18 | | Gabriel Panek (*pro hac vice*)<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 19 | | 250 Hudson Street, 8th Floor<br>New York, New York  10013-1413 |
| 20 | | akmartin@lchb.com<br>gpanek@lchb.com |
| 21 | | Russell D. Paul (*pro hac vice*) |
| 22 | | Amey J. Park (*pro hac vice*)<br>Abigail J. Gertner (*pro hac vice*) |
| 23 | | BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600 |
| 24 | | Philadelphia, PA 19103<br>Telephone: (215) 875-3000 |
| 25 | | rpaul@bm.net<br>apark@bm.net |
| 26 | | agertner@bm.net |
| 27 | | |
| 28 | | |

Thomas P. Thrash (*pro hac vice*)
William P. Crowder (*pro hac vice*)
THRASH LAW FIRM PA
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
willcrowder@thrashlawfirmpa.com

Patrick Newsom (*pro hac vice*)
NEWSOM LAW PLC
40 Music Square East
Nashville, Tennessee 37203
Telephone: 615-251-9500
patrick@newsom.law

*Attorneys for Plaintiffs and the Proposed Class*

Dated: August 23, 2022         O'MELVENY & MYERS LLP


/s/ *Randall W. Edwards* (as authorized on August 23, 2022)
Randall W. Edwards (S.B. #179053)
Two Embarcadero Center
28th Floor
San Francisco, California 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
redwards@omm.com

Amy Laurendeau (S.B. #198321)
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Telephone:  (949) 823-6900
Facsimile:  (949) 823-6994
alaurendeau@omm.com

*Attorneys for Defendant Ford Motor Company*

### **ORDER**

**IT IS SO ORDERED.**

Dated: August 23, 2022

_____
Troy L. Nunley
United States District Judge