# EXHIBIT 1

I, Vanessa Miller, under penalty of perjury, do hereby state as follows:

1.    I am over the age of eighteen (18), and a Named Plaintiff and proposed Class Representative in the above-entitled action. This Declaration, which is based on my personal knowledge of the facts stated herein, is submitted in support of the Class Action Complaint filed concurrently herewith, pursuant to Cal. Civ. Code § 1780(d).

2.    As Named Plaintiff, I bring this action for money damages, equitable relief, and restitution on behalf of myself and all similarly situated individuals and entities who were harmed by the practices described in the Complaint.

3.    As detailed in the Complaint, I reside in the Eastern District of California, purchased my vehicle in the Eastern District of California, and a substantial portion of the events detailed in the Complaint took place in the Eastern District of California.  Furthermore, Defendant conducts substantial business in, and has gained substantial benefit from doing business in the Eastern District of California.

I declare that the foregoing is true and correct. Executed in Sacramento, California, on September 4, 2020.

_____
VANESSA MILLER

VENUE DECLARATION OF VANESSA MILLER
CASE No. _____