UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, ET AL., | 2:20-cv-01796-DAD-CKD |
| Plaintiffs, | ORDER |
| v. | |
| FORD MOTOR COMPANY, | |
| Defendant | |

**ORDER**

The court, having considered the parties' stipulation to continue the hearing on plaintiffs' motion to compel discovery (ECF No. 93), and good cause appearing, hereby orders that the July 26, 2023 hearing date on plaintiffs' motion to compel (ECF No. 91) is CONTINUED to August 30, 2023 at 10:00 a.m. If the discovery dispute cannot be resolved in the interim, then the parties shall file a joint statement on or before August 16, 2023, as required by Local Rule 251.[1]

/////

/////

---

[1] The parties are reminded that the court urges informal resolution of discovery disputes, if possible. The parties may contact the undersigned's courtroom deputy, Lisa Kennison, at lkennison@caed.uscourts.gov or (916) 930-4004 to request an informal telephonic conference with the court. More information regarding the informal telephonic procedures is available on the court's website. See https://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/5055/.

1

IT IS SO ORDERED.

Dated:  July 13, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,mill.1796

2