UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et.al,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:20-cv-01796-DAD-CKD<br><br>ORDER |

**ORDER**

The court, having considered the Stipulation to Continue Hearing on Plaintiffs' Motion to Compel Discovery to November 1, 2023, and good cause appearing, hereby orders that the August 30, 2023, hearing date on Plaintiffs' Motion (ECF No. 91) is continued to November 1, 2023, at 10:00 a.m., or as soon thereafter as this matter may be heard.  If the discovery dispute cannot be resolved in the interim, then the Parties shall file a Joint Statement on or before October 18, 2023, as required by Local Rule 251.

IT IS SO ORDERED.

Dated:  August 18, 2023

21,mill.1796

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE