1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VANESSA MILLER, et al.,                    No.  2:20-cv-01796-DAD-CKD

12                 Plaintiffs,

13         v.                                    ORDER RELATING AND REASSIGNING
                                                 CASE
14   FORD MOTOR COMPANY,

15                 Defendant.

16   TREVOR NELSON, et al.,                      No.  2:24-cv-02231-DJC-CKD

17                 Plaintiffs,                   **New Case No.  2:24-cv-02231-DAD-CKD**

18         v.

19   FORD MOTOR COMPANY,

20                 Defendant.

21

22         An examination of the above-captioned actions reveals that they are related within the

23   meaning of Local Rule 123(a).  Accordingly, assignment of the above-captioned actions to the

24   same district judge and magistrate judge will promote substantial efficiency and economy for the

25   court and is likely to be convenient for the parties.

26   /////

27   /////

28   /////

                                            1

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases.  The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort.  L.R. 123(c).  Such good cause appearing here, the court orders that Case No. 2:24-cv-02231-DJC-CKD is reassigned to the undersigned and Magistrate Judge Carolyn K. Delaney.  The caption on documents filed in the reassigned case shall be shown as: 2:24-cv-02231-DAD-CKD.  It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   **October 19, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2