UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al., | No. 2:20-cv-01796-DAD-CKD |
| Plaintiffs, | |
| v. | ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE CLASS COUNSEL |
| FORD MOTOR COMPANY, | |
| Defendant. | (Doc. No. 110) |

This matter is before the court on the unopposed motion for leave to substitute class counsel filed on behalf of plaintiff on January 10, 2025. (Doc. No. 110.)

On October 19, 2021, the previously-assigned district judge granted plaintiff's motion to appoint attorney Mark P. Chalos of Lieff Cabraser Heimann & Bernstein, LLC, and attorney Tarek H. Zohdy of Capstone Law APC ("Capstone"), as Interim Lead Class Counsel in this action. (Doc. No. 60 at 2.) On January 10, 2025, plaintiff filed the pending motion, stating that attorney Zohdy "is no longer with the law firm of Capstone Law APC" and requesting that attorney Cody R. Padgett of Capstone be appointed as Interim Lead Class Counsel in his place.[1]

/////

---

[1] Attorney Zohdy filed a notice of withdrawal on February 26, 2025 and was terminated as counsel of record in this action that same day. (Doc. No. 118.)

1

1  (Doc. No. 110 at 2.)  Plaintiffs do not seek any other modifications to the leadership structure in
2  this action or to the previously-assigned district judge's order.  (*Id.*)

3  In appointing class counsel, the court "must consider:  (i) the work counsel has done in
4  identifying or investigating potential claims in the action; (ii) counsel's experience in handling
5  class actions, other complex litigation, and the types of claims asserted in the action;
6  (iii) counsel's knowledge of the applicable law; and (iv) the resources that counsel will commit to
7  representing the class[.]" Fed. R. Civ. P. 23(g)(1)(A).  Here, attorney Padgett has been counsel of
8  record in this action since the previously-assigned district judge issued an order on May 6, 2021
9  consolidating this action with *Reed v. Ford Motor Co.*, Case No. 2:21-cv-00417-DAD-CKD, and
10 *Lund v. Ford Motor Co.*, Case No. 2:21-cv-00468-DAD-CKD.  (Doc. No. 36.)  Attorney Padgett
11 is the director of Capstone's consumer class action practice group and has extensive experience
12 litigating automotive defect class actions.  (Doc. No. 110-1 at 2–5.)

13 After considering the declaration of attorney Padgett filed in connection with the pending
14 motion, the prior filings and orders regarding the appointment of class counsel in this action, and
15 the factors enumerated in Rule 23(g), the court GRANTS plaintiff's unopposed motion to appoint
16 attorney Cody R. Padgett as one of plaintiff's Interim Lead Class Counsel in place of attorney
17 Tarek H. Zohdy.

18  IT IS SO ORDERED.

19 Dated:  **June 9, 2025**

20                                                     DALE A. DROZD
                                                       UNITED STATES DISTRICT JUDGE

2