| | |
|---|---|
| William A. Kershaw (SBN 057486) <br> Stuart C. Talley (SBN 180374) <br> Ian J. Barlow (SBN 262213) <br> **KERSHAW TALLEY BARLOW PC** <br> 401 Watt Avenue <br> Sacramento, California 95864 <br> Telephone: (916) 779-7000 <br> Facsimile: (916) 721-2501 <br> bill@ktblegal.com <br> stuart@ktblegal.com <br> ian@ktblegal.com <br><br> [Additional Counsel on Signature Pages] <br><br> *Attorneys for Plaintiffs and the Proposed Classes and Subclasses* | Randall W. Edwards (S.B. #179053) <br> **O'MELVENY & MYERS LLP** <br> Two Embarcadero Center, 28th Floor <br> San Francisco, California 94111 <br> Telephone: (415) 984-8700 <br> Facsimile: (415) 984-8701 <br> redwards@omm.com <br><br> [Additional Counsel on Signature Pages] <br><br> *Attorneys for Defendant Ford Motor Company* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, PATSY LUND, AMBER WEST, EVAN WEST, DARRICK CHRISTODARO, AMY HOFFER, JILLIAN CONSTABLE, MONTERIO BUTCHER, HARLAMPI BOZHINOV, TERESA BALASZEK, CRAIG MORFORD, KELLI MORFORD, AARON MANFRA, VICTORIA MANFRA, RACHEL GOODRICH, BRIAN SIMONDS, ROBYN PIROG, ZACHARY SCOTT DAMM, AMANDA GATES, TYSON JOHN BATDORF, ANTHONY CICERO, DAVID GONZALEZ, JEFFERY HODGES, MARK KENNEDY, JOHN KRECEK, TRACEY ANN METRO, SCOTT PICKERING, and KIMBERLY THOMAS, as individuals and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 2:20-cv-01796-DAD-CKD <br> (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD) <br><br> CLASS ACTION <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

1  Plaintiffs and Defendant, by and through their undersigned counsel, hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 143 to the voluntary dismissal of Plaintiffs Monterio Butcher, Rachel Goodrich, and Jeffrey Hodges without prejudice. The other Plaintiffs will continue to prosecute this action on behalf of themselves and the proposed classes and subclasses.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. DALE A. DROZD
UNITED STATES DISTRICT JUDGE

Dated:  September 29, 2025          Respectfully submitted,

KERSHAW TALLEY BARLOW PC

*/s/ Stuart C. Talley*
William A. Kershaw (SBN 057486)
Stuart C. Talley (SBN 180374)
Ian J. Barlow (SBN 262213)
401 Watt Avenue
Sacramento, California 95864
Tel.: (916) 779-7000
Fax: (916) 244-4829
bill@ktblegal.com
stuart@ktblegal.com
ian@ktblegal.com

Mark P. Chalos (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, Suite 1650
Nashville, TN  37219-2423
Tel.: (615) 313-9000
mchalos@lchb.com

Phong-Chau G. Nguyen (S.B. #286789)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: (415) 956-1000
pgnguyen@lchb.com

Annika K. Martin (*pro hac vice*)
Gabriel A. Panek  (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
akmartin@lchb.com
gpanek@lchb.com

1  
2  
3  
4  
5  
6  
7  

    Cody R. Padgett (SBN 275553)  
    Abigail Gertner (*pro hac vice*)  
    Majdi Hijazin (*pro hac vice*)  
    Nate Kiyam (SBN 317677)  
    CAPSTONE LAW APC  
    1875 Century Park East, Suite 1000  
    Los Angeles, California 90067  
    Tel.: (310) 556-4811  
    Fax: (310) 943-0396  
    Cody.Padgett@capstonelawyers.com  
    Abigail.Gertner@capstonelawyers.com  
    Majdi.Hijazin@capstonelawyers.com  
    Nate.Kiyam@capstonelawyers.com  

8  
9  
10  
11  
12  
13  

    Russell D. Paul (*pro hac vice*)  
    Natalie Lesser (*pro hac vice*)  
    Amey J. Park (*pro hac vice*)  
    BERGER MONTAGUE PC  
    1818 Market Street, Suite 3600  
    Philadelphia, PA 19103  
    Tel.: (215) 875-3000  
    Fax: (215) 875-4604  
    rpaul@bm.net  
    nlesser@bm.net  
    apark@bm.net  

14  
15  
16  
17  

    Patrick Newsom (*pro hac vice*)  
    NEWSOM LAW PLC  
    40 Music Square East  
    Nashville, TN 37203  
    Tel.: (615) 251-9500  
    patrick@newsom.law  

18  
19  
20  
21  
22  

    Thomas P. Thrash (*pro hac vice*)  
    Will T. Crowder (*pro hac vice*)  
    THRASH LAW FIRM  
    1101 Garland Street  
    Little Rock, AR 72201  
    Tel.: (501) 374-1058  
    Fax: (501) 374-2222  
    tomthrash@thrashlawfirmpa.com  
    willcrowder@thrashlawfirmpa.com  

23  
24  
25  

    Steven G. Calamusa (*pro hac vice*)  
    GORDON & PARTNERS, P.A.  
    4114 Northlake Boulevard  
    Palm Beach Gardens, FL 33410  
    Tel.: (561) 799-5070  
    scalamusa@fortheinjured.com  

26  
27  

    *Attorneys for Plaintiffs and the Proposed Class and Subclasses*  

28

| | | |
|---|---|---|
| 1 | Dated: September 29, 2025 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | /s/ *Randall W. Edwards* (as authorized on Sept. 29, 2025)<br>Randall W. Edwards (S.B. #179053) |
| 4 | | Two Embarcadero Center<br>28th Floor |
| 5 | | San Francisco, California 94111<br>Telephone: (415) 984-8700 |
| 6 | | Facsimile: (415) 984-8701<br>redwards@omm.com |
| 7 | | Amy Laurendeau (S.B. #198321) |
| 8 | | O'MELVENY & MYERS LLP<br>610 Newport Center Drive |
| 9 | | 17th Floor<br>Newport Beach, California 92660 |
| 10 | | Telephone: (949) 823-6900<br>Facsimile: (949) 823-6994 |
| 11 | | alaurendeau@omm.com |
| 12 | | Kelsey M. Larson (S.B. #267982)<br>klarson@omm.com |
| 13 | | O'MELVENY & MYERS LLP<br>400 South Hope Street, 19th Floor |
| 14 | | Los Angeles, CA 90071<br>Tel: (213) 430-6000 |
| 15 | | Sherry A. Rozell (pro hac vice) |
| 16 | | McAFEE & TAFT<br>sherry.rozell@mcafeetaft.com |
| 17 | | 4050 S. Fairview Ave.<br>Springfield, MO 65807 |
| 18 | | Tel: 918-574-3001 |
| 19 | | *Attorneys for Defendant* |