Annika K. Martin (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9500
akmartin@lchb.com
[Additional Counsel on Signature Pages]

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*

Randall W. Edwards (S.B. #179053)
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
redwards@omm.com

[Additional Counsel on Signature Pages]

*Attorneys for Defendant Ford Motor Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VANESSA MILLER, et al.,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD)

TREVOR NELSON, et al.,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:24-cv-02231-DAD-CKD

**JOINT STIPULATION TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER**

Plaintiffs and Defendant Ford Motor Company, by and through their attorneys of record in the *Miller* (Case No. 2:20-cv-01796) and *Nelson* (Case No. 2:24-cv-02231) actions, stipulate and agree as follows:

WHEREAS, *Miller* is a putative class action that asserts claims on behalf of owners and lessees of certain Ford vehicles with 1.5L, 1.6L, and 2.0L EcoBoost engines;

WHEREAS, *Nelson* is a putative class action that asserts claims on behalf of owners and lessees of certain Ford vehicles with 2.3L EcoBoost engines;

WHEREAS, on June 10, 2026, the Court issued an Order consolidating the class certification briefing for the *Miller* and *Nelson* actions (Dkt. 159);

WHEREAS, the current deadline for Plaintiffs to file their combined motion for class certification in the *Miller* and *Nelson* actions is June 22, 2026, with Ford's opposition due July 15 and Plaintiffs' reply due July 29 (Dkts. 155, 159);

WHEREAS, the Parties contemplate that one or more motions to exclude expert opinions relevant to class certification may be filed after Plaintiffs file their motion for class certification;

WHEREAS, the Parties agree that the deadline to file motions to exclude expert opinions, if any, relevant to class certification issues should be August 12, 2026;

WHEREAS, the Parties agree that the deadline to file oppositions to motions to exclude expert opinions should be August 26, 2026;

WHEREAS, the Parties agree to forego replies in support of any motions to exclude expert opinions relevant to class certification issues, unless requested by the Court;

WHEREAS, the Parties agree that any motions to exclude expert opinions will relate only to opinions relevant to class certification, and that motions to exclude expert opinions not related to class certification will be filed at a later date;

WHEREAS, Ford intends to file a motion for partial summary judgment on June 22, 2026, against individual claims of certain named plaintiffs, although the Parties do not intend to set June 22, 2026 as the deadline for all motions for summary judgment (and, as a matter of due process,

could not file motions as to classwide issues unless and until one or more classes is certified and class members have received notice and an opportunity to opt out);

WHEREAS, the Parties agree to extend the briefing schedule on Ford's motion for partial summary judgment so that Plaintiffs shall have until July 22, 2026 to file their opposition, and Ford shall have until August 5, 2026 to file its reply;

WHEREAS, Ford believes that issues addressed in Ford's motion for partial summary judgment will be helpful to the Court in deciding Plaintiffs' motion for class certification, in that it would, if granted, potentially dispose of proposed class representatives in certain states or certain of their individual and putative class claims alleged in the Second Amended Consolidated Complaint;

WHEREAS, while Plaintiffs do not concede the relevance of any issues in Ford's motion for partial summary judgment, Plaintiffs do not oppose scheduling the hearing on Ford's motion for partial summary judgment on the same day as the hearing on motion for class certification;

WHEREAS, a hearing on Plaintiffs' motion for class certification has not yet been set;

WHEREAS, the Parties propose a September 21, 2026, hearing date on Plaintiffs' motion for class certification, any related motions to exclude expert opinions, and Ford's motion for partial summary judgment, subject to the Court's availability;

WHEREAS, the current scheduling order has an August 7, 2026 deadline to file "all other motions";

WHEREAS, the Parties agree that the August 7, 2026 deadline should be vacated until a decision on Plaintiffs' motion for class certification, particularly given additional issues that would need to be addressed following a decision on class certification;

WHEREAS, the Parties do not presently seek to change the pretrial conference or trial dates, but if a class is certified, given the time needed for post-certification activities in any class action, the Parties may later seek to amend those dates if good cause exists;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that the Scheduling Order in these actions shall be amended to reflect the following deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Plaintiffs file motion for class certification | June 22, 2026 | June 22, 2026 (same) |
| Ford files motion for partial summary judgment | Not set | June 22, 2026 |
| Ford files opposition to Plaintiffs' motion for class certification | July 15, 2026 | July 15, 2026 (same) |
| Plaintiffs file opposition to Ford's motion for partial summary judgment | Not set | July 22, 2026 |
| Plaintiffs file reply in support of motion for class certification | July 29, 2026 | July 29, 2026 (same) |
| Ford files reply in support of motion for partial summary judgment | Not Set | August 5, 2026 |
| Deadline for all other motions, except motions for continuances, temporary restraining orders, or other emergency applications | August 7, 2026 | To be reset following a ruling on Plaintiffs' motion for class certification |
| Parties file motions to exclude expert opinions relevant to class certification issues | Not set | August 12, 2026 |
| Parties file oppositions to motions to exclude expert opinions relevant to class certification issues | Not set | August 26, 2026 |
| Hearing on Plaintiffs' motion for class certification, motions to exclude experts relevant to class certification issues, and Ford's motion for partial summary judgment | Not set | September 21, 2026 |
| Final Pretrial Conference | January 11, 2027 | January 11, 2027 |
| Jury trial to begin | March 16, 2027 | March 16, 2027 |

**IT IS SO ORDERED.**

Dated: ________________, 2026

________________________________
Hon. Dale A. Drozd
United States District Judge

Dated: June 18, 2026

O'MELVENY & MYERS LLP

*/s/ Randall W. Edwards*
Randall W. Edwards (S.B. #179053)
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
redwards@omm.com

Amy Laurendeau (S.B. #198321)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
alaurendeau@omm.com

Kelsey M. Larson (S.B. #267982)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
klarson@omm.com

Sherry A. Rozell (*pro hac vice*)
McAFEE & TAFT
4050 S. Fairview Ave.
Springfield, MO 65807
Telephone: 918-574-3001
sherry.rozell@mcafeetaft.com

*Attorneys for Defendant Ford Motor Company*

Dated: June 18, 2026

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*/s/ Annika K. Martin* (*as authorized on June 18, 2026*)
Annika K. Martin (*pro hac vice*)
Gabriel Panek (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013
akmartin@lchb.com
gpanek@lchb.com

Mark P. Chalos (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, Tennessee 37201
Telephone: (615) 313-9000

mchalos@lchb.com

Phong-Chau G. Nguyen (S.B. #286789)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
pgnguyen@lchb.com

William A. Kershaw (S.B. #057486)
Stuart C. Talley (S.B. #180374)
Ian J. Barlow (S.B. #262213)
KERSHAW TALLEY BARLOW PC
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 244-4829
bill@ktblegal.com
stuart@ktblegal.com
ian@ktblegal.com

Cody R. Padgett (S.B. #275553)
Majdi Y. Hijazin (*pro hac vice*)
Abigail J. Gertner (*pro hac vice*)
CAPSTONE LAW, APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
cody.padgett@capstonelawyers.com
majdi.hijazin@capstonelawyers.com
abigail.gertner@capstonelawyers.com

Russell D. Paul (*pro hac vice*)
Amey J. Park (*pro hac vice*)
Natalie Lesser (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
rpaul@bm.net
apark@bm.net
nlesser@bm.net

Thomas P. Thrash (*pro hac vice*)
William T. Crowder (*pro hac vice*)
THRASH LAW FIRM PA
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
willcrowder@thrashlawfirmpa.com

Patrick Newsom (*pro hac vice*)
NEWSOM LAW PLC

40 Music Square East
Nashville, Tennessee 37203
Telephone: 615-251-9500
patrick@newsom.law

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*