RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Tel: +1 415 984 8700
Fax: +1 415 984 8701

AMY J. LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1 (949) 823-6900
Fax: +1 (949) 823-6994

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St., 19th Floor
Los Angeles, CA 90071
Tel: +1 (213) 430-6000
Fax: +1 (213) 430-6407

*Counsel for Defendant*
*Ford Motor Company*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY,<br><br>        Defendant. | Case No. 2:20-cv-01796-DAD-CKD<br><br>(Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD)<br><br>**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing Date: September 21, 2026<br>Time:      1:30 pm<br>Judge:    Hon. Dale A. Drozd<br>Courtroom:  4, 15th Floor<br><br>Sec. Am. Consol. Compl. ("SACC," Dkt. 144) filed: Jan. 5, 2026 |

**NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 21, 2026 at 1:30 p.m., or at such other time as the Court shall order, in Courtroom 4 on the 15th Floor of the above-entitled Court, located at 501 I Street, Sacramento, CA 95814, the Honorable Dale A. Drozd, United States District Judge, presiding, Defendant Ford Motor Company will and hereby does move under Federal Rules of Civil Procedure 56 for an order granting summary judgment against certain claims from Plaintiffs' Second Amended Consolidated Complaint ("SACC," Dkt. 144), filed on January 5, 2026.  Ford moves for summary judgment for the following claims:

- The Wests' (CA) express warranty and MMWA claims (Counts 3, 51) based on lack of evidence that Ford breached the terms of the express warranty;
- Mullen's (OH) express warranty and MMWA claims (Counts 49, 51) based on judicial estoppel given Plaintiffs' disclaimer of pursuing this claim;
- Balaszek's (IN), the Morfords' (KS), Metro's (MI), and Mullen's (OH) implied warranty and MMWA claims (Counts 22, 24, 29, 50, 51), based on undisputed evidence of their vehicle performance that defeats an implied warranty claim as a matter of law and, as an independent ground for Balaszek, that the claimed engine failure occurred outside the duration of the limited implied warranty;
- The Wests' (CA) and Miller's (CA) CLRA claims (Count 1), the Wests' Song-Beverly implied warranty claim (Count 4), and Pickering's (IN) DCSA claim (Count 20), based on the evidence that their vehicles were not purchased primarily for personal, family, or household use;
- Kennedy's (MN) False Statement in Advertising Act claim (Count 32) because he never viewed or relied on any relevant Ford advertising;
- Gonzalez's (TX) claim under the Texas Deceptive Trade Practices Act (Count 48) because as a matter of law Ford owed him no duty to disclose any alleged defect;

- The Wests' (CA) and Miller's (CA) UCL claims for restitution because undisputed facts show they have an adequate remedy at law;

- The Wests' (CA) CLRA and UCL claims (Counts 1 and 3); the Wests' (CA) implied warranty claims (Count 4); Balaszek's (IN) and Pickering's (IN) DCSA and implied warranty claims (Counts 20, 22); the Manfras' (MD) implied warranty claim (Count 26); and Metro's (MI) implied warranty claim (Count 29) because they are barred by the statute of limitations; and

- Batdorf's (TN) Consumer Protection Act claim (Count 45) based on his spoliation of evidence.

Pursuant to Part I.C. of the Court's Standing Order in Civil Cases, the undersigned certifies that the parties met and conferred telephonically regarding the instant motion on June 16, 2026. During that discussion, counsel for Ford explained the nature of this motion and its legal basis and requested, but did not obtain, concurrence in the relief sought.

This Motion is based upon this Notice of Motion and Motion for Partial Summary Judgment, the Memorandum of Points and Authorities filed in support thereof, the Joint Statement of Undisputed Facts, Ford's Separate Statement of Undisputed Facts, the accompanying Declaration of Katie Sinclair with attached exhibits, the pleadings on file in this matter, oral arguments of counsel (if any), and any other matters as the Court may consider.

Dated: June 22, 2026

O'MELVENY & MYERS LLP

By: /s/ *Randall W. Edwards*
     Randall W. Edwards

*Counsel for Defendant*
Ford Motor Company