RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: +1 (415) 984-8700
Fax: +1 (415) 984-8701

AMY J. LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1 (949) 823-6900
Fax: +1 (949) 823-6994

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St., 19th Floor
Los Angeles, CA 90071
Tel: +1 (213) 430-6000
Fax: +1 (213) 430-6407

*Attorneys for Defendant
Ford Motor Company*

Cody R. Padgett (S.B. #275553)
Abigail J. Gertner (*pro hac vice*)
Majdi Y. Hijazin (*pro hac vice*)
CAPSTONE LAW APC
1875 Century Park East, Suite 1860
Los Angeles, California 90067
Telephone: (310) 556-4811
cody.padgett@Capstonelawyers.com

[Additional Counsel on Signature Pages]

*Attorneys for Plaintiffs and the
Proposed Classes and Subclasses*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:20-cv-01796-DAD-CKD<br><br>(Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD)<br><br>**JOINT STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Hearing: September 21, 2026<br>Time: 1:30 pm<br>Judge: Hon. Dale A. Drozd<br>Courtroom: 4, 15th Floor<br><br>Second Am. Consol. Compl. ("SACC," Dkt. 144) filed: Jan. 5, 2026 |

**JOINT STATEMENT OF UNDISPUTED FACTS**

Pursuant to the Court's May 8, 2024 Scheduling Order, Dkt. 106, Defendant Ford Motor Company submits this Joint Statement of Undisputed Facts in support of Ford's Motion for Partial Summary Judgment reflecting the undisputed material facts agreed upon between the parties.

**JOINT STATEMENT OF UNDISPUTED MATERIAL FACTS**

| UNDISPUTED FACT | SUPPORTING EVIDENCE |
|---|---|
| **Plaintiff Lund (AR)** | |
| 1. Ms. Lund's vehicle warranty began on December 9, 2015. | Dkt. 144, ("SACC") ¶ 24. |
| 2. Ms. Lund first filed suit on December 9, 2020. | *Lund v. Ford*, W. Ark. Case No. 2:20-cv-02228-PKH, Dkt. 1. (Consolidated with *Miller v. Ford*, Dkt. 36). |
| **Plaintiffs Evan and Amber West (CA)** | |
| 3. Amber and Evan West purchased their new 2013 1.6L Ford Fusion on May 27, 2013 from Antelope Valley Ford. | Sinclair Decl. Ex. D, A. West Dep. 12:9-11; 28:3-11. |
| 4. Ms. West was the primary driver of their Fusion. | Sinclair Decl. Ex. D, A. West Dep. 14:2-6. |
| 5. Ms. West testified she is unsure whether she used their Fusion for work more or less than 50% of the time. | Sinclair Decl. Ex. D, A. West Dep. 36:10-37:5. |
| 6. Mr. West took their Fusion into Antelope Valley Ford in May 2018 when his vehicle had 68,834 miles. | Sinclair Decl. Ex F. PLTF_0003297 (E. West Dep. Ex. 18); Ex. E, E. West Dep. 123:17-124:4. |
| 7. Mr. West took his vehicle into Antelope Ford in October 2020 and had the engine replaced in their Fusion in November 2020. | Sinclair Decl. Ex. E, E. West Dep. 177:21-178:10; 185:22-186:5; 179:16-23. |
| 8. The Wests first joined this action in the First Amended Complaint filed on November 5, 2020. | Dkt. 20. |
| **Plaintiff Miller (CA)** | |
| 9. Vanessa Miller purchased her used 2017 2.0L Ford Edge on November 22, 2017 from Enterprise Car Sales. | Sinclair Decl. Ex. I, PLTF_0004598 (Miller Dep. Ex. 3). |
| **Plaintiff Balaszek (IN)** | |
| 10. Teresa Balaszek purchased her new 2017 1.5L Ford Escape on November 23, 2016 from Webb Ford in Highland, Indiana. | Sinclair Decl. Ex. K, PLTF_0000084 (Balaszek Dep. Ex. 2). |

- 1 -

JOINT STATEMENT OF
UNDISPUTED FACTS
NO. 2:20-CV-01796-DAD-CKD

| | |
|---|---|
| 11. In December 2019, Ms. Balaszek's Escape had approximately 80,000 miles. | Sinclair Decl. Ex. J, Balaszek Dep. 75:3-16. |
| 12. In September 2020, Ms. Balaszek saw white smoke when starting her Escape, but noted it "cleared quickly" and continued to drive the vehicle. | Sinclair Decl. Ex. J, Balaszek Dep. 78:18-79:25. |
| 13. Ms. Balaszek took her Escape in to Dean's Auto Repair on September 22, 2020. | Sinclair Decl. Ex. J, Balaszek Dep. 87:4-10. |
| 14. Ms. Balaszek's Escape received an engine replacement on September 23, 2020. | Sinclair Decl. Ex. J, Balaszek Dep. 90:19-25. |
| 15. In August 2024, Ms. Balaszek's Escape had approximately 150,000 miles. | Sinclair Decl. Ex. J, Balaszek Dep. 33:3-6. |
| 16. At the time she disposed of her Escape by giving it to her brother, the vehicle had 163,604 miles on it. | Sinclair Decl. Ex. L, (Balaszek Rog Response No. 9). |
| 17. Ms. Balaszek first joined this action on June 21, 2021 as a Plaintiff in the Consolidated Class Action Complaint. | Dkt. 43. |
| **Plaintiff Pickering (IN)** | |
| 18. Scott Pickering purchased his used 2014 1.5L Ford Fusion on January 27, 2016 from Fieldhouse Ford in Demotte, Indiana. | Sinclair Decl. Ex. M, Pickering Dep. 75:5-11. |
| 19. Mr. Pickering continues to drive his Fusion to at least the date of his deposition, March 12, 2025. | Sinclair Decl. Ex. M, Pickering Dep. 82:13-14. |
| 20. Mr. Pickering joined this action on September 28, 2022 as a Plaintiff in the First Amended Consolidated Complaint. | Dkt. 81. |
| **Plaintiffs Craig and Kelli Morford (KS)** | |
| 21. Kelli and Craig Morford purchased their new 2017 2.0L Ford Escape on April 18, 2017 from Shawnee Mission Ford. | Sinclair Decl. Ex. O, PLTF_0000033 (C. Morford Dep. Ex. 3). |
| 22. Ms. Morford is the primary driver of their Escape. | Sinclair Decl. Ex. Q, K. Morford Dep. 55:7-10. |
| 23. Ms. Morford used their Escape for errands and other daily activities, including transporting her young daughter. | Sinclair Decl. Ex. Q, K. Morford Dep. 55:1-14; 55:24-56:1; 57:1-7. |

- 2 -

| | |
|---|---|
| 24. Mr. Morford took their Escape to Bob Sight Ford on October 31, 2020 after seeing a check engine light and experiencing rough idling when the vehicle had 66,000 miles on it. | Sinclair Decl. Ex. N, C. Morford Dep. 115:2-118:4. |
| 25. Bob Sight Ford recommended an engine replacement in October 2020. | Sinclair Decl. Ex. N, C. Morford Dep. 118:5-10; 119:21-120:1. |
| 26. The Morfords have had no further visits to Bob Sight Ford regarding engine issues since October 2020. | Sinclair Decl. Ex. N, C. Morford Dep. 133:9-17. |
| 27. As of December 2025, the Morfords' Escape has approximately 118,000 miles. | Sinclair Decl. Ex. P (C. Morford Rog. Response No. 9). |
| **Plaintiffs Aaron and Victoria Manfra (MD)** | |
| 28. The Manfras first joined this lawsuit on June 2, 2021 as a Plaintiff in the Consolidated Class Action Complaint. | Dkt. 43. |
| **Plaintiff Metro (MI)** | |
| 29. Tracey Ann Metro purchased her new 2018 2.0L Ford Edge on January 22, 2018 from Suburban Ford. | Sinclair Decl. Ex. U, Metro Dep. 53:24-54:7. |
| 30. Ms. Metro saw a check engine light and took her Edge in to Romeo Ford in August 2021. | Sinclair Decl. Ex. U, Metro Dep. 145:6-10; Dkt. 144 SACC ¶ 296. |
| 31. Romeo Ford informed Ms. Metro that she needed to replace her Edge's O2 sensors. | Sinclair Decl. Ex. U, Metro Dep. 148:22-149:8. |
| 32. Ms. Metro continued to drive her Edge from 2021 to 2022, as she did from 2018 to 2021, driving approximately 38,000 miles. | Sinclair Decl. Ex. U, Metro Dep. 57:2-12; 139:12-140:17; 195:7-20. |
| 33. In July 2022, at the time she required an engine replacement, Ms. Metro's Edge had approximately 98,200 miles. | Sinclair Decl. Ex. U, Metro Dep. 194:17-22; 195:22-24. |
| 34. Ms. Metro received an engine replacement on August 19, 2022. | Sinclair Decl. Ex. U, Metro Dep. 195:21-25; 218:15-21. |
| 35. As of December 2025, Ms. Metro's Edge has 164,391 miles. | Sinclair Decl. Ex. V (Metro Rog Response No. 9). |
| 36. Ms. Metro continues to drive her Edge. | Sinclair Decl. Ex. U, Metro Dep. 240:4-11, 241:5-16. |
| 37. Plaintiff Metro first joined this action on September 28, 2022 as a Plaintiff in the First Amended Consolidated Complaint. | Dkt. 81. |
| **Plaintiff Mullen (OH)** | |

JOINT STATEMENT OF
UNDISPUTED FACTS
NO. 2:20-CV-01796-DAD-CKD

| | |
|---|---|
| 38. Brad Mullen purchased his 2017 2.0L Ford Edge used on May 11, 2020 from North Coast Auto Mall in Akron, Ohio. | Sinclair Decl. Ex. X, PLTF_0005063 (Mullen Dep. Ex. 2). |
| 39. At the time of his purchase, the Edge Mr. Mullen purchased had 43,956 miles. | Sinclair Decl. Ex. X, PLTF_0005063 (Mullen Dep. Ex. 2). |
| 40. Mr. Mullen experienced difficulty starting the Edge in April 2021. | Sinclair Decl. Ex. W, Mullen Dep. 126:1-16. |
| 41. In April 2021, Mr. Mullen's Edge had approximately 56,000 miles on it. | Sinclair Decl. Ex. Z (Mullen Rog Response No. 3). |
| 42. Mr. Mullen took his vehicle in to Pallotta Ford in April 2021. | Sinclair Decl. Ex. W, Mullen Dep. 145:9-13. |
| 43. Mr. Mullen replaced the engine in his vehicle on August 27, 2021. | Sinclair Decl. Ex. W, Mullen Dep. 211:22-212:9; 216:7-13; Ex. Y, PLTF_0005026 (Mullen Dep. Ex. 7). |
| 44. Mr. Mullen gifted his Ford Edge to his daughter in September 2025. | Sinclair Decl. Ex. W, Mullen Dep. 250:12-19; 255:14-22. |
| 45. At the time Mr. Mullen gave his vehicle to his daughter, the Edge had 143,000 miles on it. | Sinclair Decl. Ex. W, Mullen Dep. 258:15-19. |
| **Plaintiff Batdorf (TN)** | |
| 46. Tyson John Batdorf purchased his 2017 2.0L Lincoln MKC used on December 7, 2020 from BMW Certified Preowned in Nashville, Tennessee. | Sinclair Decl. Ex. AA, Batdorf Dep. 80:17-81:20. |
| 47. Mr. Batdorf joined this action on September 28, 2022 as a Plaintiff in the First Amended Consolidated Complaint. | Dkt. 81. |
| **Plaintiff Gonzalez (TX)** | |
| 48. David Gonzalez purchased his new 2014 1.6L Ford Escape on September 20, 2014 from Five Star Ford in Richland Hills, Texas. | Sinclair Decl. Ex. BB, Gonzalez Dep. 75:3-22. |
| 49. Mr. Gonzalez did not speak to anyone at Ford Motor Company before purchasing the Escape. | Sinclair Decl. Ex. BB, Gonzalez Dep. 85:21-25. |

JOINT STATEMENT OF
UNDISPUTED FACTS
NO. 2:20-CV-01796-DAD-CKD

Dated:  June 22, 2026                    O'MELVENY & MYERS LLP

                                         By:  /s/ *Randall W. Edwards*

                                         Randall W. Edwards
                                         *Attorneys for Defendant*
                                         Ford Motor Company


Dated:  June 22, 2026                    CAPSTONE LAW

                                         /s/  *Cody R. Padgett*   (as authorized June 22, 2026)
                                         Cody R. Padgett (S.B. #275553)
                                         Abigail J. Gertner (*pro hac vice*)
                                         Majdi Y. Hijazin (*pro hac vice*)
                                         CAPSTONE LAW, APC
                                         1875 Century Park East, Suite 1000
                                         Los Angeles, California 90067
                                         Telephone: (310) 556-4811
                                         cody.padgett@capstonelawyers.com
                                         majdi.hijazin@capstonelawyers.com
                                         abigail.gertner@capstonelawyers.com

                                         Annika K. Martin (*pro hac vice*)
                                         Gabriel Panek (*pro hac vice*)
                                         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                         250 Hudson Street, 8th Floor
                                         New York, New York 10013
                                         akmartin@lchb.com
                                         gpanek@lchb.com

                                         Mark P. Chalos (*pro hac vice*)
                                         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                         222 2nd Avenue South, Suite 1640
                                         Nashville, Tennessee  37201
                                         Telephone:  (615) 313-9000
                                         mchalos@lchb.com

                                         Phong-Chau G. Nguyen (S.B. #286789)
                                         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                         275 Battery Street, 29th Floor
                                         San Francisco, California 94111
                                         Telephone: (415) 956-1000
                                         pgnguyen@lchb.com

                                         William A. Kershaw (S.B. #057486)
                                         Stuart C. Talley (S.B. #180374)
                                         Ian J. Barlow (S.B. #262213)
                                         KERSHAW TALLEY BARLOW PC

- 5 -

JOINT STATEMENT OF
UNDISPUTED FACTS
NO. 2:20-CV-01796-DAD-CKD

401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 244-4829
bill@ktblegal.com
stuart@ktblegal.com
ian@ktblegal.com

Russell D. Paul (*pro hac vice*)
Amey J. Park (*pro hac vice*)
Natalie Lesser (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
rpaul@bm.net
apark@bm.net
nlesser@bm.net

Thomas P. Thrash (*pro hac vice*)
William T. Crowder (*pro hac vice*)
THRASH LAW FIRM PA
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
willcrowder@thrashlawfirmpa.com

Patrick Newsom (*pro hac vice*)
NEWSOM LAW PLC
40 Music Square East
Nashville, Tennessee 37203
Telephone: 615-251-9500
patrick@newsom.law

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*

- 6 -