Mark P. Chalos (*pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
222 2nd Ave South, Suite 1640
Nashville, Tennessee 37219-2423
Telephone: (615) 313-9000
mchalos@lchb.com

[Additional Counsel on Signature Pages]

*Attorneys for Plaintiffs and the
Proposed Classes and Subclasses*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>     Defendant. | Case No.  2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD) |
| TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>     Defendant. | Case No. 2:24-cv-02231-DAD-CKD<br><br>**NOTICE OF MOTION AND CONSOLIDATED MOTION FOR CLASS CERTIFICATION**<br><br>Date: September 21, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Dale A. Drozd<br>Courtroom: 4, 15th Floor |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on September 21, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 4 of the U.S. District Court for the Eastern District of California, located at 501 I Street, Sacramento, California, Plaintiffs will move the Court for class certification and appointment of class representative and class counsel under Federal Rule of Civil Procedure 23.

This Motion is based on this Notice of Motion and Motion; the Memorandum in Support of the Motion; the Declarations of Mark P. Chalos, Cody Padgett, and Stuart C. Talley, and the exhibits attached thereto; the pleadings, records, and files in this action; and such other and further evidence and argument as may be presented at the time of the hearing.

Pursuant to Section I.C of this Court's Standing Order in Civil Cases, the undersigned certifies that the parties engaged in pre-filing meet-and-confer conferred regarding this Motion. Counsel for the parties conferred by Zoom on June 16, 2026, during which Ford informed Plaintiffs that Ford would not consent to the relief sought in this Motion.

Dated: June 22, 2026

Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

/s/ *Mark P. Chalos*

Mark P. Chalos (*pro hac vice*)
222 2nd Ave South, Suite 1640
Nashville, Tennessee  37219-2423
Telephone: (615) 313-9000
mchalos@lchb.com

Phong-Chau G. Nguyen (S.B. #286789)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
pgnguyen@lchb.com

Annika K. Martin (*pro hac vice*)
Gabriel Panek (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York  10013-1413
akmartin@lchb.com
gpanek@lchb.com

Cody R. Padgett (S.B. #275553)
Majdi Y. Hijazin (*pro hac vice*)

- 1 -

Abigail J. Gertner (*pro hac vice*)
1875 Century Part East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
cody.padgett@Capstonelawyers.com
majdi.hijazin@capstonelawyers.com
abigail.gertner@capstonelawyers.com

William A. Kershaw
Stuart C. Talley
Ian J. Barlow
KERSHAW TALLEY BARLOW PC
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 244-4829
bill@ktblegal.com
stuart@ktblegal.com
ian@ktblegal.com

Russell D. Paul (*pro hac vice*)
Amey J. Park (*pro hac vice*)
Natalie Lesser (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
rpaul@bm.net
apark@bm.net
nlesser@bm.net

Thomas P. Thrash (*pro hac vice*)
William T. Crowder (*pro hac vice*)
THRASH LAW FIRM PA
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
willcrowder@thrashlawfirmpa.com

Patrick Newsom (*pro hac vice*)
NEWSOM LAW PLC
40 Music Square East
Nashville, Tennessee 37203
Telephone: 615-251-9500
patrick@newsom.law

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*

PLS. NOTICE OF MOTION AND MOTION FOR
CLASS CERTIFICATION
CASE NO. 2:20-CV-01796-DAD-CKD