Annika K. Martin (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9500
akmartin@lchb.com
[Additional Counsel on Signature Pages]

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*

Randall W. Edwards (S.B. #179053)
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
redwards@omm.com

[Additional Counsel on Signature Pages]

*Attorneys for Defendant Ford Motor Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al.,<br>Plaintiffs,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD |
| TREVOR NELSON, et al.,<br>Plaintiffs,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 2:24-cv-02231-DAD-CKD<br><br>**JOINT STIPULATION RE FORD'S RESPONSE TO PLAINTIFFS' REQUEST TO SEAL; [PROPOSED] ORDER** |

Plaintiffs and Defendant Ford Motor Company, by and through their attorneys of record in the *Miller* (Case No. 2:20-cv-01796) and *Nelson* (Case No. 2:24-cv-02231) actions, stipulate and agree as follows:

WHEREAS, on June 22, 2026, Plaintiffs filed a consolidated motion for class certification in the *Miller* and *Nelson* actions on the *Miller* docket (Dkt. 162);

WHEREAS, in conjunction with that motion, Plaintiffs submitted a request to seal their Memorandum in Support of Consolidated Motion for Class Certification ("Motion for Class Certification") and Exhibits 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 22, 23, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 46, 47, 48 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 60, 61, 62, 63, 64, 65, 66 to the Declaration of Stuart Talley ("Supporting Exhibits") because those materials contain material that Ford designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order (Dkt. 73);

WHEREAS, Ford intends to submit a response providing support for why certain portions of Plaintiffs' Motion for Class Certification and Supporting Exhibits should remain under seal;

WHEREAS, Ford requires additional time beyond the three days specified under Local Rule 141(c) to submit its response;

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that Ford's deadline to submit a response in support of Plaintiffs' Request to Seal is **June 29, 2026.**

**IT IS SO ORDERED.**

Dated: ________________, 2026

________________________________
Hon. Dale A. Drozd
United States District Judge

Dated: June 24, 2026

O'MELVENY & MYERS LLP

/s/ Randall W. Edwards
Randall W. Edwards (S.B. #179053)
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
redwards@omm.com

Amy Laurendeau (S.B. #198321)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
alaurendeau@omm.com

Kelsey M. Larson (S.B. #267982)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
klarson@omm.com

Sherry A. Rozell (*pro hac vice*)
McAFEE & TAFT
4050 S. Fairview Ave.
Springfield, MO 65807
Telephone: 918-574-3001
sherry.rozell@mcafeetaft.com

*Attorneys for Defendant Ford Motor Company*

Dated: June 24, 2026

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
/s/ Annika K. Martin (*as authorized on June 24, 2026*)
Annika K. Martin (*pro hac vice*)
Gabriel Panek (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013
akmartin@lchb.com
gpanek@lchb.com

Mark P. Chalos (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, Tennessee 37201
Telephone: (615) 313-9000
mchalos@lchb.com

Phong-Chau G. Nguyen (S.B. #286789)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
pgnguyen@lchb.com

William A. Kershaw (S.B. #057486)
Stuart C. Talley (S.B. #180374)
Ian J. Barlow (S.B. #262213)
KERSHAW TALLEY BARLOW PC
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 244-4829
bill@ktblegal.com
stuart@ktblegal.com
ian@ktblegal.com

Cody R. Padgett (S.B. #275553)
Majdi Y. Hijazin (*pro hac vice*)
Abigail J. Gertner (*pro hac vice*)
CAPSTONE LAW, APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
cody.padgett@capstonelawyers.com
majdi.hijazin@capstonelawyers.com
abigail.gertner@capstonelawyers.com

Russell D. Paul (*pro hac vice*)
Amey J. Park (*pro hac vice*)
Natalie Lesser (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
rpaul@bm.net
apark@bm.net
nlesser@bm.net

Thomas P. Thrash (*pro hac vice*)
William T. Crowder (*pro hac vice*)
THRASH LAW FIRM PA
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
willcrowder@thrashlawfirmpa.com

Patrick Newsom (*pro hac vice*)
NEWSOM LAW PLC
40 Music Square East
Nashville, Tennessee 37203
Telephone: 615-251-9500
patrick@newsom.law

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*