AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| VANESSA MILLER, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:20-CV-01796-DAD-CKD |
| FORD MOTOR COMPANY | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Vanessa Miller, et al.                                                                                    .

Date:     6/30/2026                                                        /s/ Kathy Pham
                                                                                *Attorney's signature*

                                                                   Kathy Pham (SBN 329345)
                                                                   *Printed name and bar number*

                                                                   Capstone Law APC
                                                                   1875 Century Park East, Suite 1860
                                                                   Los Angeles, CA 90067

                                                                                *Address*

                                                                   Kathy.Pham@capstonelawyers.com
                                                                                *E-mail address*

                                                                   (310) 556-4811
                                                                   *Telephone number*

                                                                   (310) 943-0396
                                                                   *FAX number*