RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: +1 415 984 8700
Fax: +1 415 984 8701

AMY J. LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1 949 823 6900
Fax: +1 949 823 6994

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St., 19th Floor
Los Angeles, CA 90071
Tel: + 1 213 430 6000
Fax: +1 213 430 6407

*Counsel for Defendant*
*Ford Motor Company*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD)

TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:24-cv-02231-DAD-CKD

**DECLARATION OF RANDALL W. EDWARDS IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO CONSOLIDATED MOTION FOR CLASS CERTIFICATION**

Date: September 21, 2026
Time: 1:30 p.m.
Judge: Hon. Dale A. Drozd
Courtroom: 4, 15th Floor

I, Randall W. Edwards, declare as follows:

1. I am an attorney in good standing admitted to practice in the State of California and in the Federal District Court for the Eastern District of California. I am a partner at the law firm O'Melveny & Myers LLP, and counsel of record for Defendant Ford Motor Company. I submit this declaration in support of Defendant's concurrently filed Opposition to Plaintiffs' Consolidated Motion for Class Certification. This declaration is based on my own personal knowledge and, if called as a witness, I could and would testify truthfully to the matters set forth below.

2. Attached as **Exhibit 1** is a true and correct copy of the March 20, 2026 Expert Report of Dr. Colin Jordan, Ph.D., P.E., Plaintiffs' proposed technical expert.

3. Attached as **Exhibit 2** is a true and correct copy of the March 20, 2026 Expert Report of Dr. Peter Lillo, Ph.D., P.E., Ford's proposed technical expert.

4. Attached as **Exhibit 3** is a true and correct copy of a PowerPoint titled "6-PANEL CEP I4 Block Bore Bridge Corrosion, 2.0L and 2.3L GTDI." A copy of this document was produced by Ford beginning with the production number FORD-MILLER 00360118, and for legibility purposes the attached version is a PDF version of the native format document, without any changes to its content.

5. On September 17, 2025, Plaintiffs took the deposition of Ford engineer Todd Brewer. Attached as **Exhibit 4** is a true and correct copy of the excerpts of the September 17, 2025 deposition transcript of Todd Brewer.

6. On August 27, 2025, Plaintiffs took the deposition of Ford engineer John Dunahay. Attached as **Exhibit 5** is a true and correct copy of the excerpts of the August 27, 2025 deposition transcript of John Dunahay.

7. On September 24, 2025, Plaintiffs took the deposition of Ford engineer Timothy Knott. Attached as **Exhibit 6** is a true and correct copy of the excerpts of the September 24, 2025 deposition transcript of Timothy Knott.

8. Attached as **Exhibit 7** is a true and correct copy of a PowerPoint titled "Current State Review: 1.5L EcoBoost Key Events." A copy of this document was produced by Ford

beginning with the production number FORD-MILLER 00221220, and for legibility purposes the attached version is a PDF version of the native format document, without any changes to its content.

9. Attached as **Exhibit 8** is a true and correct copy of a PowerPoint titled "I4 Coolant Intrusion," produced by Ford beginning with the production number FORD-MILLER 00140639.

10. Attached as **Exhibit 9** is a true and correct copy of a January 12, 2021 email thread with the subject line "MultiYear Escape PT Analysis," produced by Ford beginning with the production number FORD-MILLER 00140733.

11. Attached as **Exhibit 10** is a true and correct copy of a PowerPoint titled "FSQR: 24-Jan-2022 Field Serv [sic]," produced by Ford beginning with the production number FORD-MILLER 00441286.

12. Attached as **Exhibit 11** is a true and correct copy of the Notice to U.S. Ford and Lincoln Dealers of Customer Satisfaction Program ("CSP") 19B37, which is an excerpt beginning with the production number FORD-MILLER 00085244. This excerpt was pulled from a document produced by Ford, beginning with the production number FORD-MILLER 00085242.

13. Attached as **Exhibit 12** is a true and correct copy of CSP 21N12, produced by Ford beginning with the production number FORD-MILLER 00117526.

14. On August 13, 2025, Plaintiffs took the deposition of Ford engineer Joseph Henne. Attached as **Exhibit 13** is a true and correct copy of the excerpts of the August 13, 2025 deposition transcript of Joseph Henne.

15. Attached as **Exhibit 14** is a true and correct copy of a February 2021 email thread with the subject line "Executive Follow-Up - 2.0L FUE," produced by Ford beginning with the production number FORD-MILLER 00421043.

16. Attached as **Exhibit 15** is a true and correct copy of a June 2019 email thread with the subject line "1.5L/2.0L coolant intrusion - using Short Blocks," produced by Ford beginning with the production number FORD-MILLER 00209559.

17. Attached as **Exhibit 16** is a true and correct copy of an April 2019 email thread with the subject line "18MY Edge & Escape 2.0L Coolant Intrusion CPU 03-31-2019 Cutoff," produced by Ford beginning with the production number FORD-MILLER 00081693.

18. Attached as **Exhibit 17** is a true and correct copy of the March 20, 2026 Expert Report of Dr. Kristin Lennox, Ph.D., Ford's proposed data expert.

19. Attached as **Exhibit 18** is a true and correct copy of the March 20, 2026 Expert Report of Dr. Allise Wachs, Ph.D., Plaintiffs' proposed data expert.

20. Attached as **Exhibit 19** is a true and correct copy of an September 2018 through October 2018 email thread with the subject lines "fusion / edge / Escape" and "15-18 MY Fusion / Escape Coolant Intrusion investigation (1.5L/2.0L)," produced by Ford beginning with the production number FORD-MILLER 00181468.

21. Attached as **Exhibit 20** is a true and correct copy of the Notice to U.S. Ford and Lincoln Dealers of Safety Recall 13S12, which is a document excerpt beginning with the production number FORD-MILLER 00084658. This excerpt was pulled from a document produced by Ford, beginning with the production number FORD-MILLER 00084581.

22. Attached as **Exhibit 21** is a true and correct copy of an excerpt of Ford's report to the National Highway Traffic Safety Administration, which includes the Notice to U.S. Ford and Lincoln Dealers of Safety Recall 17S09. This excerpt begins with the production number FORD-MILLER 00016358, and was pulled from a document produced by Ford, beginning with the production number FORD-MILLER 00016356.

23. On October 15, 2025, Plaintiffs took the deposition of former Ford engineer Mark Tuneff, also Ford's proposed safety rebuttal expert. Attached as **Exhibit 22** is a true and correct copy of the excerpts of the October 15, 2025 deposition transcript of Mark Tuneff.

24. On May 18, 2026, Ford took the deposition of Plaintiffs' proposed expert Dr. Colin Jordan, Ph.D., P.E. Attached as **Exhibit 23** is a true and correct copy of the excerpts of the May 18, 2026 deposition transcript of Dr. Colin Jordan, Ph.D., P.E.

25. On October 17, 2025, Plaintiffs took the deposition of Ford engineer Robert Wade. Attached as **Exhibit 24** is a true and correct copy of the excerpts of the October 17, 2025 deposition transcript of Robert Wade.

26. On August 20, 2025, Plaintiffs took the deposition of Ford engineer Michael Giunta. Attached as **Exhibit 25** is a true and correct copy of the excerpts of the August 20, 2025 deposition transcript of Michael Giunta.

27. Attached as **Exhibit 26** is a true and correct copy of a PowerPoint titled "I4 Coolant Intrusion," produced by Ford beginning with the production number FORD-MILLER 00140648.

28. Attached as **Exhibit 27** is a true and correct copy of a PowerPoint titled "Failure Rate Reliability Analysis," produced by Ford beginning with the production number FORD-MILLER 00124957.

29. On May 11, 2026, Ford took the deposition of Plaintiffs' proposed expert Dr. Allise Wachs, Ph.D. Attached as **Exhibit 28** is a true and correct copy of the excerpts of the May 11, 2026 deposition transcript of Dr. Allise Wachs, Ph.D.

30. Attached as **Exhibit 29** is a true and correct copy of the April 17, 2026 Expert Report of Mark Tuneff, Ford's proposed safety expert.

31. On November 20, 2025, Ford took the deposition of Plaintiff Sarah Nelson. Attached as **Exhibit 30** is a true and correct copy of the excerpts of the November 20, 2025 deposition transcript of Sarah Nelson.

32. On August 23, 2024, Ford took the deposition of Plaintiff Craig Morford. Attached as **Exhibit 31** is a true and correct copy of the excerpts of the August 23, 2024 deposition transcript of Craig Morford.

33. On November 19, 2025, Ford propounded its Third Set of Interrogatories to Plaintiff Craig Morford. On December 19, 2025, Mr. Morford served his responses and objections to Ford's Third Set of Interrogatories. Attached as **Exhibit 32** is a true and correct copy of Mr. Morford's Responses and Objections to Ford's Third Set of Interrogatories.

34. On February 11, 2026, Ford took the deposition of Plaintiff David Speigner. Attached as **Exhibit 33** is a true and correct copy of the excerpts of the February 11, 2026 deposition transcript of David Speigner.

35. Attached as **Exhibit 34** is a true and correct copy of a Global CCRG Concern Details document, Concern Number N19-0910-02, produced by Ford beginning with the production number FORD-MILLER 00085522.

36. Attached as **Exhibit 35** is a true and correct copy of the April 17, 2026 Expert Rebuttal Report of Dr. Kristin Lennox, Ph.D, Ford's proposed data expert.

37. Attached as **Exhibit 36** is a true and correct copy of the April 17, 2026 Expert Rebuttal Report of Dr. Peter Lillo, Ph.D., P.E, Ford's proposed technical expert.

38. Attached as **Exhibit 37** is a true and correct copy of a PowerPoint titled "6-PANEL Coolant Intrusion 15MY – 18MY 1.5L, 1.6L, 2.0L, 2.3L," produced by Ford beginning with the production number FORD-MILLER 00369617.

39. Attached as **Exhibit 38** is a true and correct copy of a PowerPoint titled "6-PANEL Coolant Intrusion Sigma 1.5L Engine." A copy of this document was produced by Ford and beginning with the production number FORD-MILLER 00221021, and for legibility purposes the attached version is a PDF version of the native format document, without any changes to its content.

40. Attached as **Exhibit 39** is a true and correct copy of a PowerPoint showing warranty trends in the Ford Escape and Fusion. A copy of this document was produced by Ford and beginning with the production number FORD-MILLER 00218199, and for legibility purposes the attached version is a PDF version of the native format document, without any changes to its content.

41. Attached as **Exhibit 40** is a true and correct copy of a September 2018 email thread with the subject lines "Coolant Intrusion/cylinder deck erosion," and "Tech Spec Info Needed for GSB Release this Week," produced by Ford beginning with the production number FORD-MILLER 00124872.

42. Attached as **Exhibit 41** is a true and correct copy of a PowerPoint titled "6-PANEL Coolant Intrusion 1.5L GTDI Engine," produced by Ford beginning with the production number FORD-MILLER 00174819.

43. Attached as **Exhibit 42** is a true and correct copy of Ford's 14D comprehensive analysis for the model years ("MY") 2017-2019 1.5L Ford Escapes and Ford Fusions, produced by Ford beginning with the production number FORD-MILLER 00212436.

44. Attached as **Exhibit 43** is a true and correct copy of the document marked as Exhibit 114 to Mr. Brewer's deposition. This document is the Prevent Action Closure Paper for Field Service Action or CCRG/EPRC Designated PAC Number: 19B37, produced by Ford as a native format document with the production number FORD-MILLER 00184458.

45. Attached as **Exhibit 44** is a true and correct copy of the document marked as Exhibit 115 to Mr. Brewer's deposition. This document is the Prevent Action Closure Paper for Warranty Spend PAC Number: 04N12JAN2101, produced by Ford as a native format document with the production number FORD-MILLER 00203065.

46. Attached as **Exhibit 45** is a true and correct copy of an October 2018 email thread with the subject line "Coolant Intrusion --- Saw Cut Block?," produced by Ford beginning with the production FORD-MILLER 00125179.

47. Attached as **Exhibit 46** is a true and correct copy of a March 2020 email with the subject line "Coolant Intrusion - 2.0L - Edge vs Escape," produced by Ford beginning with the production FORD-MILLER 00139252.

48. Attached as **Exhibit 47** is a true and correct copy of a PowerPoint titled "2.0L Coolant Intrusion Status," produced by Ford beginning with the production FORD-MILLER 00139787.

49. Attached as **Exhibit 48** is a true and correct copy of Ford's 14D comprehensive analysis for the model years MY 2015-2019 Ford and Lincoln 2.0L vehicles, produced by Ford beginning with the production FORD-MILLER 00790256.

50. On February 10, 2026, Ford took the deposition of Plaintiff Brad Mullen. Attached as **Exhibit 49** is a true and correct copy of the excerpts of the February 10, 2026 deposition transcript of Brad Mullen.

51. On October 21, 2025, Ford took the deposition of Plaintiff Mark Kennedy. Attached as **Exhibit 50** is a true and correct copy of the excerpts of the October 21, 2025 deposition transcript of Mark Kennedy.

52. On December 12, 2024, Ford took the deposition of Plaintiff John Krecek. Attached as **Exhibit 51** is a true and correct copy of the excerpts of the December 12, 2024 deposition transcript of John Krecek.

53. On August 16, 2024, Ford took the deposition of Plaintiff Robyn Pirog. Attached as **Exhibit 52** is a true and correct copy of the excerpts of the August 16, 2024 deposition transcript of Robyn Pirog.

54. On August 6, 2024, Ford took the deposition of Plaintiff Teresa Balaszek. Attached as **Exhibit 53** is a true and correct copy of the excerpts of the August 6, 2024 deposition transcript of Teresa Balaszek.

55. On June 13, 2025, Ford took the deposition of Plaintiff Darrick Christodaro. Attached as **Exhibit 54** is a true and correct copy of the excerpts of the June 13, 2025 deposition transcript of Darrick Christodaro.

56. On October 22, 2025, Ford took the deposition of Plaintiff Anthony Cicero. Attached as **Exhibit 55** is a true and correct copy of the excerpts of the October 22, 2025 deposition transcript of Anthony Cicero.

57. On November 13, 2024, Ford took the deposition of Plaintiff Aaron Manfra. Attached as **Exhibit 56** is a true and correct copy of the excerpts of the November 13, 2024 deposition transcript of Aaron Manfra.

58. On August 9, 2024, Ford took the deposition of Plaintiff Harlampi Bozhinov. Attached as **Exhibit 57** is a true and correct copy of the excerpts of the August 9, 2024 deposition transcript of Harlampi Bozhinov.

59. On August 21, 2024, Ford took the deposition of Plaintiff Kelli Morford. Attached as **Exhibit 58** is a true and correct copy of the excerpts of the August 21, 2024 deposition transcript of Kelli Morford.

60. On November 19, 2025, Ford propounded its Third Set of Interrogatories to Plaintiff Tracey Ann Metro. On December 19, 2025, Ms. Metro served her responses and objections to Ford's Third Set of Interrogatories. Attached as **Exhibit 59** is a true and correct copy of Ms. Metro's Responses and Objections to Ford's Third Set of Interrogatories.

61. On November 19, 2025, Ford propounded its Third Set of Interrogatories to Plaintiff Teresa Balaszek. On December 19, 2025, Ms. Balaszek served her responses and objections to Ford's Third Set of Interrogatories. Attached as **Exhibit 60** is a true and correct copy of Ms. Balaszek's Responses and Objections to Ford's Third Set of Interrogatories.

62. On June 4, 2025, Ford took the deposition of Plaintiff Vanessa Miller. Attached as **Exhibit 61** is a true and correct copy of the excerpts of the June 4, 2025 deposition transcript of Vanessa Miller.

63. On September 5, 2025, Ford took the deposition of Plaintiff Amber West. Attached as **Exhibit 62** is a true and correct copy of the excerpts of the September 5, 2025 deposition transcript of Amber West.

64. On March 12, 2025, Ford took the deposition of Plaintiff Scott Pickering. Attached as **Exhibit 63** is a true and correct copy of the excerpts of the March 12, 2025 deposition transcript of Scott Pickering.

65. Attached as **Exhibit 64** is a true and correct copy of the March 20, 2026 Expert Report of Steven Boyles, Plaintiffs' proposed damages expert.

66. On May 15, 2026, Ford took the deposition of Steven Boyles. Attached as **Exhibit 65** is a true and correct copy of the excerpts of the May 15, 2026 deposition transcript of Steven Boyles.

67. Attached as **Exhibit 66** is a true an correct copy of the 2019 Model Year Ford Warranty Guide, produced by Ford beginning with the production number FORD-MILLER 00086420.

68. Attached as **Exhibit 67** is a true and correct copy of the March 20, 2026 Expert Report of Dr. Peter Rossi, Ph.D., Ford's proposed economics expert.

69. Attached as **Exhibit 68** is a true and correct copy of the April 17, 2026 Expert Rebuttal Report of Dr. Peter Rossi, Ph.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of July, 2026, in San Francisco, California.

Dated: July 15, 2026

O'MELVENY & MYERS LLP

By: /s/ *Randall W. Edwards*
Randall W. Edwards

*Counsel for Defendant*
Ford Motor Company