# EXHIBIT 17

# PROPOSED TO BE FILED UNDER SEAL – PUBLIC REDACTED VERSION

Exponent®

***Vanessa Miller et al. v. Ford Motor Company***
**and**
***Trevor Nelson et al. v. Ford Motor Company***

**Expert Report of Dr. Kristin P. Lennox**

Exponent®
Highly Confidential

# *Vanessa Miller et al. v. Ford Motor Company* and *Trevor Nelson et al. v. Ford Motor Company*

## Expert Report of Dr. Kristin P. Lennox

***Prepared For:***

Randall W. Edwards, Esq.
O'Melveny and Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

***Prepared By:***

Kristin P. Lennox, Ph.D.
Senior Managing Scientist
Exponent, Inc.
23445 North 19th Ave
Phoenix, AZ 85027

**March 20, 2026**

**© Exponent, Inc.**

Highly Confidential

# Contents


| | Page |
|---|---|
| **Scope and Qualifications** | **1** |
| **Background** | **2** |
| **Summary of Opinions** | **4** |
| **Basis and Foundation for Opinions** | **5** |
| Statistical Background | 5 |
| Data Sources | 7 |
| Variation in Warranty Claim Rates between Engines and Models | 11 |
| Number of Claims per Vehicle | 15 |
| **Appendix A Curriculum Vitae** | |
| **Appendix B Testimony List** | |
| **Appendix C NAVIS Non-Fleet Sales** | |
| **Appendix D Warranty Claim Rates by Engine and Model for Cost-Filtered Dataset** | |
| **Appendix E Warranty Claim Rates by Model Year** | |
| **Appendix F Warranty Claim Rates by Model Year for Cost-Filtered Dataset** | |
| **Appendix G Multiple Claims for Cost-Filtered Dataset** | |

# Scope and Qualifications

I am a Senior Managing Scientist in the Data Sciences practice at Exponent, Inc. (Exponent). Exponent has been retained by O'Melveny & Myers LLP in the above-captioned matters to provide independent statistical expert consulting services. I am a salaried employee of Exponent, and the firm charges $525 per hour for my services plus expenses for work performed in connection with this project. I have received no additional compensation for my work in this case, and my compensation does not depend on the contents of this report, any testimony I may provide, or the ultimate outcome of this case.

My academic credentials include a Bachelor of Science in Applied Mathematics, as well as M.S. and Ph.D. degrees in Statistics, all earned from Texas A&M University. After graduating, I worked as a post-doctoral researcher, member of technical staff, and Director of Statistical Consulting at Lawrence Livermore National Laboratory. After leaving the laboratory, I worked as a Principal Data Scientist in the software industry, including at GE Aviation Digital and two industrial artificial intelligence startups.

Throughout my professional career, I have studied and applied methods for characterizing the frequency of events and for comparing populations. I have developed probability and risk models for characterization of weather events, equipment failure, logistics applications, infrastructure risk, and various national security problems. Since joining Exponent, I have performed statistical assessments for motor vehicle and consumer products projects relating to regulation and litigation, including the assessment of product failure rates. As part of my work, I regularly analyze automotive databases, including databases of crashes, complaints, and warranty claims. One of my areas of research is methods for assessing the benefits of emerging automotive technologies.

I am a member of several professional organizations, including the Institute for Mathematical Statistics and the Society for Risk Analysis, and I was elected Publications Officer for the Risk Analysis Section of the American Statistical Association for 2024-2025. A copy of my current curriculum vitae is provided as Appendix A. A list of matters in which I have testified is included in Appendix B.

# Background

I was retained to assess sales and warranty data at issue in the two lawsuits cited previously. The vehicles at issue are:

*Miller v. Ford*

- 1.5 liter gas turbo direct injection (GTDI) engine
  - 2017-2019 Ford Escape
  - 2014-2019 Ford Fusion
- 1.6 liter GTDI engine
  - 2013-2016 Ford Escape
  - 2013-2014 Ford Fusion
- 2 liter GTDI engine
  - 2016-2019 Ford Escape
  - 2016-2019 Ford Fusion
  - 2015-2018 Ford Edge
  - 2016-2019 Lincoln MKC
  - 2016-2019 Lincoln MKZ

*Nelson v. Ford*

- 2.3 liter GTDI engine
  - 2016-2019 Ford Explorer
  - 2015-2019 Ford Mustang
  - 2015-2019 Lincoln MKC[1]

I understand that the vehicles at issue are limited to those that have engines with "sawcut" cooling channels. I was asked to evaluate certain warranty replacement data that I understand to be related to Plaintiffs' claims in the case. I compared rates of warranty claims between vehicles with different engine types (meaning the 1.5 L, 1.6 L, 2.0 L, and 2.3 L GTDI engines) as well as between models and model years within each engine type to determine whether claim rates varied between engine types, between models with the same engine type, or through time.

[1] See Defendant Ford Motor Company's Amended Answers and Objections to Plaintiffs' Interrogatories, Set Two, dated February 24, 2026 and
E-mail "Ford – Miller & Nelson Vehicle Information", dated March 10, 2026

I have relied upon the following materials related to these matters:

- *Miller v. Ford* Second Amended Consolidated Complaint, filed January 5, 2026
- *Nelson v. Ford* Class Action Complaint, filed August 8, 2024
- 8th Digit of VIN Corresponding to Engine Size, FORD-MILLER 00902703
- 8th Digit of VIN Corresponding to Engine Size, NELSON-FORD 0290158
- E-mail “Ford - Miller & Nelson Vehicle Information”, dated March 10, 2026
- Defendant Ford Motor Company’s Answers and Objections to Plaintiffs’ Interrogatories, Set Two, dated November 28, 2025
- Defendant Ford Motor Company’s Amended Answers and Objections to Plaintiffs’ Interrogatories, Set Two, dated February 24, 2026
- GSAR Warranty Data
    - FORD-MILLER 00905692-00905696
    - NELSON-FORD 0297724-0297726
- NAVIS Sales Data
    - FORD-MILLER 00905683-00905691, 00905698
    - NELSON-FORD 0297713-0297723

# Summary of Opinions

After reviewing the case materials and performing independent research, I have reached the following summary conclusions:

- *Variation in Warranty Claim Rates between Engines and Models:* Based on analysis of GSAR and NAVIS data, warranty claim rates during the 5 year/60,000 mile standard warranty period differ significantly between the four engine types included in the proposed classes in *Miller* and *Nelson*, and in most cases also differ significantly between models with the same engine. This opinion holds for either of the two sets of GSAR records that I considered.
- *Variation in Warranty Claim Rates within Model/Engine Combination:* For a particular engine/model combination, some vehicles show significantly different 5 year/60,000 mile warranty claim rates between different model years. Examples exist where significant differences were observed between all model years for a vehicle model/engine combination (e.g., 2017-2019 Ford Escape with 1.5 L engine) and others where no significant differences between model years were identified (e.g., 2013-2014 Ford Fusion with 1.6 L engine). Claim rates for different model years should be assessed on a case-by-case basis to determine whether significant differences exist.
- *Number of Repairs Per Vehicle:* I carried out an assessment of the rate at which vehicles had multiple engine replacement warranty claims during the 5 year/60,000 mile standard warranty period. While rates of claims and multiple claims varied, for all engine types most vehicles did not have any engine replacement claims and most of the rest had only a single claim.

I hold the opinions expressed in this report with a reasonable degree of scientific and statistical certainty based on the case materials reviewed, as well as on my education, experience, and knowledge. Exponent reserves the right to supplement this report and to expand or modify opinions based on review of additional material as it becomes available through ongoing discovery or through any additional work or review of additional work performed by others. Although trial exhibits have not been prepared at this time, Exponent may use any and all of the information described or referenced in this report. Additionally, Exponent may use existing materials for demonstrative purposes.

# Basis and Foundation for Opinions

## Statistical Background

*Claim Rate Calculations*

When carrying out comparisons between different groups, such as different vehicle models and model years, it is important to consider both the number of events (e.g., warranty claims) and the exposure. Exposure is the number of "opportunities" for an event to occur. For example, when assessing how many vehicles required a specific type of repair for two different models, the total number of vehicles sold for each model can be used as the exposure. Consider a situation with two different vehicle models, one of which sells 50,000 vehicles while the other sells only 500. One would expect to see more repairs required for the more common vehicle, not because the quality is lower, but because there are more vehicles that could require repair. Comparing the fraction of vehicles produced that require repair (number repaired/number sold), also called the repair rate, between the two models provides an improved basis for comparison.

There is no universal database of maintenance information for the full lifetime of vehicles. Vehicle owners may choose to have their vehicles serviced at a dealership, at an independent facility, or even to maintain their vehicles themselves. One method for estimating repair rates is to base estimates on claim rates for vehicles which are under warranty. During a vehicle's warranty period, owners are incentivized to bring them to dealerships for service, since they will not be charged for parts or labor for covered repairs, and overall repair rates for the base warranty period can be estimated based on the number of such warranty claims relative to all vehicles sold. It is my understanding that for the vehicle models of interest, the standard warranty period is 5 years/60,000 miles.[2]

*Statistical Significance*

Statistical rates are based on observed data that is subject to random variation; that is, there is some element of chance in the exact number of warranty claims filed for each vehicle model and model year. To understand statistical significance, consider the task of trying to determine which of two quarterbacks has a better chance of throwing a completed pass. If you can only observe one pass for each quarterback, you are not likely to be able to make a definitive judgement. Both passes could be completed, or the less accurate quarterback could throw a completed pass while the more accurate quarterback has an interception purely due to chance. In order to understand the relative skill of the players, you would need to observe multiple passes.

---

[2] What parts are covered by the Ford Powertrain Warranty? https://www.ford.com/support/how-tos/warranty/warranties-and-coverage/what-parts-are-covered-by-the-powertrain-warranty/ Accessed March 17, 2026

Similarly, when comparing warranty claim rates for two different vehicle models, it is important to determine whether the observed differences can be explained by random chance alone. If your dataset consists of a single blue car and a single green car, and the green car has a warranty claim while the blue car does not, that could easily be due to chance rather than any influence of color on claim rates. Statistical significance refers to a difference between population estimates that is large enough that it is unlikely to have occurred due to chance alone, and that therefore likely reflects a true difference. Statistical significance is determined by hypothesis tests, where the specific test that is appropriate depends on the nature of the underlying data. A hypothesis test is often described in terms of a false-positive rate, or level, which is the probability of a statistical test incorrectly finding two populations that are actually the same to be significantly different. There is no way to completely eliminate false-positive results in statistical hypothesis testing, so common practice is to carry out tests in a manner that has a pre-selected low false-positive rate. A common false-positive rate used in statistical analysis is 5%,[3] and this is the level used throughout this report.

*Statistical Models*

Statistical models can provide estimates for an output variable conditioned on values of one or more input variables. For example, a statistical model can predict the percentage of vehicles with warranty claims (output) for a vehicle model by model year (input). As part of this prediction process, these models can be used to identify inputs with a statistically significant effect on outputs. An input with a statistically significant effect is associated with a change in the output that is likely due to a real-world difference. For example, in this report, if an engine size variable is found to have a statistically significant effect on warranty claim rates, that would imply that there are likely to be some real-world differences in claim rates between the 1.5 L, 1.6 L, 2.0 L, and 2.3 L sawcut engines.

A logistic regression model predicts the probability of a binary (yes/no) outcome given different input values.[4] Hypothesis tests for logistic regression analyses are used in this report to identify factors, such as engine size or model, that are related to the probability of a vehicle having a warranty claim within the standard 5-year/60,000 mile warranty period.

*Tukey's HSD*

Tukey's Honest Significant Difference (HSD) procedure is a method for comparing sets of population estimates against each other (e.g., comparing rates for all model years from 2015 to 2019 against each other) in a manner that maintains the desired false positive rate, or level.[5] When specifying a false positive rate for a statistical test, that rate will apply every time the test is conducted. Therefore, if one were to carry out 100 comparisons between groups, each with a

---

[3] See, e.g., Agresti, A. and Franklin C. "Statistics: The Art and Science of Learning from Data." Pearson Prentice Hall. (2007). Ch. 4 and Ch. 8.

[4] See, e.g., Agresti, A. "Categorical Data Analysis Second Edition." John Wiley and Sons. (2002). Ch. 5.

[5] Tukey, J. W. "Comparing individual means in the analysis of variance." Biometrics, 99-114. (1949)

5% error rate, if all of the groups truly have the same underlying characteristics, one would expect about five tests to incorrectly indicate that there is a difference due to random chance alone. Tukey's HSD adjusts the test statistics for each pairwise comparison in a manner that ensures that the level of the "family" of tests does not exceed the desired false positive rate. Tukey's original method was not intended for use with models such as logistic regression. However, subsequent extensions allow for its use with a wide variety of model types, including those used in this analysis.[6] When differences in rates between engines, vehicle models, or model years are described as statistically significant in this report, this conclusion is based on the Tukey's HSD result.

Claim rates may be reported with 95% confidence intervals, which can be interpreted as a reasonable range of values for a true underlying rate given random variation. These confidence intervals are not adjusted for multiple comparisons. They are included for illustrative purposes to give an idea of statistical variability in various rates, but they are not the basis for conclusions regarding statistical significance.

## Data Sources

*GSAR*

I was provided with a set of warranty claims from Ford's Global System for Analytics and Reporting (GSAR) database containing specific causal part numbers, which I understand corresponds to material produced in February 2026, that included claims through July 30, 2025. The GSAR database includes information about warranty repairs carried out by Ford dealerships, including identifying information regarding the vehicle including VIN, mileage, the date of the repair, and information about the nature of the repair, including causal part numbers. Based on discussions with Ford's technical expert, Dr. Peter Lillo, it is my understanding that the produced GSAR dataset is overly inclusive in the sense that it includes some repairs that are not related to the alleged defect in the subject engines. I provided Dr. Lillo with several random subsets of the GSAR data, specifically random samples of claims for each engine type, for his review.

As a result of my discussions with Dr. Lillo, I carried out statistical analysis for two subsets of the produced GSAR data: first, claims involving four causal part numbers (6009, 6010, 6006, 6007) that correspond to the short block, engine block, service engine assembly, and engine assembly ("part number filter"); and, second, claims with a total cost of $1,500 or more involving any of the causal part numbers included in the produced GSAR data ("cost filter").[7] These sets of claims will collectively be referred to as "engine replacement" warranty claims, although my understanding is that both are still expected to include some claims that are not relevant to the alleged defect in *Miller* and *Nelson.* The conclusions based on both datasets are

---

[6] Hothorn, T., Bretz, F., & Westfall, P. "Simultaneous inference in general parametric models." Biometrical Journal: Journal of Mathematical Methods in Biosciences, 50(3), 346-363. (2008)

[7] 6006, 6007, 6009, 6010, 6011, 6049, 6051, and 6065

Highly Confidential

similar. The main body of my report includes results for the part number filtered dataset, while results for the cost filtered set are included in the appendices.

*NAVIS*

I was provided with sales data from Ford's North American Vehicle Information System (NAVIS) for the proposed class vehicles, which I understand correspond to material produced in February 2026. This dataset includes the VIN for all vehicles sold, which can be linked to the warranty database, and the state in which the vehicle was purchased. For the purposes of my analysis, only vehicles sold in the proposed class states in Miller were considered.[8] This dataset provides exposure information for class vehicles, and sales numbers for relevant vehicles are provided in the following tables. NAVIS also identifies some records as fleet sales based on the purchaser being a company or government entity that qualifies as a fleet purchaser based on Ford's criteria,[9] and non-fleet sales numbers are provided in Appendix C.

[8] California, Arkansas, Colorado, Florida, Georgia, Illinois, Indiana, Kansas, Maryland, Michigan, Minnesota, North Carolina, Nebraska, Ohio, Tennessee, and Texas. It is my understanding that the *Nelson* litigation, which relates to the 2.3 L engines, is limited to CA, but my analysis for these engines was carried out using all *Miller* states for consistency.

[9] Current requirements for qualification as a fleet purchaser are provided on Ford's website:

https://www.fordpro.com/en-us/resources/fleet-identification-number/eligibility-requirements/

Table 1 NAVIS sales data by model for 1.5 L engines.

| State | Escape | Fusion | Total |
|---|---|---|---|
| AR | [redacted] | | |
| CA | | | |
| CO | | | |
| FL | | | |
| GA | | | |
| IL | | | |
| IN | | | |
| KS | | | |
| MD | | | |
| MI | | | |
| MN | | | |
| NC | | | |
| NE | | | |
| OH | | | |
| TN | | | |
| TX | | | |
| Total | | | |

Table 2 NAVIS sales data by model for 1.6 L engines.

| State | Escape | Fusion | Total |
|---|---|---|---|
| AR | [redacted] | | |
| CA | | | |
| CO | | | |
| FL | | | |
| GA | | | |
| IL | | | |
| IN | | | |
| KS | | | |
| MD | | | |
| MI | | | |
| MN | | | |
| NC | | | |
| NE | | | |
| OH | | | |
| TN | | | |
| TX | | | |
| All | | | |

Table 3 NAVIS sales data by model for 2 L engines.

| State | Edge | Escape | Fusion | MKC | MKZ | All |
|---|---|---|---|---|---|---|
| AR | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| CO | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| FL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| GA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| IL | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| IN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| KS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| MD | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| MI | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| MN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| NC | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| NE | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| OH | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| TN | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| TX | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| All | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Table 4 NAVIS sales data by model for 2.3 L engines.

| State | Explorer | MKC | Mustang | All |
|---|---|---|---|---|
| AR | [redacted] | [redacted] | [redacted] | [redacted] |
| CA | [redacted] | [redacted] | [redacted] | [redacted] |
| CO | [redacted] | [redacted] | [redacted] | [redacted] |
| FL | [redacted] | [redacted] | [redacted] | [redacted] |
| GA | [redacted] | [redacted] | [redacted] | [redacted] |
| IL | [redacted] | [redacted] | [redacted] | [redacted] |
| IN | [redacted] | [redacted] | [redacted] | [redacted] |
| KS | [redacted] | [redacted] | [redacted] | [redacted] |
| MD | [redacted] | [redacted] | [redacted] | [redacted] |
| MI | [redacted] | [redacted] | [redacted] | [redacted] |
| MN | [redacted] | [redacted] | [redacted] | [redacted] |
| NC | [redacted] | [redacted] | [redacted] | [redacted] |
| NE | [redacted] | [redacted] | [redacted] | [redacted] |
| OH | [redacted] | [redacted] | [redacted] | [redacted] |
| TN | [redacted] | [redacted] | [redacted] | [redacted] |
| TX | [redacted] | [redacted] | [redacted] | [redacted] |
| All | [redacted] | [redacted] | [redacted] | [redacted] |

## Variation in Warranty Claim Rates between Engines and Models

My initial analysis compared engine replacement claim rates during the standard 5 year/60,000 mile warranty period for different vehicle models with the four sawcut engine types. Figure 1 and Table 5 show the standard warranty engine replacement claim rates for the 12 vehicle model/engine combinations in the proposed class. 95% confidence intervals are included to provide information about the uncertainty in the rate estimates.

Figure 1 Engine replacement claim rates for different models and engines for the standard warranty period. Gray lines are 95% confidence intervals for claim rates.

[redacted]

Highly Confidential

Table 5 Engine replacement claim rates for different models and engines for the standard warranty period.

| Model | Engine | Sales | Claims | Rate | 95% CI |
|---|---|---|---|---|---|
| Escape | 1.5 | [redacted] | | | |
| Fusion | 1.5 | | | | |
| Escape | 1.6 | | | | |
| Fusion | 1.6 | | | | |
| Edge | 2 | | | | |
| Escape | 2 | | | | |
| Fusion | 2 | | | | |
| MKC | 2 | | | | |
| MKZ | 2 | | | | |
| Explorer | 2.3 | | | | |
| MKC | 2.3 | | | | |
| Mustang | 2.3 | | | | |

Generally, the uncertainty in the claim rates is small relative to the differences between rates for different vehicle types. There are substantial differences observed between rates for different engines (see, e.g., the 1.6 L and 1.5 L engines) and for the same engine in different models (see, e.g., the 1.5 L Ford Escape and Ford Fusion). I carried out formal statistical testing using logistic regression and Tukey's HSD, which confirmed that 1) all of the engine types have significantly different engine replacement warranty claim rates from each other and 2) in most cases, models with the same engine have significantly different engine warranty claim rates from each other. The only exceptions were the 2.0 L and 1.6 L Ford Fusion and Ford Escape, for which the rates were not found to be significantly different at the 5% level. When analyzing the GSAR dataset using a cost filter instead of a part number filter (see Appendix D), results are similar, with the exception that the 2.0 L MKZ does not have a significantly different claim rate from the 2.0 L Fusion or Escape.

## Variation in Warranty Claim Rates within Models

In addition to considering differences between models, I also assessed differences between model years for each model/engine combination using data for the standard 5 year/60,000 mile warranty period. Results are shown in Figure 2 with a complete table of results in Appendix E. Once again formal statistical testing was carried out using logistic regression and Tukey's HSD. As shown in the figure, the differences between model years for the same model/engine combination are variable, with some combinations showing no significant differences (e.g., 1.6 L 2013-2014 Ford Fusion) while in other cases all model years are significantly different from one another (e.g., 1.5 L 2017-2019 Ford Escape). Due to this complexity, differences between model years within a model/engine combination should be considered on a case-by-case basis.

Based on my conversation with Dr. Lillo, it is my understanding that there were changes to vehicle design between the 2016 and 2017 model years that could alter the claim rates for the 1.5 L engine. Of the vehicles that I considered, only the Ford Fusion had the relevant 1.5 L engine both before and after the change. My analysis shows that all years prior to the change (2014-2016) had significantly different, and lower, warranty claim rates than all model years after the change (2017-2019).

It is also my understanding that there was a change to the 2.0 L engine at some point during the 2016 model year that could alter claim rates. While I was not able to isolate engines manufactured before and after the change for 2016 model year vehicles, for all models that were manufactured with the relevant 2.0 L engine (Edge, Escape, Fusion, MKC, and MKZ), the 2016 model year vehicles had a significantly lower rate of warranty claims than 2017 model year vehicles. The Ford Edge, which was the only vehicle model considered that was manufactured with a 2.0 L sawcut engine prior to the 2016 model year, also had a significantly lower rate of claims for the 2015 model year, which included only engines manufactured prior to the design change, than for the 2016 model year, which included a mixture of engines manufactured before and after the change.

When analyzing the GSAR dataset using a cost filter instead of a part number filter (see Appendix F), results are similar.

Figure 2 Engine replacement warranty claims by engine, model, and model year. Gray lines are 95% confidence intervals for claim rates.

[redacted]

## Number of Claims per Vehicle

Figure 3 Rate at which vehicles have one, two, or more engine replacement claims during the standard warranty period.

[redacted]

I analyzed the number of vehicles with multiple warranty claims within the standard 5 year/60,000 mile warranty period. Claims occurring on the same day were consolidated, but no additional time-based filtering was used. For example, a vehicle that was diagnosed, sent home, and repaired on a different day may show multiple claims in this analysis.

Figure 3 and Table 6 show the results of this analysis. Vehicles with different engines exhibit different claim rates, which is consistent with the previous analysis in this report. While the rate at which vehicles have multiple claims varies, in all cases, the vast majority of vehicles that have a warranty claim have only a single claim.

When analyzing the GSAR dataset using a cost filter instead of a part number filter (see Appendix G), results are similar.

Table 6 Vehicle counts and rates for 1, 2, and 3+ engine replacement warranty claims.

[redacted]

# Appendix A

## Curriculum Vitae



Exponent®
Engineering & Scientific Consulting

## Kristin Lennox, Ph.D.

Senior Managing Scientist | Data Sciences
Phoenix
+1-650-688-7283 | klennox@exponent.com

## Professional Profile

Dr. Lennox has more than fifteen years of experience in using statistics, machine learning, and operations research techniques for scientific and engineering challenges. She has applied data science in regulatory contexts, including environmental, automotive, and consumer product projects, and has testified in a variety of litigation matters, including personal injury, product liability, intellectual property, fair lending, and class action cases.

Dr. Lennox's career has included data science applications in the aerospace, construction, finance, motor vehicle, and oil and gas industries, as well as in public infrastructure, bioinformatics, software development, materials science, and manufacturing. She has worked with many varieties of data ranging from large publicly available datasets to small-scale designed experiments and specializes in combining disparate data types and sources to solve complex problems. Her expertise includes data modeling, Bayesian statistics, experimental design, and risk assessment in high-consequence environments. Dr. Lennox also studies methods to assess the benefits of emerging automotive technologies, including advanced driver assistance systems (ADAS) and automated driving.

After completing her Ph.D. in statistics, Dr. Lennox joined Lawrence Livermore National Laboratory (LLNL) where she co-founded and led the LLNL statistical consulting service. In addition to serving as a consultant on many projects, she led multidisciplinary efforts in risk assessment and radiation detection. After leaving LLNL, Dr. Lennox worked as a Principal Data Scientist for GE Aviation and multiple startups targeting artificial intelligence (AI) applications in industry. Dr. Lennox developed models and other analytics tools to support increased efficiency in manufacturing and product development, and she led development efforts for software applications to support both aerospace and chemical manufacturing.

Dr. Lennox is passionate about statistics and AI education and has presented a series of lectures for technical and lay audiences on these topics.

## Academic Credentials & Professional Honors

Ph.D., Statistics, Texas A&M University, 2010

M.S., Statistics, Texas A&M University, 2007

B.S., Applied Mathematics, Texas A&M University, 2005

H.O. Hartley Award, Texas A&M University, 2022

© 2024 Exponent, Inc. All Rights Reserved 

Parzen Graduate Research Fellowship, Texas A&M University, 2009

National Merit Scholar, Texas A&M University, 2003

## Prior Experience

Principal Data Scientist, Citrine Informatics, 2019-2020

Technical Head of Industrial IoT, Beyond Limits, 2019

Principal Data Scientist, Beyond Limits, 2018-2019

Principal Data Scientist, GE Aviation, 2016-2018

Director of Statistical Consulting, Lawrence Livermore National Laboratory, 2013-2016

Applied Statistician, Lawrence Livermore National Laboratory, 2010-2016

## Professional Affiliations

American Statistical Association (ASA)

ASA Risk Analysis Section – Publications Officer (2024-2025)

Institute of Mathematical Statistics (IMS)

Society for Risk Analysis (SRA)

International Statistical Engineering Association (ISEA)

Conference on Data Analysis – Organizing Committee (2013-2017)

## Patents

US Patent, 10,078,145: Methods and Systems for Calibration of Particle Detectors, 2018 (Wurtz R, Lennox KP).

## Publications

Lennox KP, Watson HN. Chapter 1: Numbers, Statistics and Environmental Design-Making. In: Conrad, Jr. JW and Goodfellow, Jr. WL (editors). Environmental Science Deskbook. Environmental Law Series. Thomson Reuters, Eagan, MN. 2024.

Lennox KP, Scully ID, Yanes JA, Cades DM. Assessing the Impact of Driver Assistance Technology: A Review of Non-Crash and Crash Studies. Advances in Human Factors of Transportation, 2024; 148, 323-330.

Tsuji, JS, Lennox, KP, Watson, HN, & Chang, ET. Essential Concepts for Interpreting the Dose-Response of Low-Level Arsenic Exposure in Epidemiological Studies. Toxicology 2021; 457:152801.

D'Andrade B, Murphy P, Lennox KP. Internet of Things Risks. In Software Engineering: Artificial Intelligence, Compliance, and Security. New York: Nova Science Publishers. 2021; 179-235.

Lennox KP, Rosenfield P, Blair B, Kaplan A, Armendariz JR, Glenn A, Wurtz R . Assessing and

Minimizing Contamination in Time of Flight Based Validation Data. Nuclear Instruments and Methods Section A 2017; 870:30-36.

Lennox KP, Glascoe L. A Bayesian Measurement Error Model for Misaligned Radiographic Data. Technometrics 2013; 55:450-460.

Day R, Joo H, Chavan AG, Lennox KP, Chen A, Dahl DB, Vannucci M, Tsai JW. Understanding the General Packing Rearrangements Required for Successful Template Based Modeling of Protein Structure from a CASP Experiment. Computational Biology and Chemistry 2013; 42:40-48.

Cadag E, Vitalis E, Lennox KP, Zhou CLE, Zemla AT. Computational Analysis of Pathogen-Borne Metallo β-Lactamases Reveals Discriminating Structural Features Between B1 Types. BMC Research Notes 2012;. 5:96.

Lennox KP, Glascoe L. Constrained Classification for Infrastructure Threat Assessment. Proceedings of the 2011 IEEE Conference on Technologies for Homeland Security 2011; 92–97.

Chavan AG, Joo H, Day R, Lennox KP, Sukhavnov P, Dahl DB, Vannucci M, Tsai JW. Near-Native Protein Loop Sampling using Nonparametric Density Estimation AccommodatingSparcity. PLoS Computational Biology 2011. 7:e1002234.

Day, R, Lennox KP, Dahl DB, Vannucci M, Tsai JW. Characterizing the Regularity of Tetrahedral Packing Motifs in Protein Tertiary Structure. Bioinformatics 2010; 26:3059-3066.

Lennox KP, Dahl DB, Vannucci M, Day R, Tsai JW. A Dirichlet Process Mixture of Hidden Markov Models for Protein Structure Prediction. Annals of Applied Statistics 2010; 4:916-962.

Lennox KP, Sherman M. Efficient Experimental Design for Binary Matched Pairs Data. Statistics in Medicine 2009; 28:2952-2966.

Lennox KP, Dahl DB, Vannucci M, Tsai JW. Density Estimation for Protein Conformation Angles Using a Bivariate von Mises Distribution and Bayesian Nonparametrics. Journal of the American Statistical Association 2009; 104:586-596.

Mintz, BJ, Lennox KP, Wilson AK. Truncation of the Correlation Consistent Basis Sets: An Effective Approach to the Reduction of Computational Cost? Journal of Chemical Physics 2004; 121:5629-5634.

**Presentations**

Lennox, KP. Mathemagic! UncertaiNLP Workshop, Conference of the European Chapter of the Association for Computational Linguistics. 2024.

Lennox, KP. The Minds of Machines. Arab Artificial Intelligence Summit, Sweimeh, Jordan. 2019.

Lennox, KP. All About that Bayes. Lawrence Livermore National Laboratory, Livermore, CA. 2016.

Lennox, KP. Everything Wrong with Statistics (and How to Fix It). Lawrence Livermore National Laboratory, Livermore, CA 2015.

# Appendix B

## Testimony List

**Testimony List**
Kristin P. Lennox

| Caption | Case | Location | Testimony Date | Type |
|---|---|---|---|---|
| Teradata Corporation v. SAP SE | Case 3:18-cv-03670-WHO | United States District Court Northern District of California | 8/3/2021 | Deposition |
| Drammeh et al. v. Uber Technlogies Inc. et al. | Case 2:21-cv-00202-BJR | United States District Court Western District of Washington at Seattle | 6/30/2022 | Deposition |
| Hacene Djemil et al. v. Tesla et al. | Case 3:21-cv-05251-JCC | United States District Court Western District of Washington | 2/10/2023 | Deposition |
| Hsu v. Tesla et al. | Case 20STCV18473 | Superior Court for the State of California for the County of Los Angeles | 3/20/2023 | Deposition |
| Hsu v Tesla et al. | Case 20STCV18473 | Superior Court for the State of California for the County of Los Angeles | 4/18/2023 | Trial Testimony |
| Molander et al. v. Tesla et al. | Case RIC2002459 | Superior Court for the State of California for the County of Riverside | 8/24/2023 | Deposition |
| Huang et al. v. Tesla et al. | Case 19CV346663 | Superior Court for the State of California for the County of Santa Clara | 9/7/2023 | Deposition |
| Molander et al. v. Tesla et al. | Case RIC2002459 | Superior Court for the State of California for the County of Riverside | 10/18/2023 | Trial Testimony |
| Lessin et al. v. Ford Motor Company et al. | Case 3:19-CV-01082-AJB-AHG | United States District Court for the Southern District of California | 3/12/2024 | Deposition |
| Wells Fargo Mortgage Discrimination Litigation | Case 3:22-CV-00990-JD | United States District Court Northern District of California | 4/5/2024 | Deposition |
| Alailefaleula et al. v. FCA US LLC et al. | Case A-22-854317-C | Eighth Judicial District Court Clark County, Nevada | 5/22/2024 | Deposition |
| Sadeghbegi v. Nebhnani et al. | Case 19-DCV-269923 | District Court of Fort Bend County, Texas | 7/16/2024 | Deposition |
| McNamara et al. v. Neal/FCA US LLC | Case 23-2-130677 SEA | King County Superior Court, Washington | 10/1/2024 | Deposition |
| Bostick v. Toyota Motor Corporation et al. | Case 22-C-05174-S7 | State Court of Gwinnett County, Georgia | 2/18/2025 | Deposition |
| Anna Bierman, et al. v BMW of North America, LLC, et al. | Case C20224362 | Arizona Superior Court, Pima County | 4/10/2025 | Deposition |
| Joseph A. Pakootas, et al., v. Teck Cominco Metals Ltd. | Case 2:04-CV-0256-SAB | United States District Court for the Eastern District of Washington | 11/6/2025 | Deposition |

# Appendix C

## NAVIS Non-Fleet Sales

Highly Confidential

Table C.1 NAVIS sales data by model for 1.5 L engines.

| State | Escape | Fusion | Total |
|---|---|---|---|
| AR | [redacted] | | |
| CA | | | |
| CO | | | |
| FL | | | |
| GA | | | |
| IL | | | |
| IN | | | |
| KS | | | |
| MD | | | |
| MI | | | |
| MN | | | |
| NC | | | |
| NE | | | |
| OH | | | |
| TN | | | |
| TX | | | |
| Total | | | |

Table C.2 NAVIS sales data by model for 1.6 L engines.

| State | Escape | Fusion | Total |
|---|---|---|---|
| AR | [redacted] | | |
| CA | | | |
| CO | | | |
| FL | | | |
| GA | | | |
| IL | | | |
| IN | | | |
| KS | | | |
| MD | | | |
| MI | | | |
| MN | | | |
| NC | | | |
| NE | | | |
| OH | | | |
| TN | | | |
| TX | | | |
| All | | | |

Highly Confidential

Table C.3 NAVIS sales data by model for 2 L engines.

| State | Edge | Escape | Fusion | MKC | MKZ | All |
|---|---|---|---|---|---|---|
| AR | [redacted] | | | | | |
| CA | | | | | | |
| CO | | | | | | |
| FL | | | | | | |
| GA | | | | | | |
| IL | | | | | | |
| IN | | | | | | |
| KS | | | | | | |
| MD | | | | | | |
| MI | | | | | | |
| MN | | | | | | |
| NC | | | | | | |
| NE | | | | | | |
| OH | | | | | | |
| TN | | | | | | |
| TX | | | | | | |
| All | | | | | | |

Table C.4 NAVIS sales data by model for 2.3 L engines.

| State | Explorer | MKC | Mustang | All |
|---|---|---|---|---|
| AR | [redacted] | | | |
| CA | | | | |
| CO | | | | |
| FL | | | | |
| GA | | | | |
| IL | | | | |
| IN | | | | |
| KS | | | | |
| MD | | | | |
| MI | | | | |
| MN | | | | |
| NC | | | | |
| NE | | | | |
| OH | | | | |
| TN | | | | |
| TX | | | | |
| All | | | | |

# Appendix D

## Warranty Claim Rates by Engine and Model for Cost-Filtered Dataset

Figure D.1 Engine replacement claim rates for different models and engines for the standard warranty period. Gray lines are 95% confidence intervals for claim rates.

[redacted]

Table D.1 Engine replacement claim rates for different models and engines for the standard warranty period.

| Model | Engine | Sales | Claims | Rate | 95% CI |
|---|---|---|---|---|---|
| Escape | 1.5 | [redacted] | [redacted] | [redacted] | [redacted] |
| Fusion | 1.5 | [redacted] | [redacted] | [redacted] | [redacted] |
| Escape | 1.6 | [redacted] | [redacted] | [redacted] | [redacted] |
| Fusion | 1.6 | [redacted] | [redacted] | [redacted] | [redacted] |
| Edge | 2 | [redacted] | [redacted] | [redacted] | [redacted] |
| Escape | 2 | [redacted] | [redacted] | [redacted] | [redacted] |
| Fusion | 2 | [redacted] | [redacted] | [redacted] | [redacted] |
| MKC | 2 | [redacted] | [redacted] | [redacted] | [redacted] |
| MKZ | 2 | [redacted] | [redacted] | [redacted] | [redacted] |
| Explorer | 2.3 | [redacted] | [redacted] | [redacted] | [redacted] |
| MKC | 2.3 | [redacted] | [redacted] | [redacted] | [redacted] |
| Mustang | 2.3 | [redacted] | [redacted] | [redacted] | [redacted] |

# Appendix E

## Warranty Claim Rates by Model Year

Highly Confidential

| Model | Engine | Year | Sales | Claims | Rate | 95% CI |
|---|---|---|---|---|---|---|
| Escape | 1.5 | 2017 | [redacted] | | | |
| Escape | 1.5 | 2018 | [redacted] | | | |
| Escape | 1.5 | 2019 | [redacted] | | | |
| Fusion | 1.5 | 2014 | [redacted] | | | |
| Fusion | 1.5 | 2015 | [redacted] | | | |
| Fusion | 1.5 | 2016 | [redacted] | | | |
| Fusion | 1.5 | 2017 | [redacted] | | | |
| Fusion | 1.5 | 2018 | [redacted] | | | |
| Fusion | 1.5 | 2019 | [redacted] | | | |
| Escape | 1.6 | 2013 | [redacted] | | | |
| Escape | 1.6 | 2014 | [redacted] | | | |
| Escape | 1.6 | 2015 | [redacted] | | | |
| Escape | 1.6 | 2016 | [redacted] | | | |
| Fusion | 1.6 | 2013 | [redacted] | | | |
| Fusion | 1.6 | 2014 | [redacted] | | | |
| Edge | 2 | 2015 | [redacted] | | | |
| Edge | 2 | 2016 | [redacted] | | | |
| Edge | 2 | 2017 | [redacted] | | | |
| Edge | 2 | 2018 | [redacted] | | | |
| Escape | 2 | 2016 | [redacted] | | | |
| Escape | 2 | 2017 | [redacted] | | | |
| Escape | 2 | 2018 | [redacted] | | | |
| Escape | 2 | 2019 | [redacted] | | | |
| Fusion | 2 | 2016 | [redacted] | | | |
| Fusion | 2 | 2017 | [redacted] | | | |
| Fusion | 2 | 2018 | [redacted] | | | |
| Fusion | 2 | 2019 | [redacted] | | | |
| MKC | 2 | 2016 | [redacted] | | | |
| MKC | 2 | 2017 | [redacted] | | | |
| MKC | 2 | 2018 | [redacted] | | | |
| MKC | 2 | 2019 | [redacted] | | | |
| MKZ | 2 | 2016 | [redacted] | | | |
| MKZ | 2 | 2017 | [redacted] | | | |
| MKZ | 2 | 2018 | [redacted] | | | |
| MKZ | 2 | 2019 | [redacted] | | | |
| Explorer | 2.3 | 2016 | [redacted] | | | |
| Explorer | 2.3 | 2017 | [redacted] | | | |
| Explorer | 2.3 | 2018 | [redacted] | | | |
| Explorer | 2.3 | 2019 | [redacted] | | | |

Highly Confidential

| Model | Engine | Year | Sales | Claims | Rate | 95% CI |
|---|---|---|---|---|---|---|
| MKC | 2.3 | 2015 | [redacted] | | | |
| MKC | 2.3 | 2016 | [redacted] | | | |
| MKC | 2.3 | 2017 | [redacted] | | | |
| MKC | 2.3 | 2018 | [redacted] | | | |
| MKC | 2.3 | 2019 | [redacted] | | | |
| Mustang | 2.3 | 2015 | [redacted] | | | |
| Mustang | 2.3 | 2016 | [redacted] | | | |
| Mustang | 2.3 | 2017 | [redacted] | | | |
| Mustang | 2.3 | 2018 | [redacted] | | | |
| Mustang | 2.3 | 2019 | [redacted] | | | |

# Appendix F

## Warranty Claim Rates by Model Year for Cost-Filtered Data

Table F.1 Engine replacement warranty claims by engine, model, and model year.

| Model | Engine | Year | Sales | Claims | Rate | 95% CI |
|---|---|---|---|---|---|---|
| Escape | 1.5 | 2017 | [redacted] | | | |
| Escape | 1.5 | 2018 | [redacted] | | | |
| Escape | 1.5 | 2019 | [redacted] | | | |
| Fusion | 1.5 | 2014 | [redacted] | | | |
| Fusion | 1.5 | 2015 | [redacted] | | | |
| Fusion | 1.5 | 2016 | [redacted] | | | |
| Fusion | 1.5 | 2017 | [redacted] | | | |
| Fusion | 1.5 | 2018 | [redacted] | | | |
| Fusion | 1.5 | 2019 | [redacted] | | | |
| Escape | 1.6 | 2013 | [redacted] | | | |
| Escape | 1.6 | 2014 | [redacted] | | | |
| Escape | 1.6 | 2015 | [redacted] | | | |
| Escape | 1.6 | 2016 | [redacted] | | | |
| Fusion | 1.6 | 2013 | [redacted] | | | |
| Fusion | 1.6 | 2014 | [redacted] | | | |
| Edge | 2 | 2015 | [redacted] | | | |
| Edge | 2 | 2016 | [redacted] | | | |
| Edge | 2 | 2017 | [redacted] | | | |
| Edge | 2 | 2018 | [redacted] | | | |
| Escape | 2 | 2016 | [redacted] | | | |
| Escape | 2 | 2017 | [redacted] | | | |
| Escape | 2 | 2018 | [redacted] | | | |
| Escape | 2 | 2019 | [redacted] | | | |
| Fusion | 2 | 2016 | [redacted] | | | |
| Fusion | 2 | 2017 | [redacted] | | | |
| Fusion | 2 | 2018 | [redacted] | | | |
| Fusion | 2 | 2019 | [redacted] | | | |
| MKC | 2 | 2016 | [redacted] | | | |
| MKC | 2 | 2017 | [redacted] | | | |
| MKC | 2 | 2018 | [redacted] | | | |
| MKC | 2 | 2019 | [redacted] | | | |
| MKZ | 2 | 2016 | [redacted] | | | |
| MKZ | 2 | 2017 | [redacted] | | | |
| MKZ | 2 | 2018 | [redacted] | | | |
| MKZ | 2 | 2019 | [redacted] | | | |
| Explorer | 2.3 | 2016 | [redacted] | | | |

Highly Confidential

| Model | Engine | Year | Sales | Claims | Rate | 95% CI |
|---|---|---|---|---|---|---|
| **Explorer** | 2.3 | 2017 | [redacted] | | | |
| **Explorer** | 2.3 | 2018 | | | | |
| **Explorer** | 2.3 | 2019 | | | | |
| **MKC** | 2.3 | 2015 | | | | |
| **MKC** | 2.3 | 2016 | | | | |
| **MKC** | 2.3 | 2017 | | | | |
| **MKC** | 2.3 | 2018 | | | | |
| **MKC** | 2.3 | 2019 | | | | |
| **Mustang** | 2.3 | 2015 | | | | |
| **Mustang** | 2.3 | 2016 | | | | |
| **Mustang** | 2.3 | 2017 | | | | |
| **Mustang** | 2.3 | 2018 | | | | |
| **Mustang** | 2.3 | 2019 | | | | |

Figure F.1 Engine replacement warranty claims by engine, model, and model year. Gray lines are 95% confidence intervals for claim rates.

[redacted]

# Appendix G

## Multiple Claims for Cost-Filtered Dataset

Figure G.1 Rate at which vehicles have one, two, or more engine replacement claims during the standard warranty period.

[redacted]

Table G.1 Vehicle counts and rates for 1, 2, and 3+ engine replacement warranty claims.

[redacted]