# EXHIBIT 18

# PROPOSED TO BE FILED UNDER SEAL – PUBLIC REDACTED VERSION

# EXPERT REPORT OF ALLISE WACHS

March 20, 2026

*Miller, et al. v. Ford Motor Company*
Case No. 2:20-cv-01796-DAD-CKD

*Nelson, et al. v. Ford Motor Company*
Case No. 2:24-cv-02231-DAD-CKD

# TABLE OF CONTENTS

**Page**


I. FOREWARD ........ 1

II. QUALIFICATIONS ........ 1

III. ASSIGNMENT & SUMMARY OF OPINIONS ........ 4

IV. MATERIALS CONSIDERED ........ 10

V. ASSUMPTIONS ........ 10

VI. BACKGROUND INFORMATION REGARDING RELIABILITY/ WARRANTY ANALYSIS ........ 12

- A. Mathematics of Reliability/Warranty Estimation ........ 12
- B. Methodology for Reliability Analyses ........ 15

VII. ANALYSIS ........ 18

- A. Ford's Own Analysis of its Warranty Data Using Limited Labor Codes Already Shows Excessive Service Rates. ........ 19
- B. Reliability Analysis Shows the Failure Rates are High Throughout the Life of the Class Vehicles. ........ 21
- C. Comparison of the Reliability of Class Vehicles to Non-Class Vehicles shows that Class Vehicles Fail at a Vastly Increased Rate than Non-Class Vehicles. ........ 28
- D. Warranty Claim Percentages for Class Vehicles Are Up To 200 Times Higher than Warranty Claim Percentages for Non-Class Vehicles. ........ 33
- E. The Failure Mode Appears to be the same for all Class Vehicles. ........ 35

VIII. CONCLUSION ........ 39

## I. FOREWARD

1. This document includes my opinions of Ford's warranty data. These opinions are based on my experience, education, training, documents and depositions in the case, and analyses of Ford's warranty and sales data, including data Ford produced from its Global System for Analytics and Reporting ("GSAR") and North American Vehicle Information System ("NAVIS") databases. The documents and information I considered in forming these opinions are listed in the body of this report and in the exhibits and appendices to the report. These opinions are based on information known to me at this time. I may supplement or revise my opinions as discovery continues and other or additional information becomes available to me in the future.

## II. QUALIFICATIONS

2. My name is Allise Wachs, and my firm Integral Concepts, Inc. and I have been retained by Lieff Cabraser Heimann & Bernstein as an expert in statistical methods, reliability and warranty analysis, and design and quality control methods. Attached as **Appendix A** is my Curriculum Vitae with my education, former positions, publications, and speaking engagements. Although my doctorate is in mathematical optimization (operations research), I completed all coursework for a Ph.D. in statistics as well.

3. I have been an adjunct professor in the College of Engineering at the University of Michigan, Ann Arbor (teaching statistical and quality methods for industrial and engineering applications). Furthermore, alongside another professor at the University

of Michigan, I developed and taught a certification program in Reliability Engineering/Reliability Analysis for the University of Michigan, Ann Arbor. This program included warranty analysis.

4. As a statistician and President at Integral Concepts, Inc., I help manufacturers implement designed experiments, statistical process control methods, and life testing to improve quality, reliability, and efficiency in manufacturing plants. I also help to design products with superior quality and reliability. I regularly teach courses in Quality Control Methods, Reliability/Warranty Methods, Measurement System Assessment, Statistics/Data Analysis, Statistical Process Control, Designed Experimentation, Process Capability, Problem Solving, and Design for Six Sigma. Integral Concepts' clients are typically large corporations or organizations and include Johnson & Johnson (Ethicon), Apple, BASF, Philips, Procter & Gamble (P&G), Parker Hannifin, BorgWarner, Mahle, DANA, Daimler, Stryker, Denso, Magna, Autoliv, the International Aerospace Quality Group, etc.

5. Over the past 30 years, I have worked in hundreds of manufacturing facilities throughout the world implementing methods to control manufacturing operations, so that products have minimal variation and perform consistently and reliably for consumers. In addition, I support engineering and R&D departments in setting specifications to ensure that product designs and processes achieve reliability, performance, quality, and business requirements.

6. Corporations regularly retain my firm to forecast future warranty complaints and perform product reliability analyses to predict if, when and how products will fail in various environments. In many situations, a corporation and one of its suppliers disagree about the number of defective products that will be returned during the warranty period, and we are engaged to generate forecasts to resolve those disputes. Industries using our services most frequently include aerospace, automotive, medical device, consumer products, energy, electronics, and construction materials.

7. I also work with manufacturers to ensure they comply with regulatory standards and customer requirements. I assist food, beverage, and medical device clients in achieving FDA requirements, and work with numerous clients to ensure compliance with (and adequacy of) American Society for Testing & Materials (ASTM) methods (and European and Asian counterparts), along with specific customer requirements or regulatory requirements specific to an industry. I have worked on issues involving the National Highway Traffic Safety Administration (NHTSA), Occupational Safety and Health Administration (OSHA), and the Consumer Product Safety Commission (CPSC). Integral Concepts has also provided reliability analysis training for personnel at the Nuclear Regulatory Commission (NRC).

8. In addition to its consulting practice, Integral Concepts provides training in a wide variety of statistical and quality improvement methods, and I provide certification

programs for Six Sigma and Design for Six Sigma Greenbelts, Blackbelts, and Master Blackbelts.

9. In the past ten years, I have offered deposition testimony in seven cases and have offered testimony in court in an administrative hearing before an Administrative Law Judge. A list of these cases is included in **Appendix B.**

## III. ASSIGNMENT & SUMMARY OF OPINIONS

10. I have been retained by Plaintiffs' Counsel (Lieff Cabraser Heimann & Bernstein) in connection with two related cases involving Ford EcoBoost engines: *Miller, et al. v. Ford* and *Nelson, et al. v. Ford*.

11. The fees for services performed by Integral Concepts professionals have been charged at standard hourly rates. The fees for deposition or trial appearance will also be charged at standard hourly rates. Out-of-pocket expenses are invoiced at cost. My hourly rate is $525/hr. Data has been formatted and reviewed for reliability analysis and validation by my Integral Concepts colleague, Steven Wachs, whose rates are the same. My fees and the fees charged by Integral Concepts are not contingent and are not dependent on any outcome.

12. I understand that Plaintiffs allege that Ford Motor Company ("Ford") manufactured and sold vehicles containing defective engines. Plaintiffs allege that these engines, known as "EcoBoost" engines, have a critical defect in the Class Vehicles that causes engine coolant—which is vital to the safety and functionality of the engine—to leak

into the engine's cylinders (the "Engine Defect"). Plaintiffs further allege that the lack of coolant created by the leaks causes overheating and can, even at low mileages, result in the cylinder head cracking and, in some instances, can cause total engine failures and engine fires. Presence of coolant within the cylinders of the engine alone can also cause corrosion, oil dilution and contamination, and engine failure. *See Miller* Second Amended Consolidated Class Action Complaint (Dkt. 144), ¶4; *Nelson* First Amended Class Action Complaint (Dkt. 33), ¶4.

13. I understand that the vehicles at issue in this action (the "Class Vehicles") include certain Ford vehicles equipped with GTDI 1.5L, 1.6L, 2.0L, and 2.3L EcoBoost engines (the "EcoBoost engines") with a saw cut on the engine block bore bridge. These vehicles are:

| Model Year | Model | Displacement |
|---|---|---|
| 2017-2019 | Ford Escape | 1.5L |
| 2013-2016 | Ford Escape | 1.6L |
| 2016-2019 | Ford Escape | 2.0L |
| 2014-2019 | Ford Fusion | 1.5L |
| 2013-2014 | Ford Fusion | 1.6L |
| 2016-2019 | Ford Fusion | 2.0L |
| 2015-2018 | Ford Edge | 2.0L |
| 2016-2019 | Lincoln MKC | 2.0L |
| 2016-2019 | Lincoln MKZ | 2.0L |
| 2015-2019 | Lincoln MKC | 2.3L |
| 2015-2019 | Ford Mustang | 2.3L |
| 2016-2019 | Ford Explorer | 2.3L |

14. I understand that Ford evaluates its warranty data to determine whether certain vehicles or components are problematic. In one document (FORD-MILLER 00124957 at 4973), Ford states that [redacted]

[redacted]" In FORD-MILLER 00369617, Ford has a reliability/warranty plot indicating that [redacted], as seen in the following graphic:

[redacted]

(FORD-MILLER 00369624)

15. According to the document FORD-MILLER 00074856, Ford knew [redacted]

(FORD-MILLER 00074862)

16. In that same document, Ford acknowledges that [redacted]

[redacted]

(FORD-MILLER 00074882)

17. In the document FORD-MILLER 00081429, Ford compared different engines to better understand the problem and focused on [redacted]

[redacted]

(FORD-MILLER 00081430)

[1] According to the Bureau of Transportation Statistics (https://www.bts.gov/content/average-age-automobiles-and-trucks-operation-united-states), in 2025, the average age of passenger cars in operation in the U.S. was 14.5 years, and the average age of light trucks in operation was 11.9 years. In other words, the average lifespan of an automobile in the United States exceeds 10 years.

18. For this assignment, I was asked to review and analyze Ford warranty data as it pertains to warranty repairs for engine claims related to coolant intrusion in EcoBoost engines.

19. I understand that Ford has produced spreadsheets of warranty and sales data from its GSAR and NAVIS databases to Plaintiffs (*see* **Appendix C**) containing information about the reimbursement claims that Ford service centers made to Ford to recover their expenses for repairing customers' vehicles during the warranty period. To be conservative, my warranty analysis focused only on the warranty claims in Ford's data that matched part numbers (base) 6006, 6009, 6010[2] *and* had "coolant" in the Technician Comments section. Both criteria had to be met for the claims to be included in my analysis. This framework likely undercounted the warranty claims to make sure they were tied to the Engine Defect at issue in this litigation.

20. I offer the following opinions.

21. First, Ford's own analysis showed that the failure rates for the EcoBoost engines in the Class Vehicles were very high.

22. Second, I used a reliability analysis to predict the reliability of the Class Vehicles at three, five, ten, and fifteen years from purchase. This analysis is attached as

[2] I understand from Plaintiffs' Counsel that these three part numbers correspond to the engine assembly, the short block, and the engine block for the Class Vehicles, which are the major components that require repair or replacement when engine coolant intrudes into the EcoBoost engine's cylinders because of the Engine Defect.

**Exhibit A**. The analysis shows the failure rates worsen and reach high rates for all Class Vehicles.

23. Third, I compared the reliabilities of the Class Vehicles with EcoBoost engines to the reliabilities of the same vehicles that did not have an EcoBoost engine with a saw cut on the engine block bore bridge. The reliabilities of the Class Vehicles were significantly worse than the reliabilities of the same vehicles without the EcoBoost engines with a saw cut on the engine block bore bridge. This analysis is attached as **Exhibit A**.

24. Fourth, I compared overall warranty claim rates of the Class Vehicles to non-class comparators and found that the claim rates for the Class Vehicles were 20–202x worse than for non-class versions of the same vehicle.

25. Fifth, based on my analysis of Ford's internal documents, Ford's warranty data relating to engine coolant and replacement of engine block components, and testimony from Ford personnel, the failure mode giving rise to the warranty claims in the Class Vehicles appears to be the same. So, even though the failure rates may differ by vehicle platform and engine sizes, the failure mode appears to be the same across the Class Vehicles.

26. My opinions expressed in this report are held to a reasonable statistical certainty based on the specific facts and circumstances of this action. I reserve the right to render additional opinions and to supplement or amend the opinions and bases given in this report based on new or additional information that is provided to me between the date of

this report and the date that I may testify at trial, including but not limited to expert reports, case documents, test results, additional complaint and warranty data, deposition transcripts, and related exhibits. This report and its attachments are "Confidential" only to the extent that it uses documents that have been labeled "Confidential" in discovery pursuant to the Protective Order entered in this case.

## IV. MATERIALS CONSIDERED

27. In addition to my expertise in warranty analysis, I have reviewed documents and data produced by Ford (in both Miller and Nelson) pertaining to their assessment and analysis of warranty claims, and deposition testimony of pertinent witnesses. A full list of the materials that I have considered in this matter is attached as **Appendix C**.

## V. ASSUMPTIONS

28. I use warranty claims data as a proxy for the occurrence of the defect that Plaintiffs alleged in this case. In my opinion, a warranty claims rate is a conservative proxy for the actual occurrence of a problem, as not all drivers with a problem have their vehicles serviced under warranty, and not all dealers code their warranty repairs correctly. Also, as Ford acknowledged, [redacted] ([redacted] (*see, e.g.*, FORD-MILLER 00124957 at 4973), so there typically won't be claims for those failures, since the powertrain warranty period is 60 MIS for the Ford products and 72 MIS for the Lincoln products (*see, e.g.*, FORD-MILLER 00086295 at 6307; FORD-

MILLER 00085979 at 5990). As such, warranty analysis tends to undercount the occurrence of a defect.

29. Furthermore, my criteria for inclusion of relevant claims for my warranty analysis were conservative. The warranty data that Ford produced from its GSAR warranty database included a column labeled "Part Num Base (Causal)," which I understand to be the base part number for the component that was repaired or replaced in the warranty claim. It also included a column called "Technician Comments," which I understand to be the comments that are inputted by personnel from the Ford dealership service department that performed the warranty repair. To isolate the warranty claims for the Engine Defect, my analysis of Ford's warranty data included only claims with part number codes 6006, 6009, and/or 6010, which I understand to correspond to the engine assembly, the short block, and the engine block for the Class Vehicles. In addition to filtering only for these three part numbers, I also included only warranty claims that included the word "coolant" in the Technician Comments column. My analysis did not incorporate any claims in which both criteria were not met.

30. Duplicate Vehicle Identification Numbers (VINs) were also removed, so that a vehicle could only appear once in my analysis—even if a dealer registered multiple claims for a particular vehicle. This conservative approach also likely undercounted the actual failure rate because it excluded multiple engine replacements/repairs for the same vehicle.

31. I understand that the Ford branded Class Vehicles had a warranty period of 5 years/60,000 miles (*see, e.g.*, FORD-MILLER 00086295 at 6307) and Lincoln branded vehicles have a warranty period of 6 years/70,000 miles (*see, e.g.*, FORD-MILLER 00085979 at 5990).

## VI. BACKGROUND INFORMATION REGARDING RELIABILITY/ WARRANTY ANALYSIS

### A. Mathematics of Reliability/Warranty Estimation

32. Intense global competition and increasing customer expectations have increased the pressure on manufacturers to produce reliable products. The survival of manufacturers is often dependent on their ability to produce reliable products.

33. The ability to assure high reliability and to predict future reliability requires mathematical methods for predicting and assessing various aspects of product reliability.

34. Before delving into the mathematical background, it is important to understand the definition of reliability when used for estimation and forecasting purposes: reliability is the *probability* that a material or product will perform its *intended function* under defined *operating conditions* for a specified *period of time*. Reliability is therefore a *probability* and a *function of time*. For example, the reliability of an engine piston ring depends on time (which can be measured as mileage, time-in-service, or any usage metric known to impact performance). Theoretically, the reliability of a new piston ring (with no time in service) is 1 (*i.e.*, there should be a 100% chance that a new piston ring will function properly, unless there is a defect that causes it to fail immediately). However, a

piston ring in service for 150,000 miles may have a reliability of 0.97 (*i.e.*, there is a 97% chance that a piston ring used for 150,000 miles will have survived, so 3% are expected to fail by 150,000 miles). The definition of reliability also includes the notion of intended function. Manufacturers must agree on what the "intended function" is. For example, a toaster's intended function is to heat up and "toast" foods, not to provide storage space for small items. Furthermore, reliability must account for operating conditions, so that manufacturers of vehicles can ensure reliability in the wide variety of climates or environments in which they are sold, such as dry, wet, hot, cold, salty, sunny, etc. conditions.

35. Reliability methods have many common names in literature. These include: Survival Analysis, Lifetime Analysis, Time-To-Failure Analysis, Weibull Analysis, and others. The field of reliability in engineering and manufacturing began in the late 1940s because of unreliable military hardware used during World War II. In the early 1950s, the Department of Defense formed a committee called the Advisory Group on Reliability of Electronic Equipment, and the first National Reliability Symposium was held in 1954.

36. Mathematical methods for reliability were developed even earlier—primarily from the insurance industry, whose main concern was the duration of the life span of human beings. The origin of survival analysis (now commonly called reliability analysis) goes back to mortality tables from centuries ago, and numerous methods for predicting

"time to failure" were developed by mathematicians and statisticians working in insurance and medical statistics/biostatistics.

37. A particularly difficult aspect (at least in developing reliability/warranty methods) was how to handle products or people that do not fail for a particular failure mode. For example, suppose that 100 batteries are put in a "high-drain" toy test for 6 hours, and at the end of 6 hours, 4 batteries failed. Furthermore, suppose that the failure time of the 4 batteries were: 2 hours, 3 hours, 4 hours, and 5 hours. Since 96 of the 100 batteries did not fail by 6 hours, there are no associated failure times for them.

38. Traditional statistical methods require measurements, and in this instance, there are only 4 values, and their average is 3.5 hours (the average of 2, 3, 4, and 5 hours). However, it would be a gross underestimate to say that the average time until failure is only 3.5 hours, since 96% of the batteries survived beyond 6 hours. The 96 batteries that did not fail are called "right censored" or "suspended" observations, because their failure times are beyond 6 hours (to the right of 6 hours on the real line).

39. The mathematics underlying reliability/warranty/survival methods is more complex than most traditional statistical methods, because reliability methods account for the units that do not fail (the censored data). Even though 96 failure times are missing in the above example, there is partial information about them, namely that they survived at least 6 hours.

40. One mathematical method that can accommodate both failure data *and* partial information from units that have not failed to describe the times at which various proportions of a product will fail is called "distribution fitting (with censored data)," and it is a well-established and commonly used method among statisticians, mathematicians, actuaries, and reliability engineers.

**B. Methodology for Reliability Analyses**

41. In this section, I discuss the steps I take to conduct reliability analyses.

42. First, I summarize the actual data. To do so, I obtain historical data regarding previous warranty claims (for a specific failure mode) and sales volumes (for specific customers "at risk"). These consist of (a) the number of customer complaints/claims by month of complaint/claim and month of associated sale (for typical automotive failure modes), and (b) the number of sales by month for each model/model year combination.

43. Second, I determine the "best-fit" models to describe the data. To do so, I use the data regarding customer complaints/claims (and vehicles where there has been *no* complaint) to identify *probability distribution functions* (*i.e.*, models) that best describe the time-to-failure (*i.e.*, time from sale until complaint/claim observed in the field data) distribution. Numerous models are considered, and an algorithm (Maximum Likelihood Estimation) determines the "best-fitting" distribution (and reasonable distributions) for the data observed. There may be several distributions that appear to adequately describe the data. In each case, I look at both the best fitting and the second-best fitting distribution to

make sure that the estimates were not dependent on which distribution I selected and that the estimates were robust.

44. An example of a common model that describes the time-to-failure is a *Weibull Distribution* with specified parameters.[3] However, other models commonly used in reliability analysis may fit a given dataset better (or similarly) such as Lognormal, Loglogistic, Gamma, etc. The criteria for determining "best-fit" models include *Maximum Likelihood (likelihood values)*, *Goodness-of-fit statistics*, and *Probability Plot* fits. The process of determining "best-fit" models is commonly referred to as "distribution fitting." An illustration of distribution fitting to data is shown in **Appendix D**.

45. As time increases, the *cumulative proportion of complaint of failure* increases. Once the model is specified, the *cumulative proportion of complaint of failure* as a function of time is determined. Thus, for any specified time-in-service, one can specify the probability that a unit will have a complaint or claim of failure by that time (or equivalently, the proportion of units that will have claims or complaints of failure by that time).

46. Sometimes, some product vintages or versions behave differently than others (non-homogeneous failure rates). When this is the case, separate models or distributions can be fit for the various vintages or versions.

---

[3]Parameters are constants that are used to define a specific distribution. An analogy is the parameters for the model of a straight line ($y=mx+b$) are the slope (m) and the y-intercept (b). Once the parameters are specified, the model is fully defined.

47. Third, I estimate failure probabilities (or percent failing) as a function of time. I do so by using a model/distribution, and estimates of failure probabilities can be made at all times of interest.

48. Fourth, I utilize the model to predict the number of future complaints of failure. To predict the number of future complaints of failure from the population, one must have estimates for the probability of failure over time as well as the population at risk (risk set). The model provides the probability of failure over time and the risk set includes those vehicles that have not already failed.

49. Fifth, if the data is suitable for validation, I validate the model. Validating the model entails ensuring that the predictive models are accurate. To do so, in addition to selecting "best-fit" models using the methods described above, I test the models by assessing how well they predict future complaints of failure. For instance, during model fitting, I may elect to develop the model without using the most recent set (*e.g.*, 1 or 2 years) of returns and then assess how well the model has predicted the most recent data. However, as noted above, data is not always suitable for validation. For instance, when there are events that significantly alter behavior/data, validation is problematic, because the data is no longer homogeneous (following the same pattern/mechanism). Common events that can affect behavior/data are things like news reports, Technical Service Bulletins (TSBs) in the automotive industry, recalls, safety notices or warnings, etc.

## VII. ANALYSIS

50. This section contains my opinions and analyses. The primary files I relied on for these assessments were claims from FORD-MILLER 00905692, FORD-MILLER 00905693, FORD-MILLER 00905694, FORD-MILLER 00905695, FORD-MILLER 00905696, NELSON-FORD 0297724, NELSON-FORD 0297725, and NELSON-FORD 0297726. I also used the sales volumes provided by Ford from FORD-MILLER 00905683, FORD-MILLER 00905684, FORD-MILLER 00905685, FORD-MILLER 00905686, FORD-MILLER 00905687, FORD-MILLER 00905688, FORD-MILLER 00905689, FORD-MILLER 00905690, FORD-MILLER 00905691, FORD-MILLER 00905698, NELSON-FORD 0297713, NELSON-FORD 0297714, NELSON-FORD 0297715, and NELSON-FORD 0297716.

51. First, I included Ford's own service rate analysis, which projected high rates of failure.

52. Second, I conducted a reliability analysis for the Class Vehicles.

53. Third, I compared the reliability of Class Vehicles (*i.e.*, with saw cut engine blocks) to the same vehicle models that did not have the saw cut engine blocks. This analysis also projected future failure rates.

54. Fourth, I compared overall claims for Class Vehicles (*i.e.*, with saw cut engine blocks) to the same vehicles that did not have the saw cut engine blocks.

55. Fifth, I observed that even though the failure rates may differ by vehicle model and engine displacement, the failure mode appears to be the same across the Class Vehicles.

**A. Ford's Own Analysis of its Warranty Data Using Limited Labor Codes Already Shows Excessive Service Rates.**

56. The following graph comes from FORD-MILLER 00369617, an internal Ford document that analyzes the issue of coolant intrusion in model year 2013-2018 1.5L, 1.6L, 2.0L, and 2.3L vehicles. The graph projects that the [redacted]

[redacted]

(FORD-MILLER 00369624)

57. Doing the analysis by mileage, Ford [redacted]

[redacted]

(FORD-MILLER 00369625)

58. In addition to warranty data, Ford keeps customer complaint information in its Global Common Quality Indicator System (GCQIS) databases. *See, e.g.*, FORD-MILLER 00902827 – FORD-MILLER 00902831; NELSON-FORD 0297513; NELSON-FORD 0297515; NELSON-FORD 0297518. As an example, there were [redacted] made on 2013 – 2019 model year Escapes. Of those, [redacted] had the word "coolant" in the comments section. FORD-MILLER 00902829. For the 2013 – 2019 model year Fusions, there were [redacted] had the word "coolant" in the comments. FORD-MILLER 00902830. Ford's own data

included tens of thousands of customer complaints on top of the substantial warranty claims data.

**B. Reliability Analysis Shows the Failure Rates are High Throughout the Life of the Class Vehicles.**

59. Ford analyzed failures from coolant intrusion by examining warranty claims from specific engine part numbers with complaints about coolant. For example, in one of Ford's reliability analyses for 2.0L and 2.3L engines, Ford [redacted] *See* FORD-MILLER 00124957 at 4976. Ford's conclusion from the data is that the symptom is [redacted]" *See Id.* at 4975. In another internal Ford analysis on coolant intrusion, Ford's analysis of the problem used [redacted] *See* FORD-MILLER 00139647 at 9650. Furthermore, in another internal Ford document that analyzed coolant intrusion for 1.5L, 1.6L, 2.0L, and 2.3L vehicles, Ford examined [redacted], [redacted] *See* FORD-MILLER 00369617 at 9621, 9627.

60. Similar to Ford's approach, my analysis of Ford's warranty data examined specific part numbers and complaints about coolant, but with stringent parameters to conservatively analyze claims for the Engine Defect. As discussed in Sections III and V above, I first filtered for warranty claims with only three Base Part Numbers (6006, 6009,

6010), and further filtered those claims for records where the Technician Comments from the warranty data had the word "coolant." Then, any duplicate VINs were removed, so that a vehicle could appear at most one time. Finally, despite there being numerous "goodwill claims" (claims that were honored even though the vehicle exceeded the basic warranty period), I conservatively excluded those goodwill claims in the reliability analysis/warranty forecast.

61. Goodwill claims ranged from [redacted] claims for the various Class Vehicles. Often, goodwill claims can be included in reliability analysis, but here, inclusion of the goodwill claims made it impossible to identify reasonable models for describing claim behavior. One reason is that customers may not use Ford dealerships once outside the warranty period (mechanics elsewhere may be less expensive). Another reason is that the vehicles are beyond the warranty period, so personnel at dealerships would typically deny those claims.

62. Inclusion of the goodwill claims resulted in much higher failure estimates than the ones I have set out in this report.

63. All this led to very conservative estimates of actual claims. Still, the estimated percentages of affected vehicles are high during the warranty and beyond the warranty period.

64. The following table shows the estimated failure percentages at 3, 5, 10, and 15 years in service for the Class Vehicles in the *Miller* case (vehicles with 1.5L, 1.6L, and

2.0L saw cut engines). The best model (using statistical goodness of fit metrics) is always displayed, and the Weibull model is also displayed, because many reliability engineers only use the Weibull model (even when it's not best). If the Weibull model was the best-fitting distribution, then the second best was shown.

65. These estimates underestimate the extent of the problem because of the strict filtering done, the removal of goodwill claims (which were substantial), data errors in warranty data made by Ford, the fact that the coding, diagnoses, and verbiage used by Ford technicians may be inconsistent, and some customers may have had a claim denied. Even with this conservative approach, Ford's data demonstrate clearly that the presence of the saw cut EcoBoost Engine causes a significantly increased warranty claims rate for Class Vehicles.

| Failure Probability Estimates for Class Groups<br>Ford EcoBoost | | | | | |
|---|---|---|---|---|---|
| Class Group | Distribution | Pct. Fail 36 Months Estimate | Pct. Fail 60 Months Estimate | Pct. Fail 120 Months Estimate | Pct. Fail 180 Months Estimate |
| 2013-2014 MY Fusion 1.6L | Weibull | 0.40% | 0.72% | 1.61% | 2.58% |
| | Gamma | 0.40% | 0.72% | 1.61% | 2.56% |
| 2013-2016 MY Escape 1.6L | Weibull | 0.47% | 0.91% | 2.25% | 3.80% |
| | Loglogistic | 0.49% | 0.91% | 1.97% | 2.97% |
| 2014-2019 MY Fusion 1.5L | Lognormal | 2.62% | 5.31% | 11.96% | 17.87% |
| | Weibull | 2.50% | 5.30% | 14.29% | 24.68% |
| 2017-2019 MY Escape 1.5L | Lognormal | 6.13% | 11.44% | 22.95% | 31.92% |
| | Weibull | 5.83% | 11.40% | 26.91% | 42.13% |
| 2015-2018 MY Edge 2.0L | Lognormal | 2.85% | 8.25% | 24.50% | 38.91% |
| | Weibull | 2.68% | 8.26% | 33.89% | 64.50% |
| 2016-2019 MY Fusion 2.0L | Lognormal | 1.49% | 3.86% | 11.19% | 18.55% |
| | Weibull | 1.43% | 3.85% | 14.19% | 28.74% |
| 2016-2019 MY MKC 2.0L | Lognormal | 1.37% | 5.75% | 23.58% | 41.34% |
| | Weibull | 1.37% | 5.47% | 31.66% | 68.79% |
| 2016-2019 MY MKZ 2.0L | Gamma | 0.99% | 3.72% | 17.83% | 36.98% |
| | Weibull | 1.00% | 3.66% | 19.88% | 46.65% |
| 2016-2019 MY Escape 2.0L | Gamma | 1.08% | 3.31% | 13.24% | 26.59% |
| | Weibull | 1.07% | 3.30% | 14.57% | 32.22% |

66. The following table shows the estimated failure percentages at 3, 5, 10, and 15 years in service for the Class Vehicles in the *Nelson* case (vehicles with 2.3L saw cut engines).

| **Failure Probability Estimates for Class Groups<br>Ford EcoBoost** | | | | | |
|---|---|---|---|---|---|
| **Class Group** | **Distribution** | **Pct. Fail 36 Months Estimate** | **Pct. Fail 60 Months Estimate** | **Pct. Fail 120 Months Estimate** | **Pct. Fail 180 Months Estimate** |
| **2016-2019 MY Explorer 2.3L** | **Weibull** | **0.28%** | **0.76%** | **2.91%** | **6.33%** |
| | **Loglogistic** | **0.28%** | **0.76%** | **2.89%** | **6.18%** |
| **2015-2019 MY MKC 2.3L** | **Weibull** | **0.41%** | **1.49%** | **8.20%** | **21.11%** |
| | **Loglogistic** | **0.41%** | **1.49%** | **8.03%** | **19.56%** |
| **2015-2019 MY Mustang 2.3L** | **Loglogistic** | **0.62%** | **1.56%** | **5.33%** | **10.57%** |
| | **Weibull** | **0.62%** | **1.56%** | **5.41%** | **10.98%** |

67. The following graph shows the proportion of Class Vehicles (*Miller*) expected to fail (vertical axis) versus time (horizontal axis). To make the vertical axis (Failure Probability) into a percentage, multiply by 100%.



68. Even though these estimates are highly conservative and below Ford's own estimates shown earlier, by 10 years in service, all the 1.5L and 2.0L saw cut engines had failure rates exceeding 10% (14% using Weibull models), with some at 25%-30%. Based on my experience, and as discussed in Section VII. C. below, it is generally accepted in the automotive industry that this is an unacceptably high failure rate. The 1.6L engines are highly problematic, especially when compared to the same vehicle without a saw cut engine block, as discussed in Section VII. C., below.

69. The following graph shows the proportion of *Nelson* Class Vehicles expected to fail (vertical axis) versus time (horizontal axis). As with the *Miller* Class Vehicles, failure probability for all affected models is high, ranging from 6% to 21% after 10 years in service. To make the vertical axis (Failure Probability) a percentage, multiply by 100%.




70. Models used for forecasting produce estimates, so it is prudent to validate the models to ensure they are realistic. Normally, validation in reliability analysis entails removing some of the data the models relied on (the latter-most data)—and then using the models to predict the missing (removed latter-most) data.

71. In this instance, due to non-homogeneous behavior (Ford's approach to dealing with the issue, more claims coming in later than earlier, and the abundance of goodwill claims), typical validation leads to our models significantly underestimating the actual failure rates. So, instead of using that validation technique, I simply compared what

the models (Weibull) estimated the 60-month claim rate to be versus what the actual claim rate was (limiting to codes 6006, 6009, 6010 + "coolant").

72. The following table illustrates that my models underestimate the actual claim percentages for every Class Vehicle.

| Class Group | Distribution | 60 MIS Estimate% | Actual Claims% (with Goodwill) | Actual Claims% (No Goodwill) |
|---|---|---|---|---|
| 2013-2014 MY Fusion 1.6L | Weibull | [redacted] | [redacted] | [redacted]% |
| | | | | |
| 2013-2016 MY Escape 1.6L | Weibull | [redacted] | [redacted] | [redacted]% |
| | | | | |
| 2014-2019 MY Fusion 1.5L | Weibull | [redacted] | [redacted] | [redacted] |
| | | | | |
| 2017-2019 MY Escape 1.5L | Weibull | [redacted] | [redacted] | [redacted]% |
| | | | | |
| 2015-2018 MY Edge 2.0L | Weibull | [redacted] | [redacted] | [redacted] |
| | | | | |
| 2016-2019 MY Fusion 2.0L | Weibull | [redacted] | [redacted] | [redacted] |
| | | | | |
| 2016-2019 MY MKC 2.0L | Weibull | [redacted] | [redacted] | [redacted]% |
| | | | | |
| 2016-2019 MY MKZ 2.0L | Weibull | [redacted] | [redacted] | [redacted]% |
| | | | | |
| 2016-2019 MY Escape 2.0L | Weibull | [redacted] | [redacted] | [redacted]% |
| | | | | |
| 2015-2019 MKC 2.3L | Weibull | [redacted] | [redacted] | [redacted] |
| | | | | |
| 2015-2019 Mustang 2.3L | Weibull | [redacted] | [redacted] | [redacted] |
| | | | | |
| 2016-2019 Explorer 2.3L | Weibull | [redacted] | [redacted] | [redacted] |

### C. Comparison of the Reliability of Class Vehicles to Non-Class Vehicles shows that Class Vehicles Fail at a Vastly Increased Rate than Non-Class Vehicles.

73. To see how the warranty claims for the Engine Defect differed between Class Vehicles (*i.e.*, with a saw cut) and non-Class Vehicles (*i.e.*, without a saw cut), I compared a vehicle from each engine size (1.5L, 1.6L, 2.0L, and 2.3L), using the same model and model year range. Using the same methodology for identifying claims (as for

the Class Vehicles), the reliability analysis for non-class comparator vehicles shows the following:

| Failure Probability Estimates for NON-Class Groups Ford EcoBoost | | | | | |
|---|---|---|---|---|---|
| Non-Class Group | Distribution | Pct. Fail 36 Months Estimate | Pct. Fail 60 Months Estimate | Pct. Fail 120 Months Estimate | Pct. Fail 180 Months Estimate |
| 2013-2014 MY Fusion | Gamma | 0.02% | 0.03% | 0.05% | 0.07% |
| | Weibull | 0.02% | 0.03% | 0.05% | 0.07% |
| 2015-2018 MY Edge | Lognormal | 0.04% | 0.05% | 0.09% | 0.11% |
| | Weibull | 0.04% | 0.05% | 0.09% | 0.12% |
| 2017-2019 MY Escape | Lognormal | 0.04% | 0.07% | 0.12% | 0.17% |
| | Weibull | 0.04% | 0.07% | 0.13% | 0.18% |

| Failure Probability Estimates for NON-Class Groups Ford EcoBoost | | | | | |
|---|---|---|---|---|---|
| Non-Class Group | Distribution | Pct. Fail 36 Months Estimate | Pct. Fail 60 Months Estimate | Pct. Fail 120 Months Estimate | Pct. Fail 180 Months Estimate |
| 2015 MY MKC | Weibull | 0.02% | 0.08% | 0.49% | 1.39% |
| | Loglogistic | 0.02% | 0.08% | 0.49% | 1.38% |

74. Comparing the tables above for non-Class Vehicles with the tables in Section VII.B for the equivalent Class Vehicles shows that there is a staggering difference in the failure rates between the Class Vehicles and their non-Class Vehicle equivalent.

75. For example, even though the failure rate for the 2013-2014 1.6L Ford Fusion Class Vehicles may seem low, especially at 36 months and the end of the warranty period, they are actually over 20 times worse than the non-class 2013-2014 Fusion vehicles. In fact, the Class Vehicles range from 20 – 37 times worse for the Fusion. The

following graph shows the 2013-2014 Class 1.6L Fusion and the 2013-2014 non-class Fusion. The vertical axis is the proportion expected to fail and the horizontal axis is time.




76. For the model year 2017-2019 1.5L Escape, the claim rates of the Class Vehicles ranged from 153 to 191 times worse than for the non-class 2017-2019 Escape vehicles. At 10 years in service, the conservative 1.5L class Escape failure estimates range from 23% - 27%. However, at 10 years in service, the failure rate for non-class Escapes ranged from 0.12% to 0.13%. The following graph shows both the Class Escapes versus the Non-Class Escapes. The relative difference is so great that it is difficult to see the Non-

Class group, which is hovering near a failure proportion of zero throughout time. That makes sense, because this is a defect that should not be inherent to an engine.




77. For the model year 2015-2018 2.0L Ford Edge Class Vehicles, the 10-year failure rate estimates were 25% - 34%, yet the comparator (non-class) Edge had a 10-year failure rate estimate of 0.09%. That makes the class Edge vehicles at least 272 times worse. Again, it is difficult to see the Non-Class Edge, because its failure proportion remains near zero throughout time.




78. Finally, for the model year 2015-2019 2.3L MKC Class Vehicles, the 10-year failure rate estimates were 8% - 8.2%, yet the comparator (non-class) MKC had a 10-year failure rate estimate of 0.49%. That makes the class 2.3L MKC vehicles at least 16 times worse at 10 years. The following graph shows the failure proportions of the class and non-class MKC as a function of time.




79. Obviously, Ford knew there was a problem—and even early warranty estimates would have detected the problem, though the defect worsens with age. Proper reliability/durability testing should have detected this problem before the saw cut engine design was even released to the marketplace.

**D. Warranty Claim Percentages for Class Vehicles Are Up To 200 Times Higher than Warranty Claim Percentages for Non-Class Vehicles.**

80. In addition to comparing the failure probabilities discussed in Section VII. C. above, I also compared the overall warranty claims for the Engine Defect between Class Vehicles (*i.e.*, with a saw cut) and non-Class Vehicles (*i.e.*, without a saw cut), using a vehicle from each engine size (1.5L, 1.6L, 2.0L, and 2.3L) with the same model and model

year range. The claims counts were obtained by filtering on Base Part Numbers 6006, 6009, and 6010 that also included the word "coolant" in the Technician Comments. Furthermore, duplicate VINs were removed. There was no need to remove "goodwill" claims for this comparison because the purpose of this analysis was to compare the warranty claim rates for Class Vehicles and non-Class Vehicles, regardless of whether Ford offered to cover the cost of repair, rather than creating a model to forecast failure probability after the warranty period elapsed.

81. For the 2017-2019 1.5L engine Ford Escape Class Vehicles (saw cut engine), [redacted] of the vehicles had a claim. In comparison, only [redacted] of the 2017-2019 1.5L Ford Escapes without the saw cut engines had a claim. That means, the 2017-2019 1.5L Ford Escape Class Vehicles had [redacted] than the non-Class Vehicle equivalent models.

82. My comparison of the other engine sizes also showed a significant difference in warranty claims between the Class Vehicles and their non-Class equivalent. As summarized in the table below, the comparison shows that there was a 36x difference in the claims rate between the 2013-2014 1.6L Ford Fusion Class Vehicles and their non-Class Vehicle equivalent, a 178x difference for the 2015-2018 2.0L Ford Edge Class Vehicles, and a 20x difference for the 2015-2019 2.3L Lincoln MKC Class Vehicles.[4]

[4] For the comparison for the 2015-2019 Lincoln MKC Class Vehicles, Ford's GSAR data for the non-Class equivalent included only the model year 2015 Lincoln MKC. *See* NELSON-FORD 0297724.

| Class Vehicles | Unique Claims | Sales | %Claims | Comparators | Claims | Sales | %Claims | Ratio |
|---|---|---|---|---|---|---|---|---|
| 2015-2019 MKC 2.3L | [redacted] | [redacted] | [redacted] | 2015 MKC | [redacted] | [redacted] | [redacted] | 20 |
| 2015-2019 Mustang 2.3L | [redacted] | [redacted] | [redacted] | | | | | |
| 2016-2019 Explorer 2.3L | [redacted] | [redacted] | [redacted] | | | | | |
| 2017-2019 Escape 1.5L | [redacted] | [redacted] | [redacted] | 2017-2019 Escap | [redacted] | [redacted] | [redacted] | 202 |
| 2013-2016 Escape 1.6L | [redacted] | [redacted] | [redacted] | | | | | |
| 2016-2019 Escape 2.0L | [redacted] | [redacted] | [redacted] | | | | | |
| 2014-2019 Fusion 1.5L | [redacted] | [redacted] | [redacted] | | | | | |
| 2013-2014 Fusion 1.6L | [redacted] | [redacted] | [redacted] | 2013-2014 Fusion | [redacted] | [redacted] | [redacted] | 36 |
| 2016-2019 Fusion 2.0L | [redacted] | [redacted] | [redacted] | | | | | |
| 2015-2018 Edge 2.0L | [redacted] | [redacted] | [redacted] | 2015-2018 Edge | [redacted] | [redacted] | [redacted] | 178 |
| 2016-2019 MKC 2.0L | [redacted] | [redacted] | [redacted] | | | | | |
| 2016-2019 MKZ 2.0L | [redacted] | [redacted] | [redacted] | | | | | |

83. Even if a Class Vehicle was 10 times worse than a non-class comparator, Ford should have been concerned. But in these instances, the Class Vehicles were far worse than just 10 times worse. Ford received thousands (even tens of thousands) of claims on Class Vehicles for coolant intrusion—yet only about [redacted] for the entire warranty period for non-Class Vehicles.

**E. The Failure Mode Appears to be the same for all Class Vehicles.**

84. To determine whether the warranty claims related to the Engine Defect were the same across the Class Vehicles (*i.e.*, whether the defect in the warranty data appeared to be the same for all Class Vehicles regardless of engine size and model), I used an Excel macro to examine Technician Comments in the warranty data (the data used for the reliability analysis). Further information about the macro is attached as **Exhibit B** and the programming code for the macro is attached as **Exhibit C**. The macro analyzed the Technician's Comment Column from Ford's warranty data, standardized the text so that

capitalization, spacing, and common misspellings did not change the result, and applied a fixed set of written rules to group comments.

85. The macro checked for defined wording patterns that were consistent with coolant entering one or more engine cylinders, wording that supports that conclusion, and wording that rules it out.

86. Finally, the macro categorized each warranty claim as "likely," "inconclusive," or "not detected." The "likely" group meant that the Technician's Comment contained wording that reasonably indicated coolant in a cylinder. "Inconclusive" meant the Technician's Comment contained meaningful supporting indicators, but not a clean direct finding. Finally, the "not detected" group indicated that coolant intrusion was not described in that Technician's Comment.

87. The macro is a programming script with a set of actions that does *not* use artificial intelligence (AI). The macro reproduces the same results (categorization) every time—so there are no "hallucinations" possible as there could be with AI.

88. Using an Excel macro to analyze large sets of data is a generally accepted practice in the field of statistics. The results of running the macro on my warranty data were reasonable.

89. The macro was run for two reasons. First, I wanted to substantiate that the warranty claims were primarily about coolant entering cylinders. Second, I wanted to see

whether the majority of comments described coolant intrusion in all Class Vehicles. If so, the criteria I used for the reliability analysis/forecasting was justifiable, and here, it was.

90. The following table illustrates the percentage of "likely" claims for each Class Vehicle. It also indicates the percentage of "likely" plus "inconclusive." Finally, it shows the percentage of claims where coolant intrusion was not detected.

| File | %Likely | %Likely+Inconclusive | %Not Detected |
|---|---|---|---|
| 2014-2019 Fusion 1.5L | [redacted] | [redacted] | [redacted] |
| 2017-2019 Escape 1.5L | [redacted] | [redacted] | [redacted] |
| 2013-2016 Escape 1.6L | [redacted] | [redacted] | [redacted] |
| 2013-2014 Fusion 1.6L | [redacted] | [redacted] | [redacted] |
| 2015-2018 Edge 2.0L | [redacted] | [redacted] | [redacted] |
| 2016-2019 Escape 2.0L | [redacted] | [redacted] | [redacted] |
| 2016-2019 Fusion 2.0L | [redacted] | [redacted] | [redacted] |
| 2016-2019 MKC 2.0L | [redacted] | [redacted] | [redacted] |
| 2016-2019 MKZ 2.0L | [redacted] | [redacted] | [redacted] |
| 2015-2019 MKC 2.3L | [redacted] | [redacted] | [redacted] |
| 2015-2019 Mustang 2.3L | [redacted] | [redacted] | [redacted] |
| 2016-2019 Explorer 2.3L | [redacted] | [redacted] | [redacted] |

91. For all the Class Vehicles, the percentage of "likely" exceeded [redacted] Furthermore, the percentage of "likely" ranged from [redacted] with most Class Vehicles having "likely" between [redacted]

92. The lowest percentage of "likely" was for the earliest Class Vehicles (2013-2014 model year). For the earliest claims on those vehicles, the percentage of "likely" was lower. However, further into the warranty period (repairs starting in 2017), the percentage of "likely" ranged from [redacted]

93. Perhaps initially, technicians were unaware of the design defect and may not have checked for coolant in cylinders as regularly. However, by 2017, the rates of "likely"

for the 2013-2014 1.6L Fusion were higher. Most of the Class Vehicles started with model years of 2015 or 2016, so that Ford technicians may have been unaware of the design defect in the beginning.

94. The percentage of claims such that the defect was "not detected" was less than [redacted] for all Class Vehicles.

95. These results are consistent with testimony from Ford personnel that the root cause for coolant intrusion was the same, even with variance in failure rates.

96. According to Todd Brewer, a corporate representative for Ford Motor Company, the root cause of the coolant intrusion failure was the same for all 1.5L engines, despite varying failure rates. According to Brewer's deposition testimony, "*There are other system factors that made it better or worse in certain applications, but yes, it was the same root cause*." *See* Brewer Deposition, 132:21-23. Brewer also testified that the 2.0L and 2.3L had the same root cause. *See id.* at 132:24-133:15.

97. Tim Knott, an employee at Ford Motor Company responsible for problem-solving and identifying design issues before products are released to the market, was also deposed about the coolant intrusion issue. During his September 24, 2025 deposition, he was asked whether the root cause was the same for the vehicles, irrespective of the difference in failure rates, and he responded, "Yes." *See* Knott Deposition, 100:25-101:3. When he was then asked about the different failure rates with respect to the 1.5L engine, he

again agreed that the root cause was the same even though the failure rates were different across models and model years. *Id.* at 101:15-102:4.

## VIII. CONCLUSION

98. The Class Vehicles suffer from coolant loss and engine failure problems at high rates. My analysis is limited to warranty data review. By its nature, it will underrepresent what consumers may experience over the useful life of their vehicle. The failure rates for the Class Vehicles are unacceptably high and will worsen over time.

Signed:



Date: March 20, 2026