William A. Kershaw
Stuart C. Talley
Ian J. Barlow
**KERSHAW TALLEY BARLOW PC**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 244-4829
bill@ktblegal.com
stuart@ktblegal.com
ian@ktblegal.com

[Additional Counsel on Signature Pages]

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD) |
| TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 2:24-cv-02231-DAD-CKD<br><br>Date: September 21, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Dale A. Drozd<br>Courtroom: 4, 15th Floor |

**DECLARATION OF STUART C. TALLEY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO FORD'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Stuart C. Talley, declare as follows:

1. I am a partner in the firm of Kershaw Talley Barlow PC. I am counsel for Plaintiffs and a Court-appointed member of the Interim Class Counsel Executive Committee in

the above-captioned manner. I am a member in good standing of the State Bar of California. I submit this Declaration in support of Plaintiffs' Opposition to Ford Motor Company's Motion for Partial Summary Judgment. I make this Declaration based on my personal knowledge and if called to testify I could and would competently testify to the matters contained herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the document produced at Bates number FORD-MILLER 00676767.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the document produced at Bates number NELSON-FORD 0011441.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Ford's February 24, 2026, Amended Answers and Objections to Plaintiffs' Interrogatories, Set Two.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the document produced at Bates number FORD-MILLER 00751671.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the document produced at Bates number FORD-MILLER 00139227.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the document produced at Bates number FORD-MILLER 00174749.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from the August 27, 2025, Deposition of John Dunahay.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the August 13, 2025, Deposition of Joseph Henne.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the document produced at Bates number FORD-MILLER 00141197.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the August 23, 2024, Deposition of Plaintiff Craig Morford.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the August 21, 2024, Deposition of Plaintiff Kelli Morford.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the February 10, 2026, Plaintiff Bradley Mullen.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the October 28, 2025, Deposition of Plaintiff Tracey Ann Metro.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the August 4, 2024, Deposition of Plaintiff Teresa Balaszek.

16. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the Declaration of Dr. Colin Jordan. Ph.D., P.E.

17. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the October 17, 2025, Deposition of Robert Wade.

18. Attached hereto as **Exhibit 17** is a true and correct copy of excerpts from the September 17, 2025, Deposition of Todd Brewer.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the document produced at Bates number FORD-MILLER 00751671.

20. Attached hereto as **Exhibit 19** is a true and correct copy of the document produced at Bates number PLTF_0005029.

21. Attached hereto as **Exhibit 20** is a true and correct copy of the document produced at Bates number PLTF_0005026.

22. Attached hereto as **Exhibit 21** is a true and correct copy of the document produced at Bates number PLTF_0002604.

23. Attached hereto as **Exhibit 22** is a true and correct copy of the document produced at Bates number PLTF_0000059.

24. Attached hereto as **Exhibit 23** is a true and correct copy of the Expert Report of Plaintiffs' Expert Allise Wachs.

25. Attached hereto as **Exhibit 24** is a true and correct copy of excerpts from the September 5, 2025, Deposition of Plaintiff Amber West.

26. Attached hereto as **Exhibit 25** is a true and correct copy of excerpts from the September 4, 2025, Deposition of Plaintiff Evan West.

27. Attached hereto as **Exhibit 26** is a true and correct copy of excerpts from the June 4, 2025, Deposition of Plaintiff Vanessa Miller.

28. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts from the March 12, 2025, Deposition of Plaintiff Scott Pickering.

29. Attached hereto as **Exhibit 28** is a true and correct copy of the document produced at Bates number PLTF_0001849.

30. Attached hereto as **Exhibit 29** is a true and correct copy of the document produced at Bates number PLTF_0001806.

31. Attached hereto as **Exhibit 30** is a true and correct copy of the document produced at Bates number PLTF_0001802.

32. Attached hereto as **Exhibit 31** is a true and correct copy of the document produced at Bates number FORD-MILLER 00181824.

33. Attached hereto as **Exhibit 32** is a true and correct copy of the document produced at Bates number FORD-MILLER 00277179.

34. Attached hereto as **Exhibit 33** is a true and correct copy of the document produced at Bates number FORD-MILLER 00171397.

35. Attached hereto as **Exhibit 34** is a true and correct copy of the document produced at Bates number FORD-MILLER 00074514.

36. Attached hereto as **Exhibit 35** is a true and correct copy of the document produced at Bates number FORD-MILLER 00334431.

37. Attached hereto as **Exhibit 36** is a true and correct copy of the document produced at Bates number PLTF_0004662.

38. Attached hereto as **Exhibit 37** is a true and correct copy of excerpts from the August 20, 2025, Deposition of Michael Giunta.

39. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts from the June 12, 2025, Deposition of Plaintiff Patsy Lund.

40. Attached hereto as **Exhibit 39** is a true and correct copy of the document produced at Bates number PLTF_0004875.

41. Attached hereto as **Exhibit 40** is a true and correct copy of the document produced at Bates number PLTF_0003280.

42. Attached hereto as **Exhibit 41** is a true and correct copy of the document produced at Bates number PLTF_0000084.

43. Attached hereto as **Exhibit 42** is a true and correct copy of the document produced at Bates number PLTF_0002634.

44. Attached hereto as **Exhibit 43** is a true and correct copy of the document produced at Bates number PLTF_0002643.

45. Attached hereto as **Exhibit 44** is a true and correct copy of the document produced at Bates number PLTF_0002636.

46. Attached hereto as **Exhibit 45** is a true and correct copy of the document produced at Bates number PLTF_0005088.

47. Attached hereto as **Exhibit 46** is a true and correct copy of the document produced at Bates number FORD-MILLER 00139468.

48. Attached hereto as **Exhibit 47** is a true and correct copy of excerpts from the November 13, 2024, Deposition of Plaintiff Aaron Manfra.

49. Attached hereto as **Exhibit 48** is a true and correct copy of excerpts from the November 15, 2024, Deposition of Plaintiff Victoria Manfra.

50. Attached hereto as **Exhibit 49** is a true and correct copy of the document produced at Bates number FORD_MILLER 00455630.

51. Attached hereto as **Exhibit 50** is a true and correct copy of the document produced at Bates number PLTF_0002281.

52. Attached hereto as **Exhibit 51** is a true and correct copy of the document produced at Bates number PLTF_0005063.

53. Attached hereto as **Exhibit 52** is a true and correct copy of the document produced at Bates number FORD-MILLER 00175193.

54. Attached hereto as **Exhibit 53** is a true and correct copy of excerpts from the February 3, 2026, Deposition of Trevor Groh.

55. Attached hereto as **Exhibit 54** is a true and correct copy of the document produced at Bates number FORD-MILLER 00441286.

56. Attached hereto as **Exhibit 55** is a true and correct copy of the document produced at Bates number FORD-MILLER 00176145.

57. Attached hereto as **Exhibit 56** is a true and correct copy of the document produced at Bates number FORD-MILLER 00174867.

58. Attached hereto as **Exhibit 57** is a true and correct copy of excerpts from the March 27, 2025, Deposition of Plaintiff David Gonzalez.

59. Attached hereto as **Exhibit 58** is a true and correct copy of the document produced at Bates number FORD-MILLER 00780595.

60. Attached hereto as **Exhibit 59** is a true and correct copy of the document produced at Bates number PLTF_0003297.

61. Attached hereto as **Exhibit 60** is a true and correct copy of the document produced at Bates number PLTF_0000068.

62. Attached hereto as **Exhibit 61** is a true and correct copy of the document produced at Bates number PLTF_002258.

63. Attached hereto as **Exhibit 62** is a true and correct copy of the document produced at Bates number PLTF_0004581.

64. Attached hereto as **Exhibit 63** is a true and correct copy of the document produced at Bates number PLTF_0003278.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Sacramento, California this 22nd day of July, 2026.

/s/ Stuart C. Talley
Stuart C. Talley