# EXHIBIT 1

**Filed Under Seal Per L.R. 141**