# EXHIBIT 8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Case No: 2:20-cv-001796-DAD-CKD
Consolidated with Nos.
2:21-cv-00417-DAD-CKD
2:21-cv-00468-DAD-CKD

VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

vs.

FORD MOTOR COMPANY,

Defendant.

________________________________________

The Video Recorded Videoconference Deposition of
JOSEPH HENNE,
Taken at 2501 Worldgateway Place, Polo Room,
Romulus, Michigan,
Commencing at 9:01 a.m.,
Wednesday, August 13, 2025,
Before Leisa M. Pastor, CSR-3500, RPR, CRR.
Veritext Job #7457722

1.6. The coolant issues -- my understanding of the coolant issues on 1.6 were external coolant issues.
Q. Only? No internal issues as far as you're aware?
A. I'm not aware of internal coolant loss on the 1.6.
Q. What about the 2.0 and 2.3?
A. The internal coolant on the 2.0/2.3 does not have -- so the 2.0/2.3 does not have boiling in the saw cut. It's related to -- more related to coolant being -- being trapped on the bore bridge -- on the deck face in the bore bridge. And then that local coolant contributing to corrosion of the other components.
Q. So these failures -- we were talking about what it means to say "engine failure" and you said probably not engine fire, what about loss of power?
A. In an overheat situation, a vehicle should enter a limp home mode. So it would become just dramatically restricted in how -- how fast you can go, how much the -- how fast the engine can rotate. And the design is to not strand a customer, but not allow the customer to exercise the engine in a way that will cause further damage to the engine.
Q. So it could happen at any time, the overheat situation?
A. I don't understand the question.
Q. I'll rephrase. Could the engine lose power and shut

down due to an overheat while driving at any speed? So you could be driving on a highway and then the failure mode sort of -- you know the engine says too hot because of all the issues we've discussed, we need to shut down. That could happen if you're driving on a highway, pulling out of your driveway, sort of anywhere, right?

A. I -- I'm not -- I'm not super familiar with the function of the limp home mode -- limp home mode. But yeah, you could -- I expect that you -- what you would experience is your vehicle would slow down.

Q. Mm-hmm. So limp -- these are two words, limp home?

A. Limp home.

Q. So it allows you to limp home with a reduced power?

A. Yeah, get to a dealer or -- many customers, just from reviewing claims, they -- when their car -- if their car goes into this mode, they pull to the side and they call a tow truck. They don't try to attempt to drive it, but you have the ability to continue to drive the vehicle, maybe if you're -- you have the ability to drive the vehicle in that condition, just at a greatly restricted output.

Q. What about sputtering of the engine, as a failure, as a consequence of the internal coolant leak?

A. What about it?

full time. It probably runs -- it's probably running 80 or 85 percent of that time.

Q. How many low-temperature soaks are there during a 400, 450 --

A. I'd have to review it, there's [redacted] And I don't know off the top of my head how [redacted] I'd have to pull the test specification.

Q. [redacted]

A. [redacted]

Q. So in the dyno test -- I'm trying to do a lot of the math right now as we're sitting here. How many hours, then -- you start a dyno test, how many hours is the engine going to run before [redacted]

A. [redacted] maybe.

Q. How many miles is that intended to simulate?

A. [redacted] maybe.

Q. [redacted]

A. Yeah.
Q. Do you know any customers who drive their engines, drive their cars two-thirds of the way across the country without stopping, 2500 miles?
A. It's not possible to do it without stopping. You need fuel.
Q. Okay. You drive your car and you stop and you turn it off. And then you drive it for a little bit more and then you -- that's how people run their cars, right?
A. Yeah.
Q. Most people don't drive for five to ten hours regardless of the mileage without stopping, right? In normal use of a vehicle, that's not the expected use, right?
A. No.
Q. No.
A. The test isn't normal use it's accumulated -- the intent of the test is accumulated use of the vehicle.
Q. But I thought you said it was to mimic the customer experience?
A. Mimic what the customer -- what the vehicle sees in a normal customer experience.
Q. Okay. But that didn't work for these engines, right? And you missed the corrosion failure mode in the DB testing, right?

are you referring to?
A. Well, the head gasket design and the -- the saw-cut block.
Q. And how does this have to go with the bore bridge that we were just talking about?
A. I don't understand.
Q. The degradation, where -- where on the head gasket is that occurring?
A. The -- the degradation on the head gasket is coating -- the coating, loss of coating.
Q. And what's the importance of that?
A. Well, I mean, the coating serves a couple of different purposes on the gasket. But loss of coating now gives you an area for coolant to intrude into the joint, into the aluminum interface and get trapped and then can contribute to the corrosion of the aluminum.
Q. And that was occurring on the bore bridge?
A. Yes.
Q. All right. Next slide. So those issues were resolved by the introduction of the cross-drill block, right?
A. The cross drill removes coolant from the deck face and eliminates the possibility of coolant intrusion.
Q. So it resolved the coolant intrusion issue, right?
Do you need me to rephrase the question?
A. Yes.

Q. Okay. I will do my best.
The decision was made ultimately to implement a cross-drill block to eliminate the possibility of coolant intrusion that had arisen as an issue in the engine models we're discussing, correct?
A. Yes.
Q. Okay. And that's the sigma and 2.0/2.3?
A. Yes.
Q. What does PCA mean?
A. Permanent corrective action.
Q. So where it says at the bottom [redacted]
A. Yes.
Q. -- [redacted]
That's what we were just talking about, right?
A. Yes.
Q. Okay. And can you just explain what a cross drill does differently than a saw cut to reduce that possibility?
A. Saw cut is a cut in the top deck face where the cylinder head gasket sits. A cross drill is below the surface, so the interface between the gasket and the cylinder block in this case is -- is untouched, undisturbed.
Q. Why would Ford design an engine with a cross drill

BY MR. PANEK:
Q. Well, let me rephrase the question. The fact that there was no head gasket technology capable of sealing the defect in the saw cut blocks?
A. Once the defect was in place the gasket can't fill that void.
Q. So that's why Ford switched to the cross-drill?
A. Correct.
Q. Go to page 05, the last page. Can you read the fourth bullet point?
A. [redacted]
Q. [redacted]
A. To me.
Q. As you sit here today is it a lot of money?
A. Is it a lot of money to me, yeah.
Q. Is it a lot of money to Ford?
MR. EDWARDS: Objection to the form.
A. I -- I can't answer for Ford.
BY MR. PANEK:
Q. What happens when the head gasket needs to be replaced? When there's a failure and the head gasket needs to be replaced? Can you just do a swap-out of the head gasket or do you need to do a full engine replacement?

A. I mean, it depends on the failure.
Q. And the failure that --
A. If the head gasket fails you can replace the head gasket. In the case of these engines, if you have this -- this damage to a block, the block needs to be replaced. And oftentimes it's -- at that point, it's just a full engine replacement.
Q. And that's what it says [redacted] right? Starting with [redacted] can you read that?
A. [redacted]
Q. So that's saying [redacted] right?
A. Yes.
Q. And so this is a slide that says [redacted]
A. Yes.
Q. Did Ford do that?
A. Recall them all?
Q. Right.

CERTIFICATE OF NOTARY

STATE OF MICHIGAN)
) SS
COUNTY OF MONROE )

I, LEISA PASTOR, certify that this deposition was taken before me on the date hereinbefore set forth; that the foregoing questions and answers were recorded by me stenographically and reduced to computer transcription; that this is a true, full and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to, either party nor interested in the event of this cause.

LEISA PASTOR, CSR-3500, CRR,
Notary Public,
Monroe County, Michigan
My Commission expires: 9/7/27