# EXHIBIT 16

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

VANESSA MILLER, PATSY LUND, AMBER WEST, EVAN WEST, DARRICK CHRISTODARO, AMY HOFFER, JILLIAN CONSTABLE MONTERIO BUTCHER, HARLAMPI BOZHINOV, TERESA BALASZEK, CRAIG MORFORD, KELLI MORFORD, AARON MANFRA, VICTORIA MANFRA, RACHEL GOODRICH, BRIAN SIMONDS, ROBYN PIROG, ZACHARY SCOTT DAMM, AMANDA GATES, TYSON JOHN BATDORF, ANTHONY CICERO, DAVID GONZALEZ, JEFFERY HODGES, MARK KENNEDY, JOHN KRECEK, TRACEY ANN METRO, SCOTT PICKERING, and KIMBERLY THOMAS, as individuals and on behalf of all others similarly situated,

Plaintiffs,

vs. Case No. 2:20-cv-01796-DAD-CKD
(Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD)

FORD MOTOR COMPANY,

Defendant.

TREVOR NELSON, SARAH NELSON,
DARRYL BUTLER, and ALEJANDRO
FRADES, as individuals and on behalf of all
others similarly situated,
Plaintiffs,
vs.
FORD MOTOR COMPANY,
Defendant.
________________________________

The Zoom Videoconferenced/Video Recorded
Deposition of ROBERT WADE,
Commencing at 10:05 a.m.
Friday, October 17, 2025,
Before Stenographic Shorthand Reporter,
Lori Ann Baldwin, CSR-5207, RPR, CRR.

Veritext Job No: NY 7626558

A. I think that's a good summary.
Q. Okay. All right. And when a, when a vehicle goes into limp home mode, I've actually never had it happen on a vehicle, like, what do you experience behind the wheel when it goes into limp home mode?
A. Yeah, usually what the customer will experience first is they'll get a light on their instrument cluster. There's a number of different lights that, that Ford has. And in some of the more modern vehicles they will actually get a written message on the display. So that has changed over the years.
There's lights for temperature-related concerns. There's lights for engine-related concerns. But in almost every case, our software will trigger some kind of light and some kind of message to the customer that, that the vehicle has detected a situation that will change it from normal operation.
The next thing that will happen, and this one actually has happened to me, is, you know, when the engine goes into its limp home and its D rate, for example, the times where it has happened to me without being premeditated, what the customer often feels is, like I was cruising at 45 miles an hour, I wanted to accelerate, and as I tapped in, there was sort of no power there to accelerate. I was maintaining my

cruise speed, but I couldn't accelerate into a passing speed. I realized what was happening because of the messages. I happened to be in the left lane of a four lane road. I, I slowly merged over to the right. It might have taken me another mile. And I pulled into a parking lot at that time.

And so, that's, that's probably typical of a customer experience.

Q. Okay. So, you used the word "D rate" and I've never heard that before. What does D rate mean?

A. Oh, yeah.

THE WITNESS: Sorry, Lori.

A. So a rating, all of the engines have a rating. And the rating is usually the horsepower that the engine makes at its maximum power point.

A D rate means that, through software, we prevent the engine from achieving its rated power, its maximum power. And we D rate it so that the rating becomes much lower, and that's the same as the limp home. It's just coming from, from limited -- it's limiting the power so you cannot achieve the full rate of the power.

Q. All right. Thank you for that clarification.

MR. EDWARDS: Hey, Steve, I don't want to interrupt you and we don't have to do it this second,

companies have a thing called, they have, like, "stand up for safety" where if they, if an engineer recognizes a safety issue, that they can anonymously report a safety issue so that way it gets addressed.

In, in Ford's culture, is a vehicle engine stalling while on the roadway considered a safety issue that would cause a concern for Ford corporate for --

A. Yes, yes --

(Reporter clarification at 6:10 p.m.)

BY MR. CALAMUSA:

Q. -- for corporate/engineers?

MR. EDWARDS: And then I'm going to object both to the preface of the question and lacking foundation. You can answer.

A. Yeah, I think I've already described, described the, in the [redacted]

MR. CALAMUSA: All right. All right. I think the last document that I'm going to use is -- Tania, can we go to tab 14?

MS. COLUNGA: And that's tab 14 of Mr. Wade's binder or the next binder? Just want to confirm.

MR. CALAMUSA: Oh, I'm sorry, I'm sorry,

CERTIFICATE

STATE OF MICHIGAN
COUNTY OF OAKLAND

LORI ANN BALDWIN, a Notary Public in and for the above county and state, do hereby certify that this remote deposition was taken before me, via Zoom Videoconference/Video Recording, at the time and place hereinbefore set forth; that the witness was by me first duly remotely sworn, via Zoom Videoconference, to testify to the truth; that this is a true, full and correct transcript of my stenographic notes so taken to the best of my skill and ability; and that I am not related, nor of counsel to either party, nor interested in the event of this cause.

____________________________________

Lori Ann Baldwin, CSR-5207, RPR, CRR
Notary Public
Oakland County, Michigan
My commission expires: December 21, 2031