# EXHIBIT 17

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VANESSA MILLER, PATSY LUND, AMBER WEST, EVAN WEST, DARRICK CHRISTODARO, AMY HOFFER, JILLIAN CONSTABLE, MONTERIO BUTCHER, HARLAMPI BOZHINOV, TERESA BALASZEK, CRAIG MORFORD, KELLI MORFORD, AARON MANFRA, VICTORIA MANFRA, RACHEL GOODRICH, BRIAN SIMONDS, ROBYN PIROG, ZACHARY SCOTT DAMM, AMANDA GATES, TYSON JOHN BATDORF, ANTHONY CICERO, DAVID GONZALEZ, JEFFERY HODGES, MARK KENNEDY, JOHN KRECEK, TRACEY ANN METRO, SCOTT PICKERING, and KIMBERLY THOMAS, as individuals and on behalf of all others similarly situated,

Plaintiffs,

v. Case No.

FORD MOTOR COMPANY, 2:20-cv-01796-DAD-CKD

Defendant.

(Consolidated with
Nos. 2:21-cv-00417-
DAD-CKD, 2:21-cv-
00468-DAD-CKD)

______________________________

VIDEOTAPED DEPOSITION OF TODD BREWER AS 30(b)(6)
CORPORATE REPRESENTATIVE FOR FORD MOTOR COMPANY

DATE: Wednesday, September 17, 2025
TIME: 9:06 a.m.
LOCATION: Westin - Detroit Metropolitan Airport
2501 Worldgateway Place
Detroit, MI 48242
REPORTED BY: Muhamad Abbas
JOB NO.: 7592715

coolant, and we never expelled oil from the engine. So it would not pose a risk of fire.
Q Did that cause the engine to fail?
A Yeah. Yeah.
Q Catastrophic failure; right?
MS. LAURENDEAU: Object to the form.
THE WITNESS: You have -- you have an engine failure, but you do not have a safety issue.
BY MR. CHALOS:
Q You don't have a fire issue. Is that what you mean?
A Correct.
Q Okay. An engine quitting, failing catastrophically, could cause a safety issue; right?
MS. LAURENDEAU: Object to the form.
THE WITNESS: Agreed.
BY MR. CHALOS:
Q Okay. What about the 2.0? What happened when that overheated?
A The 2 liter when we overheated, you actually failed the head gasket joint and started weeping coolant and oil to the external environment.
Q Okay. What do you mean when you say the "weeping coolant and oil to the external environment"?
A Yeah, good catch. I should clarify that.

**CERTIFICATE OF TRANSCRIBER**

**I, DENNISE VARNEY, do hereby certify that this transcript was prepared from the digital audio recording of the foregoing proceeding, that said transcript is a true and accurate record of the proceedings to the best of my knowledge, skills, and ability; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this was taken; and, further, that I am not a relative or employee of any counsel or attorney employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.**

**DENNISE VARNEY**