# EXHIBIT 54

**Filed Under Seal Per L.R. 141**