# EXHIBIT A

# Chart of Classes

| Engine | Class | Displacement | Class Vehicles | States – Class Representative(s) |
|---|---|---|---|---|
| Ecoboost with Saw Cut and <9mm bore bridge | Sigma | 1.5 L | 17-19 Escape<br>14-19 Fusion | CO – Darrick Christodaro<br>IL – Harlampi Bozhinov & Anthony Cicero<br>IN – Teresa Balaszek<br>MD – Aaron & Victoria Manfra |
| | Duratec | 2.0 L | 15-18 Edge<br>16-19 Escape<br>16-19 Fusion<br>16-19 MKC<br>16-19 MKZ | CA – Trevor & Sara Nelson<br>FL – David Speigner<br>KS – Craig & Kelli Morford<br>MI – Tracey Ann Metro<br>NE – John Krecek<br>NC – Robyn Pirog |
| | | 2.3 L | 16-19 Explorer<br>15-19 Mustang<br>15-19 MKC | |