# EXHIBIT B

# Sampling of Ford's Pre-Sale Knowledge

**Sep 11, 2011**

Design Rule CB-68: "cross-drilling may be the only viable option to cool the bridge and meet head gasket sealing requirements" (Mot. Ex. 22 at -29.)

**2012**

Ford engineer Joel Beltramo said in 2017, reflecting on the "chronic issue with the head gasket joint" and "coolant in chamber" for the Sigma (1.5L/1.6L) engines: "For these particular issues we have had promises dating back to ~2012 that have not been delivered." (Mot. Ex. 35 at -11.)

**2012**

During pre-release testing for the 1.6L engine, Ford observes "bore collapse issues." In the next year or so, Ford observed "similar . . . issues" with the 2.0L engine. (Mot. Ex. 40 at -14.)

**May 15, 2012**

Ford sells the first 1.6L EcoBoost saw cut vehicle. In the early years of the 1.6L, "internal coolant leaks at the head to block joint" was one of the top warranty spend categories. Engineers also observed "collapsed Saw Cut in inter-bore regions" at low mileage. (Mot. Ex. 38 at -53; Mot. Ex. 41 at -32, -37; FORD-MILLER 00905683; see Dkt. 162-5 ¶ 3.)

**May 18, 2012**

"Multiple . . . overheat failures that have led to catastrophic engine failures" in 1.5L pre-release testing. (Mot. Ex. 30 at -81.)

**2013**

Ford knew during pre-release testing on the 1.5L engine that "the saw cut was a delicate region." (Reply Ex. 73.)

**Jan 07, 2013**

Ford engineer observes bore bridge cracks in pre-production 2.3L engine; he notes the engine's saw cut and says: "My instincts tell me that the cooling in the bridge was compromised and the head gasket joint suffered." (Reply Ex. 70 at -195.)

**Jan 17, 2013**

During 2013-2014 pre-release testing of the 2.0L/ 2.3L head gasket, multiple failures indicative of the Defect are reported. As Ford would later admit, "[t]here was not a clean pass on any program." (Mot. Ex. 29 at -72; Reply Ex. 72.)

**Feb 19, 2013**

Ford engineer observes in 2.0L/2.3L pre-release testing that "[d]ue to architecture constraints," including because of "how close to the edge the [head gasket] joint," "head gasket durability is a challenge." (Reply Ex. 71 at -61.)

**Mar 05, 2013**

Ford observes "coolant in the cylinders" for 1.6L vehicle (Mot. Ex. 36 at -97.)

**Aug 12, 2013**

Ford sells the first 1.5L Class Vehicle (FORD-MILLER 00905684; see Dkt. 162-5 ¶ 3.)

**Feb 18, 2014**

Ford sells the first 2.3L Class Vehicle (NELSON-FORD 0297713; see Dkt. 162-5 ¶ 3.)

**Feb 23, 2015**

Ford sells the first 2.0L Class Vehicle (FORD-MILLER 00905687; see Dkt. 162-5 ¶ 3.)

2011 | 2012 | 2013 | 2014 | 2015