William A. Kershaw
Stuart C. Talley
Ian J. Barlow
**KERSHAW TALLEY BARLOW PC**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 244-4829
bill@ktblegal.com
stuart@ktblegal.com
ian@ktblegal.com

[Additional Counsel on Signature Pages]

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD) |
| TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:24-cv-02231-DAD-CKD<br><br>Date: September 21, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Dale A. Drozd<br>Courtroom: 4, 15th Floor |

**<u>DECLARATION OF STUART C. TALLEY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION</u>**

I, Stuart C. Talley, declare as follows:

1. I am a partner in the firm of Kershaw Talley Barlow PC. I am counsel for Plaintiffs and a Court-appointed member of the Interim Class Counsel Executive Committee in the above-captioned manner. I am a member in good standing of the State Bar of California. I

submit this Declaration in support of Plaintiffs' Reply in Support of Their Motion for Class Certification. I make this Declaration based on my personal knowledge and if called to testify I could and would competently testify to the matters contained herein.

2. Attached hereto as **Exhibit 67** is a true and correct copy of Defendant Ford Motor Company's Amended Answers and Objections to Plaintiffs' Interrogatories, Set Two.

3. Attached hereto as **Exhibit 68** is a true and correct copy of the document produced at Bates number FORD-MILLER 00124270.

4. Attached hereto as **Exhibit 69** is a true and correct copy of the document produced at Bates number FORD-MILLER 00074856.

5. Attached hereto as **Exhibit 70** is a true and correct copy of the document produced at Bates number FORD-MILLER 0165195.

6. Attached hereto as **Exhibit 71** is a true and correct copy of the document produced at Bates number FORD-MILLER 00748061.

7. Attached hereto as **Exhibit 72** is a true and correct copy of the document produced at Bates number FORD-MILLER 00222901.

8. Attached hereto as **Exhibit 73** is a true and correct copy of the document produced at Bates number FORD-MILLER 00203531.

9. Attached hereto as **Exhibit 74** is a true and correct copy of the document produced at Bates number FORD-MILLER 00210017.

10. Attached hereto as **Exhibit 75** is a true and correct copy of the Rebuttal Report of Dr. Guofang Huang, Ph.D.

11. Attached hereto as **Exhibit 76** is a true and correct copy of the Rebuttal Report of Allise Wachs.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Sacramento, California this 29th day of July, 2026.

*/s/ Stuart C. Talley*
Stuart C. Talley