RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Tel: +1 415 984 8700

AMY J. LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1 (949) 823-6900

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St., 19th Floor
Los Angeles, CA 90071
Tel: +1 (213) 430-6000

*Counsel for Defendant*
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD) |
| TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:24-cv-02231-DAD-CKD<br><br>**DEFENDANT FORD MOTOR COMPANY'S OBJECTION TO PLAINTIFFS' REPLY EXHIBITS 68, 70, 71, 72, 73, AND 74 AS NEW EVIDENCE IN PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: September 21, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Dale A. Drozd<br>Courtroom: 4, 15th Floor |

FORD'S OBJ. TO REPLY EVIDENCE
NOS. 2:20-CV-01796 & 2:24-CV-02231

Pursuant to Local Rule 230(m)(1), Ford objects to new evidence Plaintiffs submitted in Plaintiffs' Reply in Support of Motion for Class Certification (Dkt.180), specifically Reply Exhibits 68 (Dkt. 180-6), 70 (Dkt. 180-8), 71 (Dkt. 180-9), 72 (Dkt 180-10), 73 (Dkt. 180-11), and 74 (Dkt. 180-12).  Plaintiffs argue in their Reply that those exhibits establish Ford's pre-sale knowledge as to the existence of the alleged "Saw Cut Defect" in all class vehicles.  *See* Dkt. 180 at 10-11.  Such evidence must be disregarded as improperly presented for the first time in Reply. *Maldonado v. I.C. Sys., Inc.*, 2024 WL 1092913, at *2 (E.D. Cal. Mar. 13, 2024) ("It is improper for a moving party to introduce new facts or different legal arguments in the reply brief than those presented in the moving papers.") (quoting *Mercado v. Sandoval, In*c., 2009 WL 2031715, at *1 (E.D. Cal. July 9, 2009)).  Plaintiffs' motion for class certification contained Plaintiffs' argument and evidence about Ford's pre-sale knowledge, a required element for certain claims Plaintiffs seek to certify.  Dkt. 162-1 at 6-13, 31-32.  That Plaintiffs now believe such evidence insufficient does not allow them to introduce new evidence on reply.  *Mercado*, 2009 WL 2031715 , at *1 (E.D. Cal. July 9, 2009) ("The reply brief is not intended to be the brief that shows for the first time the movant's evidentiary support for the relief sought in the movant's opening brief.").  The Court should disregard Plaintiffs' Reply Exhibits 68, 70, 71, 72, 73, and 74 as being improperly introduced for the first time in their Reply.

Dated:  August 5, 2026

O'MELVENY & MYERS LLP

By:   /s/ *Randall W. Edwards*
Randall W. Edwards

*Counsel for Defendant*
Ford Motor Company

FORD'S OBJ. TO REPLY EVIDENCE
NOS. 2:20-CV-01796 & 2:24-CV-02231