Annika K. Martin (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013
Telephone: (212) 355-9500
akmartin@lchb.com

[Additional Counsel on Signature Pages]

*Attorneys for Plaintiffs and the Proposed Classes*

Randall W. Edwards (S.B. #179053)
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701
redwards@omm.com

[Additional Counsel on Signature Pages]

*Attorneys for Defendant Ford Motor Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al., <br><br> Plaintiffs, <br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD |
| TREVOR NELSON, et al., <br><br> Plaintiffs, <br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 2:24-cv-02231-DAD-CKD <br><br> **JOINT STIPULATION RE SEALING REQUESTS FOR THE PARTIES' MOTIONS TO EXCLUDE EXPERT OPINIONS RELEVANT TO CLASS CERTIFICATION AND OPPOSITIONS THERETO; [PROPOSED] ORDER** |

Plaintiffs and Defendant Ford Motor Company ("Ford"), by and through their attorneys of record in the *Miller* (Case No. 2:20-cv-01796) and *Nelson* (Case No. 2:24-cv-02231) actions, stipulate and agree as follows:

WHEREAS, on June 22, 2026, Plaintiffs filed a consolidated motion for class certification in the *Miller* and *Nelson* actions on the *Miller* docket (Dkt. 162);

WHEREAS, on July 15, 2026, Ford filed its opposition to Plaintiffs' motion for class certification (Dkt. 169);

WHEREAS, on July 29, 2026, Plaintiffs filed their reply in support of their consolidated motion for class certification (Dkt. 180);

WHEREAS, pursuant to the Court's June 23, 2026 Minute Order (Dkt. 164), the Parties' motions to exclude expert opinions relevant to class certification are due August 12, 2026, with oppositions to motions to exclude expert opinions relevant to class certification due August 26, 2026;

WHEREAS, Plaintiffs and Ford intend to include material that Ford designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order in their forthcoming motions to exclude expert opinions relevant to class certification, oppositions to motions to exclude expert opinions relevant to class certification, and exhibits thereto;

WHEREAS, the Parties agree it would be most efficient and a significant conservation of judicial resources if Ford submitted an omnibus sealing request addressing all materials sought to be sealed in Ford's and Plaintiffs' motions to exclude expert opinions relevant to class certification, oppositions to motions to exclude expert opinions relevant to class certification, and exhibits thereto;

IT IS HEREBY STIPULATED by and between Plaintiffs and Ford that:

1. Plaintiffs and Ford shall file their motions to exclude expert opinions relevant to class certification on August 12, 2026, and oppositions to motions to exclude expert opinions relevant to class certification on August 26, 2026;

- 1 -

2. Ford shall submit an omnibus request to seal any information that Ford believes should be sealed in Plaintiffs' and Ford's motions to exclude expert opinions relevant to class certification, oppositions to motions to exclude expert opinions relevant to class certification, and exhibits thereto on **September 10, 2026;**

3. Plaintiffs shall file their response to Ford's request to seal, if any, on **September 17, 2026;**

4. The Parties agree this Joint Stipulation and [Proposed] Order does not constitute a waiver of any arguments, whether substantive or procedural, any Party may wish to raise regarding the propriety of sealing any information in Ford or the Plaintiffs' motions to exclude expert opinions relevant to class certification, oppositions to the motions to exclude expert opinions relevant to class certification, and the materials attached thereto.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
Hon. Dale A. Drozd
United States District Judge

Dated:   August 10, 2026                O'MELVENY & MYERS LLP

                                        */s/  Randall W. Edwards*
                                        Randall W. Edwards (S.B. #179053)
                                        Two Embarcadero Center, 28th Floor
                                        San Francisco, California 94111
                                        Telephone: (415) 984-8700
                                        Facsimile: (415) 984-8701
                                        redwards@omm.com

                                        Amy Laurendeau (S.B. #198321)
                                        O'MELVENY & MYERS LLP
                                        610 Newport Center Drive, 17th Floor
                                        Newport Beach, California 92660
                                        Telephone: (949) 823-6900
                                        Facsimile: (949) 823-6994
                                        alaurendeau@omm.com

JOINT STIPULATION RE SEALING RE MOTIONS TO
EXCLUDE EXPERTS; [PROPOSED] ORDER
2:20-CV-01796-DAD-CKD

Kelsey M. Larson (S.B. #267982)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
klarson@omm.com

Sherry A. Rozell (*pro hac vice*)
McAFEE & TAFT
4050 S. Fairview Ave.
Springfield, MO 65807
Telephone: 918-574-3001
sherry.rozell@mcafeetaft.com

*Attorneys for Defendant Ford Motor Company*

Dated:  August 10, 2026                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*/s/ Annika K. Martin* (*as authorized on August 10, 2026*)
Annika K. Martin (*pro hac vice*)
Gabriel Panek (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013
akmartin@lchb.com
gpanek@lchb.com

Mark P. Chalos (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, Tennessee  37201
Telephone:  (615) 313-9000
mchalos@lchb.com

Phong-Chau G. Nguyen (S.B. #286789)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
pgnguyen@lchb.com

William A. Kershaw (S.B. #057486)
Stuart C. Talley (S.B. #180374)
Ian J. Barlow (S.B. #262213)
KERSHAW TALLEY BARLOW PC
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 244-4829
bill@ktblegal.com
stuart@ktblegal.com
ian@ktblegal.com

- 3 -

Cody R. Padgett (S.B. #275553)
Majdi Y. Hijazin (*pro hac vice*)
Abigail J. Gertner (*pro hac vice*)
CAPSTONE LAW, APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
cody.padgett@capstonelawyers.com
majdi.hijazin@capstonelawyers.com
abigail.gertner@capstonelawyers.com

Russell D. Paul (*pro hac vice*)
Amey J. Park (*pro hac vice*)
Natalie Lesser (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
rpaul@bm.net
apark@bm.net
nlesser@bm.net

Thomas P. Thrash (*pro hac vice*)
William T. Crowder (*pro hac vice*)
THRASH LAW FIRM PA
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
willcrowder@thrashlawfirmpa.com

Patrick Newsom (*pro hac vice*)
NEWSOM LAW PLC
40 Music Square East
Nashville, Tennessee 37203
Telephone: 615-251-9500
patrick@newsom.law

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*

JOINT STIPULATION RE SEALING RE MOTIONS TO
EXCLUDE EXPERTS; [PROPOSED] ORDER
2:20-CV-01796-DAD-CKD