RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Tel: +1 415 984 8700
Fax: +1 415 984 8701

AMY J. LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1 (949) 823-6900
Fax: +1 (949) 823-6994

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St., 19th Floor
Los Angeles, CA 90071
Tel: +1 (213) 430-6000
Fax: +1 (213) 430-6407
*Counsel for Defendant*
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD)

TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:24-cv-02231-DAD-CKD

**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF MOTION AND MOTION TO EXCLUDE CERTAIN OPINIONS OF PLAINTIFFS' EXPERT ALLISE WACHS UNDER FED. R. EVID. 702**

Date: September 21, 2026
Time: 1:30 p.m.
Judge: Hon. Dale A. Drozd
Courtroom: 4, 15th Floor

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 21, at 1:30 p.m., or at such other time as the Court shall order, in Courtroom 4 on the 15th Floor of the above-entitled Court, located at 501 I Street, Sacramento, CA 95814, the Honorable Dale A. Drozd, United States District Judge, presiding, Defendant Ford Motor Company will and hereby does move this Court for an order excluding certain opinions and testimony of Plaintiffs' proffered statistics expert, Dr. Allise Wachs, Ph.D., as reflected in her reports submitted in support of Plaintiffs' Consolidated Motion for Class Certification, filed on June 22, 2026. *See* Wachs Rpt. (Dkt. 162-53); Wachs Rebuttal Rpt. (Dkt. 180-14); Laurendeau Decl. Ex. L, Wachs Supp. Rpt. Ford moves for exclusion of certain of Wachs's expert opinions offered by Plaintiffs in support of class certification under the standards for admissibility of expert evidence set forth in Fed. R. Evid. 702 and *Daubert* and its progeny, for the following independent reasons. *See Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

First, Dr. Wachs's statements about Ford's knowledge, along with the two opinions she uses as a basis for these statements—that Ford's own analysis showed high failure rates for the EcoBoost engines in the Class Vehicles, and that the failure mode appears to be the same across the Class Vehicles—is unsupported by any reliable methodology or evidence, and cannot be reliably applied to the facts of this case. In deposition, Dr. Wachs admitted she was not offering any opinion about Ford's knowledge, but that is what her report does. It is well established that an expert cannot offer such an opinion, and no expert methodology was applied to her attempt to do so. Second, Dr. Wachs's opinions about a supposedly common failure mode and root cause, and Ford's purported data analysis, should be excluded because they are speculative, irrelevant to the facts of this case, and unhelpful to the trier of fact.

Ford respectfully requests that the Court resolve Ford's motion to exclude certain of Dr. Wachs's expert opinions before ruling on Plaintiffs' consolidated motion for class certification. *See Ellis v. Costco*, 657 F.3d 970, 982 (9th Cir. 2011) (*Daubert* analysis necessary to determine admissibility of expert testimony at class certification stage). Ford's focus in this motion is on

Dr. Wachs's opinions that impact class certification. Ford reserves its rights to challenge other opinions in later proceedings in this case.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support thereof, the supporting Declaration of Amy J. Laurendeau filed in support of Ford's Motions to Exclude Expert Opinions Relevant to Class Certification, the pleadings on file in this matter, oral arguments of counsel (if any), and any other matters as the Court may consider.

Pursuant to Part I.C. of the Court's Standing Order in Civil Cases, the undersigned certifies that the parties met and conferred telephonically regarding the instant motion on August 7, 2026. During that discussion, counsel for Ford explained the nature of this motion and its legal basis and requested, but did not obtain, agreement in the relief sought.

Dated: August 12, 2026

O'MELVENY & MYERS LLP

By: /s/ *Randall W. Edwards*
Randall W. Edwards

*Counsel for Defendant*
Ford Motor Company