RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: +1 415 984 8700
Fax: +1 415 984 8701

AMY J. LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1 949 823 6900
Fax: +1 949 823 6994

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St., 19th Floor
Los Angeles, CA 90071
Tel: + 1 213 430 6000
Fax: +1 213 430 6407

*Counsel for Defendant*
*Ford Motor Company*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD)

TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:24-cv-02231-DAD-CKD

**DECLARATION OF AMY J. LAURENDEAU IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S MOTIONS TO EXCLUDE EXPERT OPINIONS RELEVANT TO CLASS CERTIFICATION**

Date: September 21, 2026
Time: 1:30 p.m.
Judge: Hon. Dale A. Drozd
Courtroom: 4, 15th Floor

I, Amy J. Laurendeau, declare as follows:

1. I am an attorney in good standing admitted to practice in the State of California and in the Federal District Court for the Eastern District of California. I am a partner at the law firm O'Melveny & Myers LLP, and counsel of record for Defendant Ford Motor Company. I submit this declaration in support of Defendant's three concurrently filed Motions to Exclude Plaintiffs' Experts Dr. Colin Jordan, Dr. Allise Wachs and Steven Boyles. This declaration is based on my own personal knowledge and, if called as a witness, I could and would testify truthfully to the matters set forth below.

2. Attached as **Exhibit A** is a true and correct copy of the March 20, 2026 Expert Report of Dr. Colin Jordan, Ph.D., P.E., Plaintiffs' proposed technical expert.

3. Attached as **Exhibit B** is a true and correct copy of the April 17, 2026 Expert Rebuttal Report of Dr. Peter Lillo, Ph.D., P.E, Ford's proposed technical expert.

4. On May 18, 2026, Ford took the deposition of Plaintiffs' proposed expert Dr. Colin Jordan, Ph.D., P.E. Attached as **Exhibit C** is a true and correct copy of excerpts of the May 18, 2026 deposition transcript of Dr. Colin Jordan, Ph.D., P.E.

5. Attached as **Exhibit D** is a true and correct copy of the April 17, 2026 Expert Report of Mark Tuneff, Ford's proposed safety expert.

6. Attached as **Exhibit E** is a true and correct copy of the March 20, 2026 Expert Report of Dr. Peter Lillo, Ph.D., P.E., Ford's proposed technical expert.

7. Attached as **Exhibit F** is a true and correct copy of the March 20, 2026 Expert Report of Dr. Allise Wachs, Ph.D., Plaintiffs' proposed data expert.

8. On May 1, 2026, Ford took the deposition of Plaintiffs' proposed expert Dr. Allise Wachs, Ph.D. Attached as **Exhibit G** is a true and correct copy of excerpts of the May 1, 2026 deposition transcript of Dr. Allise Wachs, Ph.D.

9. Attached as **Exhibit H** is a true and correct copy of Appendix A to the March 20, 2026 Expert Report of Dr. Allise Wachs, Ph.D., which is a copy of Dr. Wachs's curriculum vitae.

10. Attached as **Exhibit I** is a true and correct copy of a PowerPoint titled "6-PANEL C346RS Head Gasket Coolant in Cylinder," produced by Ford beginning with the production number FORD-MILLER 0074856.

11. Attached as **Exhibit J** is a true and correct copy of a PowerPoint titled "6-PANEL Coolant Intrusion 15MY – 18MY 1.5L, 1.6L, 2.0L, 2.3L," produced by Ford beginning with the production number FORD-MILLER 00369617.

12. Attached as **Exhibit K** is a true and correct copy of the April 17, 2026 Expert Rebuttal Report of Dr. Kristin Lennox, Ph.D, Ford's proposed data expert.

13. Attached as **Exhibit L** is a true and correct copy of the April 28, 2026 Supplemental Expert Report of Dr. Allise Wachs, Ph.D., Plaintiffs' proposed data expert.

14. Attached as **Exhibit M** is a true and correct copy of a PowerPoint titled "1.5L & 2.0L Coolant Intrusion Status," produced by Ford beginning with the production number FORD-MILLER 00141197.

15. Attached as **Exhibit N** is a true and correct copy of an October 2018 email thread with the subject line "Coolant Options for Quality Issue," produced by Ford beginning with the production number NELSON-FORD 0011441.

16. Attached as **Exhibit O** is a true and correct copy of the April 17, 2026 Expert Rebuttal Report of Dr. Allise Wachs, Ph.D., Plaintiffs' proposed data expert.

17. Attached as **Exhibit P** is a true and correct copy of a PowerPoint titled "Failure Rate Reliability Analysis," produced by Ford beginning with the production number FORD-MILLER 00124957.

18. Attached as **Exhibit Q** is a true and correct copy of the March 20, 2026 Expert Report of Steven B. Boyles, Plaintiffs' proposed damages expert.

19. Attached as **Exhibit R** is a true an correct copy of the 2019 Model Year Ford Warranty Guide, produced by Ford beginning with the production number FORD-MILLER 00086420.

20. On May 15, 2026, Ford took the deposition of Steven Boyles. Attached as **Exhibit S** is a true and correct copy of excerpts of the May 15, 2026 deposition transcript of Steven Boyles.

21. Attached as **Exhibit T** is a true and correct copy of Appendix C to the March 20, 2026 Expert Report of Steven B. Boyles, which is a summary of Plaintiffs' Repair Invoices.

22. Attached as **Exhibit U** is a true and correct copy of the March 20, 2026 Expert Report of Dr. Kristin Lennox, Ph.D., Ford's proposed data expert.

23. Attached as **Exhibit V** is a true and correct copy of the Notice to all U.S. Ford and Lincoln Dealers of Customer Satisfaction Program 21N12, produced by Ford beginning with the production number FORD-MILLER 00117445.

24. Attached as **Exhibit W** is a true and correct copy of the March 20, 2026 Expert Report of Dr. Peter Rossi, Ph.D., Ford's proposed economics expert.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of August, 2026, in Newport Beach, California.

Dated: August 12, 2026

O'MELVENY & MYERS LLP

By: /s/ *Amy J. Laurendeau*
Amy J. Laurendeau

*Counsel for Defendant*
Ford Motor Company