RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: +1 415 984 8700

AMY J. LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1 949 823 6900

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St., 19th Floor
Los Angeles, CA 90071
Tel: + 1 213 430 6000

*Counsel for Defendant*
*Ford Motor Company*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD) |
| TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,<br>Plaintiffs,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 2:24-cv-02231-DAD-CKD<br><br>**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF REQUEST AND UNOPPOSED REQUEST FOR LEAVE TO FILE SUR-REPLY RE: PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Dale A. Drozd<br>Courtroom: 4, 15th Floor |

**NOTICE OF REQUEST AND REQUEST FOR LEAVE TO FILE SUR-REPLY**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Defendant Ford Motor Company will and hereby does move this Court for an order granting Ford leave to file a sur-reply, and deeming the proposed sur-reply, attached as **Exhibit A**, filed and served as of the date of the granting of this request.

Ford respectfully submits this Unopposed Request for Leave to File a Sur-Reply in Opposition to Plaintiffs' Consolidated Motion for Class Certification in response to two discrete issues—the new proposed class vehicles in Plaintiffs' corrected definition of the proposed California, Florida, Kansas, Michigan, Nebraska, and North Carolina "Duratec" classes and Plaintiffs' Proposed Trial Plan—that Plaintiffs presented for the first time in their Reply in Support of Consolidated Motion for Class Certification. *See* Dkt. 180 ("Reply"), at 1 n.3, 20; Dkt. 180-3.

On July 29, 2026, Plaintiffs filed their Reply, which included a new, corrected proposed class definition for the California, Florida, Kansas, Michigan, Nebraska, and North Carolina "Duratec" classes and an Exhibit C, which is their Proposed Trial Plan (Dkts. 180, 180-3). On August 4, 2026, counsel for Ford contacted counsel for Plaintiffs via telephone to discuss Ford's intent to request leave to file a sur-reply limited to addressing those two issues, and limited to 7 pages. On August 5, Plaintiffs' counsel represented that they would not oppose Ford's request. On August 7, the parties' counsel further discussed logistics around Ford's intent to seek leave to file a sur-reply. On August 18, 2026, Ford shared a draft of this request and Ford's sur-reply. Plaintiffs' counsel represented that they do not oppose Ford's request to file a sur-reply for those limited purposes, although Plaintiffs dispute the substance of Ford's arguments.

It is within the Court's discretion to consider a sur-reply brief upon a showing of good cause. *Warren v. City of Chico*, 2024 WL 4803960, at *1-*2 (E.D. Cal. Nov. 15, 2024) (Drozd, J.). Good cause to file a sur-reply brief exists "where there is a valid reason for such additional briefing, such as to prevent unfair prejudice." *Penn v. Lucas*, 2024 WL 1857538, at *1 (E.D. Cal. Apr. 26, 2024). There is good cause to file a sur-reply when the moving party submits a new

class definition, argument, or evidence in its reply brief. *See, e.g.*, *Garcia v. Schlumberger Lift Sols.*, 2021 WL 1259737, at *3 n.2 (E.D. Cal. 2021) ("[C]ourts have granted leave to file a sur-reply where modified class definitions are presented in reply briefs.") (collecting cases); *Crosby v. Cal. Physicians' Serv.*, 498 F. Supp. 3d 1218, 1224 (C.D. Cal. 2020) (permitting a sur-reply because the defendants "had not yet had an opportunity to address plaintiffs' new class definition"); *B.R. v. Cnty. of Orange*, 2017 WL 10525878, at *6 (C.D. Cal. Dec. 11, 2017) (permitting a sur-reply because the plaintiff proposed "an 'alternative' class definition in his reply" and sur-reply was needed to "'cure[]' any issues impeding class certification"); *Toomey v. Nextel Commc'ns, Inc.*, 2004 WL 5512967, *1 (N.D. Cal. Sept. 23, 2004) (granting leave to file sur-reply in light of new arguments "which were raised for the first time" in reply).

Here, Plaintiffs' Reply includes a footnote stating they "inadvertently excluded the 2016-2019 Escape and 2016-2019 Fusion" from the 2.0L Duratec Classes proposed in their Consolidated Motion for Class Certification (Dkt. 162-1, "Class Cert. Mot."), and requesting that the Court modify the class definition accordingly. Reply at 1 n.3. Plaintiffs had originally defined the "Duratec Class Vehicles" as the "2015-2018 Ford Edge, 2016-2019 Ford Explorer, 2015-2019 Ford Mustang, 2015-2019 Lincoln MKC." Class Cert. Mot. at 21. Because the 2.0L 2016-2019 Escape and 2.0L 2016-2019 Fusion were not part of Plaintiffs' initially proposed Duratec Class, Ford's Opposition to Plaintiffs' Motion (Dkt. 169) does not include evidence or arguments specific to those vehicles. Ford's proposed sur-reply would be the first opportunity to specifically address those vehicles.

Plaintiffs also attached a Proposed Trial Plan (Dkt. 180-3) as an exhibit to their Reply, but their opening brief did not attach or address a proposed trial plan. *See Sweet v. Pfizer*, 232 F.R.D. 360, 369 (C.D. Cal. 2005) (categorizing Plaintiffs' trial plan as a "new argument in a reply brief"); *Hill v. England*, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005) (good cause to permit a party to file a sur-reply may exist "where the movant raises new arguments in its reply brief."). Leave to file the sur-reply is thus warranted to allow Ford the opportunity to address Plaintiffs' Proposed Trial Plan as well.

For the foregoing reasons, Ford respectfully requests that the Court grant its request to file a sur-reply and that the proposed sur-reply, attached as **Exhibit A**, be deemed filed and served as of the date of the granting of this request.

Dated: August 19, 2026

O'MELVENY & MYERS LLP

By: /s/ *Randall W. Edwards*
Randall W. Edwards

*Counsel for Defendant*
Ford Motor Company