RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: +1 (415) 984-8700

AMY J. LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1 (949) 823-6900

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St., 19th Floor
Los Angeles, CA 90071
Tel: +1 (213) 430-6000

*Counsel for Defendant*
*Ford Motor Company*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:20-cv-01796-DAD-CKD
(Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD)

TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:24-cv-02231-DAD-CKD

**[PROPOSED] ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S UNOPPOSED REQUEST FOR LEAVE TO FILE SUR-REPLY RE: PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**

Judge: Hon. Dale A. Drozd
Courtroom: 4, 15th Floor

This matter is before the Court on Ford's Unopposed Request for Leave to File Sur-Reply Re: Plaintiffs' Consolidated Motion for Class Certification.

Having carefully considered Ford's Unopposed Request, all papers and evidence submitted in support thereof, all papers and records on file in this action, the applicable law, and finding good cause shown, the Court hereby:

1. **GRANTS** Ford's Unopposed Request for Leave to File Sur-Reply Re: Plaintiffs' Consolidated Motion for Class Certification; and

2. deems Ford's proposed sur-reply (Exhibit A to Ford's Unopposed Request for Leave to File Sur-Reply) filed as of the date of this order.

SO ORDERED, this ____ day of ________________, 2026.

________________________________
Honorable Dale A. Drozd
United States District Judge