RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: +1 (415) 984-8700
Fax: +1 (415) 984-8701

AMY J. LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1 (949) 823-6900
Fax: +1 (949) 823-6994

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St., 19th Floor
Los Angeles, CA 90071
Tel: +1 (213) 430-6000
Fax: +1 (213) 430-6407

*Counsel for Defendant*
*Ford Motor Company*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD) |
| TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:24-cv-02231-DAD-CKD<br><br>**PROOF OF SERVICE REGARDING DEFENDANT FORD MOTOR COMPANY'S UNOPPOSED REQUEST FOR LEAVE TO FILE SUR-REPLY RE: PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Dale A. Drozd<br>Courtroom: 4, 15th Floor |

**PROOF OF SERVICE**

I, Alexandra Meek, hereby declare:

I am a resident of the State of California and over the age of eighteen years and not a party to the within action. My business address is O'Melveny & Myers LLP, 2 Embarcadero Center, 28th Floor, San Francisco, California 94111. I declare that on August 19, 2026, I served the following document proposed to be lodged under seal:

**EXHIBIT A TO DEFENDANT FORD MOTOR COMPANY'S UNOPPOSED REQUEST FOR LEAVE TO FILE SUR-REPLY RE: PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION (DEFENDANT FORD MOTOR COMPANY'S SUR-REPLY RE: PLAINTIFFS' CONSOLIDATED MOTION FOR CLASS CERTIFICATION) [UNREDACTED UNDER SEAL]**

| | |
|---|---|
| ☒ | **ELECTRONIC SERVICE:** by causing a true and correct copy of the document(s) listed above to be transmitted via electronic mail (in PDF format) as set forth below. |
| ☐ | **FEDERAL EXPRESS:** by putting a true and correct copy thereof in a sealed envelope designated by the carrier, with delivery fees paid or provided for, for delivery the next business day to the person(s) listed below, and placing the envelope for collection today by the overnight courier in accordance with the firm's ordinary business practices. I am readily familiar with this firm's practice for collection and processing of overnight courier correspondence. In the ordinary course of business, such correspondence collected from me would be processed on the same day, with fees thereon fully prepaid, and deposited that day in a box or other facility regularly maintained by Federal Express, which is an express carrier. |

**Plaintiffs' Counsel of Record:**

| | |
|---|---|
| Stuart C. Talley (stuart@ktblegal.com)<br>William A. Kershaw (bill@ktblegal.com)<br>Ian J. Barlow (ian@ktblegal.com) | KERSHAW TALLEY BARLOW PC<br>401 Watt Avenue<br>Sacramento, California 95864<br>Telephone: (916) 779-7000<br>Facsimile: (916) 244-4829 |
| Cody R. Padgett (Cody.Padgett@Capstonelawyers.com)<br>Abigail J. Gertner (Abigail.Gertner@capstonelawyers.com)<br>Majdi Y. Hijazin (Majdi.Hijazin@capstonelawyers.com) | CAPSTONE LAW, APC<br>1875 Century Part East, Suite 1000<br>Los Angeles, California 90067 |

| | |
|---|---|
| Kathy Pham<br>(Kathy.pham@capstonelawyers.com) | |
| Phong-Chau G. Nguyen<br>(pgnguyen@lchb.com) | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Telephone: 415-956-1000 |
| Mark P. Chalos<br>(mchalos@lchb.com) | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>One Nashville Place<br>150 Fourth Avenue, Suite 1650<br>Nashville, Tennessee 37219-2423<br>Telephone: (615) 313-9000 |
| Annika K. Martin<br>(akmartin@lchb.com)<br>Gabriel Panek<br>(gpanek@lchb.com)<br>Jason L. Lichtman<br>(jlichtman@lchb.com)<br>Lucas Estlund Issacharoff<br>(lissacharoff@lchb.com) | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, New York 10013-1413 |
| Russell D. Paul<br>(rpaul@bm.net)<br>Amey J. Park<br>(apark@bm.net) | BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 19, 2026, at San Francisco, California.

Alexandra Meek