Mark P. Chalos (*pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 2nd Ave South, Suite 1640
Nashville, Tennessee 37219-2423
Telephone: (615) 313-9000
mchalos@lchb.com

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:20-cv-01796-DAD-CKD<br>(Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD) |
| TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | Case No. 2:24-cv-02231-DAD-CKD<br><br>**DECLARATION OF MARK P. CHALOS IN SUPPORT OF PLAINTIFFS' OPPOSITIONS TO DEFENDANT FORD MOTOR COMPANY'S MOTIONS TO EXCLUDE CERTAIN OPINIONS OF PLAINTIFFS' EXPERTS DR. COLIN JORDAN, DR. ALLISE WACHS, AND STEVEN B. BOYLES**<br><br>Date: September 21, 2026<br>Time: 1:30 p.m.<br>Judge: Hon. Dale A. Drozd<br>Courtroom: 4, 15th Floor |

I, Mark P. Chalos, declare as follows:

1. I am a partner in the firm of Lieff Cabraser Heimann & Bernstein. I am one of the Court-appointed Interim Lead Class Counsel for Plaintiffs in the above-captioned manner. I am a member in good standing of the State Bar of Tennessee. I submit this Declaration in support of Plaintiffs' Oppositions to Defendant Ford Motor Company's three concurrently filed Motions to

Exclude Certain Opinions of Plaintiffs' Experts Dr. Colin Jordan, Dr. Allise Wachs, and Steven B. Boyles. I make this Declaration based on my personal knowledge and if called to testify I could and would competently testify to the matters contained herein.

2. The following exhibits are submitted in support of Plaintiffs' Opposition to Defendant's Motion to Exclude Certain Opinions of Plaintiffs' Expert Dr. Colin Jordan.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the curriculum vitae of Dr. Colin Jordan, Ph.D., P.E. (Appendix A to the March 20, 2026 Expert Report of Dr. Colin Jordan, Ph.D., P.E.).

4. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the transcript of the May 18, 2026 deposition of Dr. Colin Jordan, Ph.D., P.E.

5. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the transcript of the August 13, 2025 deposition of Joseph Henne.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the October 17, 2025 deposition of Robert Wade.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of the transcript of the October 15, 2025 deposition of Mark Tuneff.

8. The following exhibits are submitted in support of Plaintiffs' Opposition to Defendant's Motion to Exclude Certain Opinions of Plaintiffs' Expert Steven B. Boyles.

9. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of the transcript of the May 15, 2026 deposition of Steven Boyles.

10. Attached hereto as **Exhibit 7** is a true and correct copy of the Order in *Clark v. American Honda Motor Company*, No. 2:20-cv-03147-AB-MBK, Dkt. 252 (C.D. Cal. Nov. 19, 2025).

11. The following exhibits are submitted in support of Plaintiffs' Opposition to Defendant's Motion to Exclude Certain Opinions of Plaintiffs' Expert Dr. Allise Wachs.

12. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the transcript of the May 1, 2026 deposition of Dr. Allise Wachs, Ph.D.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Nashville, Tennessee this 26th day of August, 2026.

*/s/ Mark P. Chalos*
Mark P. Chalos