# EXHIBIT 1

# APPENDIX A:
# CV

Jordan Forensic Solutions

JFS

# Curriculum Vitae

**Dr. COLIN JORDAN, Ph.D., P.E.**

**Managing Director/Mechanical Engineer**



## Years of Experience: 44

## Education

Doctor of Philosophy in Mechanical Engineering, University of Windsor, 1987

Master of Science in Mechanical Engineering, Oakland University, 1982

Bachelor of Science in Mechanical Engineering, Oakland University, 1981

## Registration and Certifications

Professional Engineer, Florida #62847, Michigan #6201046219

Certified Vehicle Fire Investigator

Florida DOT Maintenance of Traffic Certification

OSHA Road Certification

## Professional Experience

Managing Director / Mechanical Engineer, Jordan Forensic Solutions Palm Beach Gardens FL, 2022 – present

Mechanical Engineer/Project Manager, Kimley-Horn and Associates, Inc., West Palm Beach, FL, 2006 – 2024

Project Manager, Rimkus Consulting Group Inc., 2005 – 2006

Engineering Manager, Florida Power & Light Company, 1999 – 2005

Professor of Mechanical Engineering, Kettering University (formerly General Motors Institute), 1990 – 1999

Assistant Professor of Mechanical Engineering, Lawrence Technological University, 1987 – 1990

HVAC Engineer, Daimler Chrysler Corporation, 1982 – 1982

Engineering Consultant, Ford Motor Company, Arizona Proving Grounds, 1989 – 1999

Crashworthiness Engineer, Ford Motor Company, 1981 – 1981

## Professional Summary

Dr. Jordan completed his Ph.D. in mechanical engineering at the University of Windsor in 1987. While at Kettering University (formerly General Motors Institute [GMI]), he taught courses including engine design, engine testing, vehicle design, transmission design, brake design, emission control, automotive fuel systems, combustion engineering, vehicle performance, heating ventilating and air conditioning, thermodynamics, heat transfer, and engineering cost analysis. Dr. Jordan has been an engineering consultant at Ford Motor Company's Arizona Proving Grounds testing and analyzing data, as well as attending depositions. At GMI, Dr. Jordan was a full professor and faculty advisor for all student race and research vehicles. Dr. Jordan also taught engine design and vehicle calibration for General Motors at Tsinghua University in China. He has HVAC experience at Chrysler and has worked at Ford Motor Company in the crash worthiness area. In addition, he is the author of numerous conference and journal papers. Dr. Jordan is a six-sigma quality black belt and a specialist in determining root cause of equipment and human process failures, he has experience in fastener failure analysis and product failures. He has experience in pumps, motors, heat exchangers, piping, mechanical systems and valves, as well as all phases of power production. Dr. Jordan is a commercial trucking specialist. Dr. Jordan has investigated hundreds of industrial and vehicular accidents. He also has experience in heavy duty equipment failure, including tractors, boom lifts, forklifts, bulldozers, etc.

## Court Qualifications

Dr. Jordan has testified in deposition and trial in state and federal court.

## Specialty Expertise

Mechanical and Electrical component design and testing
Product defects
Commercial Trucking Specialist
Vehicle Accident Reconstruction
Equipment Failure Specialist
Doors, Seat Belts, Brakes
Sound Studies
Burns and Scalding
Heavy Duty Equipment Specialist
Industrial Accident Reconstruction
Patent Expertise
Steering Suspension and Powertrain
Fire and Explosion Cause and Origin
Recreational Off-Highway E-Safety
Forklifts

## Professional Development

Human Factors
Human Factors in Forensic Analysis of Accidents
Tribology measurements
Basic/Advanced Diagramming and Animation
EPA Refrigerant Technician Training
Fire Suppression Training
Accident Reconstruction
Commercial Vehicle Accident Investigation and Reconstruction
Vehicle Fire, Arson, and Explosion
Slips, trips and falls
Warnings
Scaffolding Use in Construction
Commercial Event Data Recorders
Commercial Vehicle Accident Recon
Hyundai and Kia download certification
Human Factors in Forensic Analysis of Accidents
Engineering OSHA Requirements
Failure Analysis
Failure Modes and Effects Analysis
Human Error Training
Incident Commander
HAZMAT Responder
Six Sigma Green Belt
Risk Analysis
Negotiation Specialist, Harvard Business School
Dynamometer Testing
Flow Bench Training
Florida DOT Maintenance of Traffic
Furniture Design, Manufacturing and Testing
Patents
Passenger Car Event Data Recorders
Passenger Car Accident Recon
Accident Recon Simulation
Low Light & Night Time Photography
Recreational Off-Highway E certified
Forklift -Operator
Forklift- Train the Trainer

## Affiliations

Society of Automotive Engineers (SAE)

Dr. Colin Jordan, 7718 155th PL, N, Palm Beach Gardens, FL 33418
**CELL:** 561 207 1654
*Dr.Colin.Jordan@gmail.com*

PUBLICATIONS OF DR. COLIN JORDAN

- Effect of Jet Inclination on Its Natural Laminar Length, Jordan, C., Rankin, G. W., Sridhar, K.; International Symposium on Fluid Control and Measurement, Tokyo, Japan, (Sept 1985).

- Laminar Non-Newtonian Jet with a Uniform Exit Profile, Jordan, C., Rankin, G. W., Sridhar, K.; SECTAM XIII, South Carolina, (April 1986).

- Axisymmetric Laminar Jets of Non-Newtonian Polymer Solutions, Jordan, C., Ph.D. Dissertation, University of Windsor, Ontario, Canada (1987).

- Axisymmetric Laminar Jets of Non-Newtonian Polymer Solutions, Jordan, C., Rankin, G. W., Sridhar, K., ASME Winter Annual Meeting, Boston, Massachusetts, (Dec. 1987).

- Exhaust Heat Containment System, Jordan, C., Laird, K., Society of Automotive Engineers, 891984, (1989).

- A Study of submerged Pseudoplastic Laminar Jets, Jordan, C., Rankin, G. W., Sridhar, K.; Journal of Non-Newtonian Fluid Mechanics, 41, 323-337, (1992).

- 1992 SAE Natural Gas Vehicle Challenge Design, Jordan, C., Deegan, M., Garcia, M. J., Zamora, A., Society of Automotive Engineers, SP-894, (1992).

- Alternate Floorpan Insulation Material, Jordan, C., Ackerman, G., Andrejewski, D., Society of Automotive Engineers, 931110, (1993).

- 1993 SAE Natural Gas Vehicle Challenge Design, Jordan, C., DeSmet, E., Freirmuth, N., Society of Automotive Engineers, SP-929, (1993).

- Design of Insulation Packages for Cylindrical Components, Jordan, C., Baert, K., Begg, B., Society of Automotive Engineers, 931983, (1993).
- Exhaust System Temperature Reduction, Jordan, C., Baker, D., Baker, H., Society of Automotive Engineers, 932974, (1993).
- Effect of Tailpipe Tip Orientation on Backpressure, Sloss, J., Jordan, C., Society of Automotive Engineers, 933041, (1993).
- GMI Hybrid Electric Vehicle Student Design, Jordan, C., Thompson, M., Tavakoli, M., Bray J., Society of Automotive Engineers, SP-1103, (1994).
- GMI Hybrid Electric Vehicle Student Design, Jordan, C., Thompson, M., Bray J., Society of Automotive Engineers (1995).
- Thermal durability Testing for Underbody Fibrous Heat Shields, Dudley, S., Jordan, C., et al, Society of Automotive Engineers, 950620, (1995).
- Pressure Activated Rotary Clutch, Jordan, C., Kowalski, H., et al, Society of Automotive Engineers (1996).
- Educational and Research Experience and Multi-Disciplinary Exposure for Undergraduate Engineering Students Using a Modern Vehicle Jordan, C., Nasr, K., Mariappan, J., International Journal of Engineering Education (1998).
- High Speed Electric Car, Jordan, C., Tavakoli, M., Nasr, K., et. al., The 32nd Inter-Society Energy Conversion Engineering Conference, July 27 - August 2, Honolulu, Hawaii, (1997).

- An Electric Vehicle with Racing Speeds Heil, E., Jordan, C., Tavakoli, M., Nasr, K., et. al., Society of Automotive Engineers, 981128, (1998).

- Development of High-Speed Electric Vehicle Technology Wolak, J., Cook, J., Jordan, C., et al., Hybrid and Electric Vehicle Racing Symposium 2, October 5, Cincinnati, Ohio, (1998).

- The Kettering University Ethanol Challenge, Davis, D., Baker, M., Celmins, J., Wykes, E., Jordan C., Society of Automotive Engineers, SP-1453, (1998).

- Determination of Air/Fuel Ratio Differences Between Cylinders in a Production Engine Using Exhaust Gas Oxygen Sensors Davis, G., Ego, A., Baumbach, A., Jordan, C., et. al., Society of Automotive Engineers, 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 (1999).

- The Effect of Multiple Spark Discharge on the Cold Startability of An E85-Fueled Vehicle, Davis, G., Jordan, C., Baker, M., Society of Automotive Engineers, 1999-01-0609 (1999).

- Knowledge Delivery Quality Improvement Story, Jordan C., VanArsdale G., Internal FPL report (2000).

- Turbine Failure Quality Improvement Story, Jordan C., Purcaro P., Internal FPL report (2001).

- Craft Worker Safety Quality Improvement Story, Jordan C., Mangan B., Internal FPL report (2002).

- Overtime Reduction Quality Improvement Story, Jordan C., Internal FPL report (2003).

- Craft Worker Hiring Six Sigma Quality Improvement Story, Jordan C., Ulibarri R., Internal FPL report (2004).

- Ferrocement For Hurricane – Prone State of Florida, Adajar, J.C., Hogue, T.H., Jordan, C., ASCE Structures and Faults Conference, June 13, Edinburgh, Scotland, (2006).

- Working with the Legal Community as a Successful Forensic Engineering Expert, Jordan, C., Fairchild, A., Florida Engineering Society Journal, (June 2010).

THESIS PROJECTS OF DR. COLIN JORDAN

- Heavy Duty Cranking Motor with Inline Engagement
- Product/Process Evaluation and Redesign of Stamp/Buckle Connection with Stepper Motor Cruise Control
- Pressurized/Partitioned Reservoir for Reducing Running Loss Emissions
- Heat Transfer Characterization of a New Air Meter Sensing Element
- Parametric Analysis of Air Flow
- The Effect of Low Rolling Resistance Tires on the Performance of the FN74
- Effect of Tread Design Parameters on Rolling Resistance, Noise, and Force and Momentum Characteristics
- Airgas Losses on Cryogenic Systems
- Development of Restrike Ignition
- Cooling System Optimization
- Investigation of Mark Truck Engine (oil consumption)
- Examination of Mold Pressures and their effects on the Foam Molding Process
- Helium Mass Spectrometry Leak Test of 4T40E transmission Case
- 4.3L V-6 Engines in UPS Vehicles
- Improved techniques for mounting and inflating tires at a high-volume rate
- Design and implement a method of assembly for rear suspension for 1994 Chevrolet Lumina
- Cold Test System for 3100 V-6
- Variable Valve Actuation
- Electronic Throttle Control

- Effects of Variable Valve Intake
- Effects of Unconventional Valve Timing on Performance and Fuel Economy
- Energy distribution of an Internal Combustion Engine
- Effect of Staggered Lift Camshafts
- Effect of Canister Purge on Gen III V-8
- Power Brake Booster Vacuum Hose Design and Performance
- On Board Vapor Recovery issues with 1997 Corvette
- Fuel Calibration of Natural Gas Vehicle
- Major Fuel Economy Initiatives for the 4.3L V-6
- Powdered Metal Door Latch Striker Evaluation
- Comparison and Analysis of two Alternative Steady State Flowbench Methods
- Federal Test Procedure Emission Simulation Test Stand
- Computer simulation of a Direct injection gasoline fueling system with application of appropriate results
- Testing of Mechanical Return-less Fuel Systems
- Development of World-Class Air-Conditioning Service Diagnostic Procedures
- Engine Mount Displacements and Balance Mass Recommendation Program
- Self-Learning Diagnostic system for Automotive Paint process
- The Study of Vibration movements of V-6 and V-8 Internal Combustion Engines Caused by Operational Loads