# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CASE NO. 2:20-cv-00468-DAD-CKD

VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,
Plaintiffs,
vs.
FORD MOTOR COMPANY,
Defendant.
_______________________________________/

Gordan & Partners, PA
4114 Northlake Boulevard
Palm Beach Gardens, Florida
Monday, 9:14 a.m.-6:20 p.m.
May 18, 2026

VIDEOTAPED DEPOSITION OF DR. COLIN JORDAN

Taken on Behalf of the Defendant before Lisa Gerlach, FPR, Notary Public in and for the State of Florida at Large, pursuant to Notice of Taking Deposition in the above cause.

But that's Ford Motor Company's projection based on historical data that they had. 10:17:49 10:17:53

Q. Do you have any idea whether that projection proved true? 10:17:58 10:18:02

A. I don't know. You'd have to talk to the warranty expert. 10:18:03 10:18:05

Q. Does it change your position if the warranty expert's projections were lower by any amount? 10:18:05 10:18:15

MR. CALAMUSA: Objection to form. 10:18:24

A. The data they have is crazy. You can look at the 1.5 liter on that same -- that same slide. They've got 18 percent failure rate, 180 repairs per thousand vehicles. That's just -- that's, like, mind-blowing even when you say that number. That's actual warranty data. 10:18:24 10:18:33 10:18:37 10:18:44 10:18:49 10:18:53

So even with the warranty data, they have not -- not a projection. [redacted] percent is the warranty data that they have. That is just crazy. It's -- they're, like, repairs per thousand that I've never seen before in any other cases. I know that they're way above what Ford expected. 10:18:55 10:18:59 10:19:02 10:19:10 10:19:16 10:19:20

BY MR. EDWARDS: 10:19:21

Q. My question was whether it would affect your opinion. The answer may be no; the answer may be yes. I don't know. 10:19:31 10:19:36 10:19:39

in pressure; you'll have a reduction in power. As soon as you have any kind of coolant intrusion, that's a misfire. 14:51:02 14:51:07 14:51:13

Q. When you say "a reduction in power," are you saying that every vehicle that experiences coolant intrusion will have a reduced reduction in power? 14:51:13 14:51:16 14:51:18

A. Yes, every one. Every single one. You cannot -- you cannot have the same amount of power released from the gasoline that you can from the coolant. So if a coolant intrusion is going to cause a degradation -- and they call it mean effective pressure -- mean effective pressure goes down, that means you have a loss of power. 14:51:21 14:51:26 14:51:30 14:51:36 14:51:42 14:51:47 14:51:50

Q. Do you have a loss -- will every coolant intrusion result in a loss of power that will be observable to the average driver? 14:51:51 14:51:57 14:51:59

MR. CALAMUSA: Objection to form. 14:52:00

A. Observable to the average driver? It may not. But it may -- when he needs it, it may be an issue. He's going to cross an intersection and then he wants to accelerate, there's a truck coming towards him, he doesn't have the power to get out of the way and the tractor-trailer hits him. 14:52:01 14:52:05 14:52:08 14:52:11 14:52:14 14:52:17

So he may not experience it right away. The engine -- the powertrain control module -- may not 14:52:21 14:52:28



Veritext Legal Solutions
866-299-5127 calendar-ca@veritext.com www.veritext.com

you have less than ideal combustion, and you have a reduction in crank speed, which means that you have a power loss. 15:10:35 15:10:39 15:10:41

Q. Well -- 15:10:44

A. Yes. Power loss. 15:10:44

Q. A complete power loss in that cylinder? 15:10:46

A. It may not be complete, but you have a power loss. Whenever you have a misfire, you have a power loss. 15:10:48 15:10:52 15:10:57

Q. So my question was referring to a complete power loss in one cylinder. 15:10:58 15:11:00

So let me ask it that way, which is, is it your opinion that there could be a complete power loss in one cylinder before the malfunction indicator light goes on? 15:11:03 15:11:08 15:11:12 15:11:19

MR. CALAMUSA: Objection to form. 15:11:20

A. No. 15:11:21

BY MR. EDWARDS: 15:11:22

Q. And then you refer -- and this is just an example -- but in paragraph 20, you refer to a loss of power and then you also, in certain places, refer to stalling. 15:11:24 15:11:27 15:11:32 15:11:45

Are those two concepts the -- are they equivalent in your mind or are they different in some way? 15:11:47 15:11:50 15:11:54



Veritext Legal Solutions
866-299-5127 calendar-ca@veritext.com www.veritext.com

MR. CALAMUSA: Objection to form. 15:11:54
A. Different. 15:11:54
BY MR. EDWARDS: 15:11:56
Q. Okay. So when you refer to stalling -- 15:11:56
A. But they -- a complete power loss is a stalling when you go to the extreme. Right? 15:11:59 15:12:07
Q. Okay. So when you're referring to stalling or a complete loss of power, are those basically equivalent concepts? 15:12:10 15:12:15 15:12:18
A. Yeah. Complete loss of power and stalling, you'd have no power, no mode of power to move the vehicle. That's a stall. 15:12:20 15:12:23 15:12:27
Q. Okay. When you say in paragraph 20, "At minimum, the engine will have a loss of power," there, you're not referring to a complete loss of power; is that right? 15:12:29 15:12:35 15:12:40 15:12:45
A. Correct. 15:12:46
Q. Okay. And then -- 15:12:46
A. But for every coolant intrusion, you will have a loss of power, because you will have less than ideal combustion, so your vehicle will no longer have the power it was advertised at. 15:12:50 15:12:52 15:12:57 15:13:01
Q. And then the loss of power -- one way a vehicle might experience a loss of power is if it goes into the limp-home mode; right? 15:13:05 15:13:12 15:13:15

A. Yes, definitely. 15:13:17
Q. And that's different than stalling? 15:13:19
A. Yeah, it's different than stalling. Stalling means, like, 0 RPM. 15:13:21 15:13:25
Q. Okay. So then when you refer -- in paragraph 21, you have some discussion of engine failures creating a safety concern depending on when and how it happens. And then you refer to multiple things. The first one is if the engine stalls or loses power. 15:13:28 15:13:34 15:13:42 15:13:47 15:13:53 15:13:55
Did you do -- did you analyze reports that confirmed engines had stalled as a result of coolant intrusion? 15:14:00 15:14:12 15:14:17
A. There's some of the NHTSA complaints that say that, and I think some of the plaintiffs said that their engines stalled, 0 RPM. 15:14:17 15:14:23 15:14:28
Q. So let me just ask a little bit about the NHTSA complaints. Again, paragraph 94 is where you talk about that, if you want to refer to it. But my questions may be general enough that you don't need to. You're welcome to, though. 15:14:31 15:14:37 15:14:41 15:14:44 15:14:48
So describe what you did when you reviewed the NHTSA documents. Not what you found, but just the process. 15:14:51 15:14:53 15:14:57
A. Well, the process is just -- what I did, I 15:14:58

went through the 1.5, 1.6, 2.0 liter, and 2.3 liter to the NHTSA complaint sections, and then I searched for power loss and stalling, and there is hundreds -- literally hundreds -- of them. So I just -- I'm not going to put hundreds -- what's the use of putting hundreds in the report? So I just pulled two for every engine. 15:15:04 15:15:11 15:15:19 15:15:25 15:15:32 15:15:34 15:15:38

If you want to look, you'd be shocked to see how many NHTSA complaints there are about stalling and power loss for 4-cylinder EcoBoost engines. It's amazing. 15:15:39 15:15:43 15:15:46 15:15:51

Q. I think you got into what you found as opposed to the process there, but we'll break it down. 15:15:51 15:15:59

Your process was, you went to NHTSA's VOQ database? 15:16:03 15:16:09

A. Right. I look at the complaint -- and I looked at the complaints. 15:16:09 15:16:12

Q. And you looked at the complaints and you did it for each of the four engines? 15:16:13 15:16:16

A. Correct. 15:16:17

Q. And you reviewed what the customer said they experienced? 15:16:18 15:16:23

A. Right. So I searched for power loss or stalling. 15:16:23 15:16:27

Q. Okay. And then you identified two examples 15:16:27

to include in your report for each? 15:16:33
A. Correct. 15:16:35
Q. And can you describe what filters you used? 15:16:35
A. Power loss, stalling. 15:16:41
Q. Anything else? 15:16:45
A. No -- and obviously coolant intrusion. 15:16:46
Q. Were you using filterings that the complaints had to hit any one of those or all three of those or something else? 15:16:50 15:16:55 15:16:59
A. Either coolant intrusion, power loss, or coolant intrusion and stalling. 15:16:59 15:17:02
Q. Were you searching for the words "coolant intrusion" or were you using some other -- 15:17:05 15:17:09
A. Coolant, I was looking for. And then I would read the complaint to see what it said. 15:17:12 15:17:15
Q. Okay. So you searched your -- just your filter process was, each complaint had to use the word "coolant" and had to either refer to "stall" or "stalling" or "power loss" or "loss of power"? 15:17:17 15:17:19 15:17:26 15:17:30
A. Right, correct. 15:17:32
Q. And then you reviewed them? 15:17:32
A. Correct. 15:17:34
Q. Okay. So then you gave two examples of each. 15:17:35
Did you quantify the number of complaint? 15:17:42
A. I didn't quantify them, but there's hundreds, 15:17:47

hundreds. It's insane how many there are. But I just -- just in the interest of making something readable, I just put two per engine. But I didn't quantify that this one had 392 and this one had 125, but I could do that, but --

Q. I'm asking because other experts in this case have and I just want to know if you did.

A. No, I didn't.

Q. Okay. Then, when you said you reviewed them, are you referring to -- which ones did you review? Just enough to get examples here or did you review others?

A. I reviewed others, but, after a while -- there's hundreds of them -- you're gonna fall asleep, there's so many coolant intrusion, stalling, coolant intrusion, power loss.

Q. So did you do any other investigation about any of the complaints other than reading what the person had filled in on the NHTSA form?

A. I described the complaint.

Q. Okay. And did you reach a conclusion that, each of the examples that you provided, coolant intrusion had occurred in that vehicle?

MR. CALAMUSA: Objection to form.

A. Yes. I have to back up for one thing that I

said just to clarify it. I searched for engine and 15:19:41
engine cooling. And then I looked for stalling or 15:19:46
power loss. Then I did review each one of them to see 15:19:48
that they had coolant intrusion listed. 15:19:55

Q. When you say you reviewed each one of them, 15:20:00
you mean each of the examples you reviewed? 15:20:04

A. Yes. 15:20:06

Q. You did not review all of the complaints that 15:20:06
hit your filters to see if each of them did; is that 15:20:11
right? 15:20:14

A. Right. I would be reading for the rest of my 15:20:15
life looking at those. 15:20:18

Q. Okay. Are you aware of any accidents that 15:20:19
occurred that were attributed to coolant intrusion? 15:20:21

MR. CALAMUSA: Objection to form. 15:20:29

A. Okay. First thing off, accidents in general 15:20:29
are not reported to NHTSA. There's too many 15:20:35
accidents. I investigated close to 3,000 accidents 15:20:44
with people that worked for me and all the accidents 15:20:48
I've looked at. They don't get reported to NHTSA. 15:20:52

But when you have a power loss, you're much 15:20:56
more susceptible to get into an accident. That's just 15:21:01
a fact. You can't make it through the intersection. 15:21:05
You have a power loss on I-95, good luck. Everybody 15:21:11
is going like 90 miles an hour in back of you. It's 15:21:15

so dangerous. You can't get off the highway. If you go down into Miami, for instance, which is very similar to a lot of other areas, they don't even have an emergency shoulder on the Turnpike, because they've tried to widen the lanes. So now you're stopping on the travel lane. I've investigated tons of accidents where people stall and get rear-ended and die. 15:21:18 15:21:23 15:21:25 15:21:29 15:21:33 15:21:36 15:21:40

So I wouldn't expect those things to bubble up to NHTSA. But I know, as a person that's looked at approximately 3,000 accidents, power loss, stalling is extremely dangerous. It's very, very dangerous. And in all the accidents I've looked at, it's a very dangerous scenario. I've seen many, many accidents with power loss, stalling. 15:21:45 15:21:48 15:21:53 15:21:59 15:22:04 15:22:08 15:22:11

BY MR. EDWARDS: 15:22:18

Q. You're not able to answer my question yes or no? 15:22:22 15:22:24

MR. CALAMUSA: Objection to form. 15:22:24

A. I thought I answered it. 15:22:26

BY MR. EDWARDS: 15:22:28

Q. My question was, did you identify any accidents as a result of coolant intrusion in class vehicles? 15:22:29 15:22:31 15:22:35

A. I would say I didn't, and the only reason is that these accidents are not bubbled up to NHTSA. 15:22:37 15:22:43

CERTIFICATE OF OATH

STATE OF FLORIDA
COUNTY OF PALM BEACH

I, Lisa Gerlach, Shorthand Reporter and Notary Public, State of Florida, certify that Dr. Colin Jordan personally appeared before me on the 18th day of May 2026 and was duly sworn.

WITNESS my hand and official seal this 29th day of May 2026.

Lisa Gerlach, FPR
Commission #HH41912
Expires 9/13/2028

Witness produced his Florida driver's license.

CERTIFICATE OF REPORTER

STATE OF FLORIDA
COUNTY OF PALM BEACH

I, Lisa Gerlach, Court Reporter, do hereby certify that I was authorized to and did stenographically report the foregoing deposition; and that the transcript is a true and correct transcription of the testimony given by the witness.

I further certify that I am not a relative, employee, attorney or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

Dated this 29th day of May 2026.

Lisa Gerlach, FPR

The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or discretion of the certifying reporter.