# EXHIBIT 3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Case No: 2:20-cv-001796-DAD-CKD

Consolidated with Nos.

2:21-cv-00417-DAD-CKD

2:21-cv-00468-DAD-CKD

VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

vs.

FORD MOTOR COMPANY,

Defendant.

______________________________________

The Video Recorded Videoconference Deposition of JOSEPH HENNE,

Taken at 2501 Worldgateway Place, Polo Room, Romulus, Michigan,

Commencing at 9:01 a.m.,

Wednesday, August 13, 2025,

Before Leisa M. Pastor, CSR-3500, RPR, CRR.

Veritext Job #7457722

coolant to leak into the combustion chamber a problem for internal combustion engines?

A. So an internal -- an internal coolant leak is an indication of a failure in the engine -- well, it's -- how do I want to say that?

If you have a internal coolant leak, something went wrong in your engine and will eventually lead to a failure of the engine. It can cause -- I mean, it depends on where the coolant's going, obviously, but can contribute to any number of items that the customer will notice and ultimately will lead to an engine failure.

Q. What does that mean, engine failure?

A. If -- if you have coolant leaking into the oil it will reduce the ability of the oil to lubricate the engine which will contribute to wear, premature wear, of any number of moving engine components, potentially bearing failure. Which, you know, can ultimately manifest itself in many ways.

Leakage into the combustion chamber, ultimately the loss of coolant will lead to lack of the engine's ability to cool itself which can cause hot spots in the engine, local areas where the temperature exceeds the design intent and contribute to failure of other components.

were developed. So at -- and I don't know the dates but the was a DC/DZ test cycle which was based on -- it's Dearborn-Cologne durability cycle, so it was based on Autobahn driving between -- not Dearborn -- well, yeah, that was Dearborn. So there was a CDC which was Cologne durability cycle which was based on Autobahn testing -- or Autobahn driving.

And then there was a Dearborn-Cologne which was -- it was further development that had some other components added to it. That changed to a Key Life Test at some point along the way, just a Key Life Test. And then that changed to a GloTherm at some point along the line.

So the durability cycle that we ran to validate engines and specifically to validate the head gasket joint changed over time, was developed -- further developed.

Q. Okay. Thank you. We talked about limp mode which --
A. Limp home mode, yeah.
Q. Limp home mode, yeah, which the car goes into when there's -- well, what's the trigger for limp home mode?
A. I don't know the specific triggers for limp home mode. That's a calibration-related question.
Q. Would -- but it happens when there's a coolant leak

causing overheating?
A. Again, I don't know what the specific triggers are, if it's a loss of coolant or if it's temperature-related.
Q. You said it goes to restricted power at that point; is that right?
A. Yes.
Q. How restricted?
A. Pretty severely restricted. I don't -- again, I don't know the finer details of it, but it's restricting the -- I think it specifically restricts the engine speed at which the crank shaft will rotate.
Q. How quickly does that occur once the trigger happens, immediate?
A. I mean, you know, I think the -- immediate if you were -- yeah, it's immediate.
Q. Do you know about how many miles per hour is the maximum?
A. I don't know.
Q. Is it dangerous to drive on restricted power?
A. On restricted power? No, not at all.
Q. On restricted power?
A. No, it's not, I guess I don't the question.
Q. Well --
A. Dangerous in what way?
Q. Well, you said earlier that when people who have had

CERTIFICATE OF NOTARY

STATE OF MICHIGAN)

) SS

COUNTY OF MONROE )

I, LEISA PASTOR, certify that this deposition was taken before me on the date hereinbefore set forth; that the foregoing questions and answers were recorded by me stenographically and reduced to computer transcription; that this is a true, full and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to, either party nor interested in the event of this cause.

LEISA PASTOR, CSR-3500, CRR,
Notary Public,
Monroe County, Michigan
My Commission expires: 9/7/27