# EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

VANESSA MILLER, PATSY LUND, AMBER WEST, EVAN WEST, DARRICK CHRISTODARO, AMY HOFFER, JILLIAN CONSTABLE MONTERIO BUTCHER, HARLAMPI BOZHINOV, TERESA BALASZEK, CRAIG MORFORD, KELLI MORFORD, AARON MANFRA, VICTORIA MANFRA, RACHEL GOODRICH, BRIAN SIMONDS, ROBYN PIROG, ZACHARY SCOTT DAMM, AMANDA GATES, TYSON JOHN BATDORF, ANTHONY CICERO, DAVID GONZALEZ, JEFFERY HODGES, MARK KENNEDY, JOHN KRECEK, TRACEY ANN METRO, SCOTT PICKERING, and KIMBERLY THOMAS, as individuals and on behalf of all others similarly situated,

Plaintiffs,

vs. Case No. 2:20-cv-01796-DAD-CKD

(Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD)

FORD MOTOR COMPANY,

Defendant.

A. It would likely result in a D rate.
Q. Okay. And then, as the coolant continues to go into the cylinder, what happens then, for example, if a person has to drive it to get to home or get to a shop or if they are on a trip, the question is, sorry to be so long-winded, like, what, what happens to the engine as the coolant goes into the cylinder?
A. The coolant will suppress combustion. So in that particular cylinder, you are unlikely to get a flame or flame propagation. That cylinder will not have any pressure or temperature increase due to combustion, because you don't have combustion. And then when the exhaust valve opens in that part of the cycle, the coolant, the unburned fuel, and the air will go out the exhaust valve and out the tailpipe.
Q. On, on my car the, I had some coolant in the oil where, like, when I checked my dipstick, it looked like chocolate milk.
A. Yes.
Q. Is that also, like, a possibility, does that occur, too, or...
A. Yeah, I think probably what you are driving at is how does an engine overheat? And it sounds like what happened to your car is that you, you lost coolant, there was no protection system of any kind, the engine

CERTIFICATE

STATE OF MICHIGAN

COUNTY OF OAKLAND

LORI ANN BALDWIN, a Notary Public in and for the above county and state, do hereby certify that this remote deposition was taken before me, via Zoom Videoconference/Video Recording, at the time and place hereinbefore set forth; that the witness was by me first duly remotely sworn, via Zoom Videoconference, to testify to the truth; that this is a true, full and correct transcript of my stenographic notes so taken to the best of my skill and ability; and that I am not related, nor of counsel to either party, nor interested in the event of this cause.



______________________________

Lori Ann Baldwin, CSR-5207, RPR, CRR

Notary Public

Oakland County, Michigan

My commission expires: December 21, 2031