# EXHIBIT 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Case No: 2:20-cv-001796-DAD-CKD
Consolidated with Nos.
2:21-cv-00417-DAD-CKD
2:21-cv-00468-DAD-CKD

VANESSA MILLER, et al., as
individuals and on behalf of all
others similarly situated,
Plaintiffs,
vs.
FORD MOTOR COMPANY,
Defendant.
_____________________________________

The Video Recorded Deposition of MARK TUNEFF,
Commencing at 9:15 a.m.,
Wednesday, October 15, 2025,
Before Leisa M. Pastor, CSR-3500, RPR, CRR.
Veritext Job #7617601

cannot input anything into the vehicle to make it move.

Things that can be considered, then, because not all loss of motive powers are necessarily equal, is it pre-warning, is it progressive, is it sudden and without warning to the operator, which can present a risk not only to that operator, but vehicles around.

Q. That definition of loss of motive power, that is an industry definition? Or is that a NHTSA definition?

A. I would say it's an understood, mutually understood definition.

Q. In a motor vehicle an overheated engine can cause loss of mode of power, right?

A. It can, yes, sir.

Q. Let's go back to the -- in the context of communicating with the NHTSA, the TREAD Act data -- the TREAD Act report, that goes to NHTSA, as well?

A. Correct, yes, sir.

Q. Did Ford provide CQIS data or counts to NHTSA as part of its TREAD Act reporting?

A. My recollection is one of the areas in the aggregate report is field data which is understood by Ford to be its CQIS data or its context to its technical hotline. So yes, Ford would provide the CQIS data.

CERTIFICATE OF NOTARY

STATE OF MICHIGAN)
) SS
COUNTY OF MONROE )

I, LEISA PASTOR, certify that this deposition was taken before me on the date hereinbefore set forth; that the foregoing questions and answers were recorded by me stenographically and reduced to computer transcription; that this is a true, full and correct transcript of my stenographic notes so taken; and that I am not related to, nor of counsel to, either party nor interested in the event of this cause.

LEISA PASTOR, CSR-3500, CRR,
Notary Public,
Monroe County, Michigan
My Commission expires: 9/7/27