RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Tel: +1 415 984 8700
Fax: +1 415 984 8701

AMY J. LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1 949 823 6900
Fax: +1 949 823 6994

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St., 19th Floor
Los Angeles, CA 90071
Tel: + 1 213 430 6000
Fax: +1 213 430 6407

*Counsel for Defendant*
*Ford Motor Company*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD)

TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:24-cv-02231-DAD-CKD

**DECLARATION OF AMY J. LAURENDEAU IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE OPINIONS RELEVANT TO CLASS CERTIFICATION**

Date: September 21, 2026
Time: 1:30 p.m.
Judge: Hon. Dale A. Drozd
Courtroom: 4, 15th Floor

I, Amy J. Laurendeau, declare as follows:

1. I am an attorney in good standing admitted to practice in the State of California and in the Federal District Court for the Eastern District of California. I am a partner at the law firm O'Melveny & Myers LLP, and counsel of record for Defendant Ford Motor Company. I submit this declaration in support of Ford's Opposition to Plaintiffs' Motion to Exclude Expert Opinions of Dr. Peter Lillo and Dr. Peter Rossi. This declaration is based on my own personal knowledge and, if called as a witness, I could and would testify truthfully to the matters set forth below.

2. On May 29, 2026, Plaintiffs took the deposition of Ford's proposed technical expert, Dr. Peter Lillo, Ph.D., P.E. Attached as **Exhibit A** is a true and correct copy of the excerpts of the May 29, 2026 deposition transcript of Dr. Peter Lillo.

3. Attached as **Exhibit B** is a true and correct copy of the April 17, 2026 Expert Rebuttal Report of Dr. Peter Lillo, Ph.D., P.E, Ford's proposed technical expert.

4. On May 21, 2026, Ford took the deposition of Plaintiffs' proposed economics rebuttal expert, Dr. Guofang Huang, Ph.D. Attached as **Exhibit C** is a true and correct copy of the excerpts of the May 21, 2026 deposition transcript of Dr. Guofang Huang.

5. Attached as **Exhibit D** is a true and correct copy of the June 1, 2026 Expert Sur-Rebuttal Report of Dr. Peter Rossi, Ph.D., Ford's proposed economics expert.

6. On June 2, 2026, Plaintiffs took the deposition of Ford's proposed economics expert, Dr. Peter Rossi, Ph.D. Attached as **Exhibit E** is a true and correct copy of the excerpts of the June 2, 2026 deposition transcript of Dr. Peter Rossi.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of August, 2026, in Newport Beach, California.

Dated: August 26, 2026

O'MELVENY & MYERS LLP

By: /s/ *Amy J. Laurendeau*
Amy J. Laurendeau

*Counsel for Defendant*
Ford Motor Company