# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Case No.: 2:20-cv-001796-DAD-CKD
Consolidated with Nos.
2:21-cv-00417-DAD-CKD
2:21-cv-00468-DAD-CKD

VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

vs.

FORD MOTOR COMPANY,

Defendant.

________________________________/

REMOTE VIDEOTAPED DEPOSITION OF
GUOFANG HUANG, PH.D.

Thursday, May 21, 2026
11:00 a.m. - 4:29 p.m. (CDT)

Stenographically Reported By:
Kimberly Fontalvo, Realtime Reporter
Realtime Systems Administrator

correct?
A. It should be Mister. I think it's a typo. 11:44:02AM
Q. Who is Dr. Peter Rossi? 11:44:07AM
A. Dr. Peter Rossi I think he is a professor 11:44:14AM at UCLA.
Q. Do you know Dr. Rossi? 11:44:26AM
A. I know Dr. Rossi is a professor at UCLA 11:44:31AM and that he -- I also read his CV.
Q. Were you familiar with Dr. Rossi prior to 11:44:44AM this litigation?
A. I know him through his work. 11:44:53AM
Q. You are familiar with Dr. Rossi's work 11:44:55AM prior to this litigation, correct?
A. Some of his work. 11:44:58AM
Q. Do you respect Dr. Rossi? 11:45:01AM
A. Dr. Rossi is a well-known figure in the 11:45:04AM field of marketing.
Q. And in the field of economics, correct? 11:45:11AM
A. He also has some work in the field of 11:45:15AM economics?
Q. He's an economist, correct? 11:45:22AM
A. I think he graduated with a Ph.D. in 11:45:30AM econometrics.
Q. Do you take issue with referring to him as 11:45:41AM an economist?

A. I don't have a particular issue referring to him as an economist. 11:45:44AM
Q. But you don't know, as you sit here today, whether he's an economist or not? 11:45:49AM
A. I can -- I can call him comfortable as economist. 11:45:54AM
Q. He is an economist, correct? 11:45:59AM
A. I think so. 11:46:02AM
Q. And do you respect Dr. Rossi? 11:46:05AM
A. I do respect Dr. Rossi's work. 11:46:10AM
Q. Who is Mr. Steven Boyles? 11:46:14AM
A. I know Steven Boyles as another expert involved in this case. 11:46:22AM
Q. He's an expert for Plaintiffs, correct? 11:46:33AM
A. I think so. 11:46:35AM
Q. Mr. Boyles is not an economist, correct? 11:46:36AM
MR. LICHTMAN: Objection. 11:46:45AM
A. I don't think so. 11:46:45AM
BY MS. LAURENDEAU: 11:46:47AM
Q. He's an CPA, correct? 11:46:47AM
A. I think so. 11:46:50AM
Q. Is there a difference between an economist and a CPA? 11:46:52AM
A. Two different professions. 11:46:56AM
Q. What's the difference between an economist 11:46:58AM

used car retail market.

And if you go down to item Number 6 in the list of publications, you can see there's another publication titled "When to Haggle, When to Hold Firm? Lessons from the Used Car Retail Market." And that was published in 2020 in the Journal of Economics and Management Strategy. 12:06:08PM

If you go to item Number 7, that is also a research I have done and published about the used car retail market pricing. 12:06:33PM

And on the second page of my CV in item Number 10, that's a working paper on the issue information disclosure and in the used car retail market. 12:06:50PM

Q. Just to confirm, the working paper is a paper that's in progress that has not yet been published; is that correct? 12:07:13PM

A. So, it is a finished research article that has not been published. 12:07:21PM

Q. And then were there other examples you wanted to point to of the research you have done on used car retail market in your CV? 12:07:27PM

A. I have some other related work, but these are the main research I have done in this market. 12:07:36PM

Q. That's what you are referring to in your 12:07:45PM

report, the examples you just provided, when you say you have substantial research experience in the areas of pricing and disclosure in the used car retail market, correct?

A. That's correct. 12:07:57PM

Q. Do you have any experience conducting a damages analysis? 12:07:58PM

A. I don't have experience of researching on the issue of damages. 12:08:04PM

Q. Do you have any experience in consumer behavior? 12:08:11PM

A. I have experience of researching on consumer behavior. 12:08:17PM

Q. What's your experience researching consumer behavior? 12:08:23PM

A. So, for example, in one of the publications I have just mentioned, this publication titled, "Estimating Expectations-Based Reference Price-Effects in the Used-Car Retail Market," that has a lot to do with consumer behavior. 12:08:28PM

Q. That was Number 4 on your publications list? 12:08:49PM

A. That's correct. 12:08:53PM

Q. That's experience you have in connection with consumer behavior in the used car retail 12:08:54PM

market, correct?
A. So, that's not the only experience I have regarding the consumer behavior in the used car retail market. I have other related experience. 12:09:02PM
Q. Do you have experience in consumer behavior in the new car retail market? 12:09:15PM
A. I have -- I have done research in the used car retail market, and I have also researched and learned a lot about similar issues in the new car market as well. 12:09:21PM
Q. Have you published any papers that addressed consumer behavior in the new car retail market? 12:09:42PM
A. I have not published papers specifically about consumer behavior in the new car market. 12:09:57PM
Q. Do you have substantial research experience in the areas of pricing and disclosure in the new car retail market? 12:10:10PM
A. So, the new car market is tightly connected to the used car market. And it is a very well-known market that has been studied intensively by Ph.D.s in economics, and specifically in the field of empirical industrial organization. 12:10:21PM
So when I was studying for my Ph.D. at Johns Hopkins, we have done a lot of learning and 12:10:40PM

research related to the new car market.

Q. So when you say in your report that you have substantial research experience in the areas of pricing and disclosure in the used car retail market, you also could have said in the market; is that correct? 12:10:54PM

A. I have a research, yes, I have research experience in the new car market as well. 12:11:07PM

Q. Why did you limit your statement in your report to the used car retail market? 12:11:14PM

A. I explained that I have substantial experience in researching the used car retail market. 12:11:22PM

I think mainly because my assignment on this case is about reviewing and assessing Dr. Rossi's report. And in that report, Dr. Rossi used data on used cars and performed analysis on used car pricing in his report. 12:11:31PM

Q. And so you listed that because you believed it was particularly relevant to the work you did in connection with this litigation, correct? 12:11:57PM

A. I listed that because I was retained for this assignment of assessing Dr. Rossi's report. 12:12:04PM

Q. Do you have any experience in regression analysis as it relates to automobiles? 12:12:16PM

A. Yes, I have research experience using regression analysis as related to automobiles. 12:12:22PM
Q. Have you published any papers where you have done a regression analysis related to automobiles? 12:12:30PM
A. Yes, I have research articles that used regression analysis using data from the automobile market. 12:12:37PM
Q. You have researched articles, or you have published articles that used regression analysis using data from the automobile market? 12:12:49PM
A. I have published articles using regression analysis. 12:12:57PM
Q. Which publications on your CV reflect your experience in regression analysis as it relates to automobiles? 12:13:00PM
A. So, first of all, I want to clarify regression analysis is the type of analysis you use in most -- as the preliminarily analysis, your preliminary analysis in most empirical researches. 12:13:14PM
And in my publications here, Publication Number 4, I used regression analysis of the used car retail market. 12:13:31PM
Q. Any other publications where you used regression analysis related to automobiles? 12:13:47PM

A. So, as I explained, so regression analysis is type of analysis we use in start of almost every empirical analysis, at least for me, for myself, for some of them we report in the final version of our articles. For some of them we choose not to include because if the focus is not on regressions, then we do not include. 12:13:54PM

MS. LAURENDEAU: Let's go ahead and take a quick break, if that's okay. 12:14:33PM

THE WITNESS: Yeah, that's okay with me. 12:14:36PM

VIDEOGRAPHER: Going off record. The time is 12:14 p.m. 12:14:39PM

(Recess was held from 12:14 p.m. until 12:31 p.m.) 12:14:43PM

VIDEOGRAPHER: We're back on the record. The time is 12:31 p.m. 12:31:43PM

BY MS. LAURENDEAU: 12:31:48PM

Q. Dr. Huang (as stated), do you still have a copy of your expert report in front of you? 12:31:53PM

A. I'm Dr. Huang. 12:31:58PM

Q. Dr. Huang, do you still have a copy of your expert report in front of you? 12:32:01PM

A. Yes. Yes. 12:32:06PM

Q. I'm going to -- I previously noted I have marked that as Exhibit 1 to the deposition. I'm going to ask you some questions going forward about 12:32:08PM

your opinions. So if at any point you want to refer to that, just let me know if you are referring to it and which portions of the report you are referring to; is that okay?

A. Yes. 12:32:29PM

Q. Does your expert report contain a complete statement of all of the opinions that you reached in this case? 12:32:33PM

A. I wrote a summary of my opinions in Section 3 and then I went to elaborate on my opinions in the following section. 12:32:38PM

Q. And the report, which we marked as Exhibit 1, contains all of the opinions that you have reached in this case, correct? 12:32:59PM

A. So this report contains all my opinions regarding Dr. Rossi's report and the analysis he shared in that report. 12:33:07PM

Q. And have you formed any other opinions in this litigation? 12:33:18PM

A. I have not formed any other opinions outside of Dr. Rossi's report. 12:33:21PM

Q. So the report that you have prepared, and we marked as Exhibit 1, contains all of the opinions you formed in this litigation, correct? 12:33:29PM

A. This contains all opinions I have formed 12:33:38PM

price -- how and whether the market prices will be affected.

Q. Are you saying there are situations in which there's an alleged defect that's known that doesn't have a negative impact on the market price of a used vehicle? 2:39:41PM

MR. LICHTMAN: Objection. 2:39:52PM

A. I'm not saying there's such a case. I'm just saying you need to provide all the information that can potentially influence the market prices for the cars concerned, before we can determine whether the prices after disclosure of the defect information would be lower. 2:39:57PM

BY MR. LICHTMAN: 2:40:14PM

Q. What information would you need to evaluate to calculate whether an alleged defect, in this case the alleged engine defect you have disclosed, would have a negative impact on the market value of the vehicles? 2:40:16PM

A. So it is not a simple calculation. So what is a concern here is the impact of the information disclosed about the engine defect. You cannot calculate them directly. They are not directly observed. 2:40:40PM

Q. How would you go about calculating the 2:41:11PM

impact of the information disclosed about the engine defect on the market value of vehicles in this case?

A. So what Dr. Rossi did in his report is he did this analysis using used car data, combined with his analysis of the changing awareness about the engine defects. And he used the data in the regression analysis he's done to test this and to test the hypothesis and if there's any impact. 2:41:26PM

Q. Is that an appropriate way to go about calculating of the information disclosed about an engine defect on the market value of vehicles in this case? 2:41:56PM

A. So, I want to clarify that the impact cannot be directly calculated. It is not -- because the impact is associated with the disclosure of engine defects. 2:42:08PM

But what's influencing prices of used car prices over time, including not only growing awareness of the engine defect, but also many other factors from demand and supply side. 2:42:27PM

So it cannot be directly calculated because of the confounding factors that also exist and also influencing the market prices of used cars. 2:42:40PM

Q. Would you agree that if it is true that disclosure to the market of information about the 2:42:50PM



Veritext Legal Solutions
866-299-5127 calendar-ca@veritext.com www.veritext.com

alleged defect would impact the value of the class vehicles, we then should see the prices of used class vehicles falling faster than prices for comparator vehicles without the defect?

A. I think that's the understanding of Dr. Rossi when he described what he's testing in the analysis. 2:43:18PM

Q. Do you agree with that? 2:43:27PM

A. So, my general understanding is that if you disclose -- if you disclose some negative information about a product, that will lower consumer's value for that product. And that, in turn, will affect their demand, which together with many other factors, will impact the market price of the product. 2:43:28PM

But what I am trying to clarify is that you cannot use the data points to directly tease out what is the impact of that negative information being disclosed about this product because of the confounding influences of many other factors that coexist that happened at the same time. 2:43:55PM

Q. But you would agree if it's true the disclosure to the market of information about the alleged defect would impact the value of the class vehicles, then when we look at the prices of used 2:44:16PM

class vehicles, those should be declining faster than the prices for comparator vehicles that are being sold that don't contain the defect, correct?

A. So, I -- my understanding, and I agree, 2:44:44PM that disclosing negative information, all other things being equal, disclosing negative information will lower the consumer's value for the product in question and that will reduce the demand. But what I cannot say for sure is that it will lead to a decline in the prices, because there are many other factors going on.

I can give you an example in this case. 2:45:14PM For example, the figures demonstrated by Dr. Rossi in his report, even with the growing awareness about the engine defect, you can see periods of time when the prices of both the class vehicle and the comparator vehicle went up. They were not declining during that period of time, they actually went up, together.

So even though used cars are aging through 2:45:42PM that period of time, the prices actually were increasing. So I want to clarify here that you cannot calculate and separate the impact of the information disclosure of the engine defect on the market prices of the used cars by simply looking at

some price study observed, because of the confounding factors of many other supplier and demand factors.

Q. You would agree also because of the confounding factors of many other supply and demand factors, you can't assume that just because someone purchased a vehicle without knowledge of the alleged defect that they were economically harmed, correct? 2:46:14PM

MR. LICHTMAN: Objection. 2:46:33PM

A. So, I have to say my understanding is that if you bought a vehicle without the knowledge of the alleged engine defect, but the car indeed have the engine defect, their value is lower, and hence, they're economically harmed. 2:46:37PM

BY MS. LAURENDEAU: 2:47:02PM

Q. Even if other confounding supply and demand factors impact the market price in a way that the alleged defect and knowledge of the alleged defect doesn't necessarily impact the market price of the vehicle? 2:47:06PM

A. So the market price that we observe is under the influence of what we are talking about here, the information on the engine defect, and also under the influence of some other factors. And what I am saying is that the engine defect will lower 2:47:28PM

consumer value for the car, but that does not necessarily translate into lower prices right away because of the influence of other factors on the market price.

Q. And so in order to know whether a vehicle owner was economically damaged by purchasing a vehicle with an engine defect, you would need to have additional information about things like what that vehicle was sold for and when and what the level of knowledge was by the market of the alleged defect at the time of sale, correct? 2:48:06PM

A. So what Dr. Rossi said in his report is that while these consumers, if they did not know the engine defect at the time of purchase but realized it later, then Dr. Rossi said they are economically harmed under the theory that he thinks is the Plaintiffs' theory, and so -- yeah. 2:48:35PM

Q. That's what Plaintiffs are alleging in this case, correct; that's not necessarily Dr. Rossi conclusion? 2:49:10PM

A. That's Dr. Rossi's interpretation. Based on my understanding of Dr. Rossi's report that's Dr. Rossi interpretation of the Plaintiffs' theory. 2:49:17PM

Q. The Plaintiffs' theory, correct? When you said that it is your understanding if someone bought 2:49:27PM

CERTIFICATE OF REPORTER

STATE OF COLORADO

I, Kimberly Fontalvo, Realtime Stenographer, (NCRA 028421), in and for the State of Colorado, do hereby certify: That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were placed under oath; that a verbatim record of the proceedings were made by me using machine shorthand, which was thereafter transcribed under my direction; further that the foregoing is an accurate transcription thereof; that before the completion of the deposition, review of the transcript was requested.

I further certify that I am neither financially interested in this action, nor a relative or employee of any attorney or any of the parties hereto.



KIMBERLY FONTALVO