RANDALL W. EDWARDS (S.B. #179053)
redwards@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Tel: +1 415 984 8700

AMY J. LAURENDEAU (S.B. #198321)
alaurendeau@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: +1 (949) 823-6900

KELSEY M. LARSON (S.B. #267982)
klarson@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St., 19th Floor
Los Angeles, CA 90071
Tel: +1 (213) 430-6000

*Counsel for Defendant*
FORD MOTOR COMPANY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

VANESSA MILLER, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD)

---

TREVOR NELSON, et al., as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:24-cv-02231-DAD-CKD

**DEFENDANT FORD MOTOR COMPANY'S NOTICE OF OMNIBUS REQUEST TO SEAL**

Date: September 21, 2026
Time: 1:30 p.m.
Judge: Hon. Dale A. Drozd
Courtroom: 4, 15th Floor

Pursuant to the Court's Standing Order in Civil Cases, Federal Rule of Civil Procedure 5.2(d), and Local Rules 133 and 141 of the Local Rules of the United States District Court for the Eastern District of California, and for good cause and compelling reasons, please take notice that pursuant to the parties' joint stipulations, granted by the Court at Dkt. 185 and 194, the parties submitted by electronic mail the following documents to U.S. District Judge Dale A. Drozd and timely served by electronic mail the following documents on all other parties pursuant to the Court's Scheduling Order, Docs. 146 and 149:

1. The confidential portions of Ford's Motion to Exclude Certain Opinions of Plaintiffs' Expert Boyles (Dkt. 189) and Exhibits A, E, F, K, Q, S, U, and W to the Declaration of Amy Laurendeau (Dkt. 190);
2. The confidential portions of Exhibits A, B, C, and D to the Declaration of Amy Laurendeau (Dkt. 190) related to Ford's Motion to Exclude Certain Opinions of Plaintiffs' Expert Jordan (Dkt. 187);
3. The confidential portions of Ford's Motion to Exclude Certain Opinions of Plaintiffs' Expert Wachs (Dkt. 188) and Exhibits F, G, I, J, K, L, M, N, O, and P to the Declaration of Amy Laurendeau (Dkt. 190);
4. The confidential portions of Plaintiffs' Motion to Exclude Expert Opinions Relevant to Class Certification (Dkt. 186) and Exhibits 1, 4, 5, 6, and 8 to the Declaration of Mark Chalos (Dkt. 186-2);
5. The confidential portions of Ford's Sur-Reply Regarding Plaintiffs' Consolidated Motion for Class Certification (Dkt. 193-1);
6. The confidential portions of Plaintiffs' Opposition to Ford's Motion to Exclude Certain Opinions of Plaintiffs' Expert Steven B. Boyles (Dkt. 198);
7. The confidential portions of Plaintiffs' Opposition to Ford's Motion to Exclude Certain Opinions of Plaintiffs' Expert Dr. Colin Jordan (Dkt. 196) and Exhibit 2 to the Declaration of Mark Chalos (Dkt. 199); and
8. The confidential portions of Plaintiffs' Opposition to Ford's Motion to Exclude Certain Opinions of Plaintiffs' Expert Dr. Allise Wachs (Dkt. 197) and Exhibit 8 to the

Declaration of Mark Chalos (Dkt. 199).

Pursuant to Federal Rule of Civil Procedure 5.2(d), Local Rule 141, and the parties' Stipulated Protective Order, and for good cause and compelling reasons, Ford hereby makes its Omnibus Request to Seal Documents for the materials generally described above designated Confidential and/or Highly Confidential pursuant to the parties' Protective Order. *See Miller v. Ford Motor Co.*, Case No. 2:20-cv-01796-DAD-CKD, Doc. 73, ¶ 16 ("All documents or testimony that are filed with the Court that contain any portion of any Protected Documents or Protected Information shall be filed under seal pursuant to Local Rule 141"); *Nelson v. Ford Motor Co.*, Case No. 2:24-cv-02231-DAD-CKD, Doc. 45, ¶ 4 ("Plaintiffs and Ford stipulate, agree, and consent to be subject to and bound by the provisions of the Protective Order and ESI Protocol entered in the *Miller* action for all discovery and information exchanged in the above-referenced action.").

Concurrent with the submission of its Request, the parties have filed versions of Ford's Motions to Exclude Certain Opinions of Plaintiffs' Experts Dr. Wachs, Mr. Boyles, and Dr. Jordan (Dkts. 187-190), Plaintiffs' Motion to Exclude Certain Opinions of Ford's Experts Dr. Lillo and Dr. Rossi (Dkt. 186), the Parties' Oppositions thereto (Dkts. 196-200), and Ford's Request to File Sur-Reply (Dkt. 193) through the Court's CM/ECF system that contain redactions of information or materials that have been designed as Confidential and/or Highly Confidential in this matter so as not to reveal the sealed information.

Dated: September 10, 2026

MCAFEE & TAFT, PC

By: */s/ Sherry A. Rozell*
Sherry A. Rozell

Sherry A. Rozell, MO Bar No. 34131
sherry.rozell@mcfeetaft.com
205 Park Central East, Suite 308
Springfield, MO 65806
(417) 840-7990; (918) 574-3101 (fax)

O'MELVENY & MYERS LLP
Randall W. Edwards (S.B. #179053)
redwards@omm.com
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Tel: (415) 984-8700

Amy Laurendeau (S.B. #198321)
alaurendeau@omm.com
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660
Tel: (949) 823-6900

Kelsey M. Larson (S.B. #267982)
klarson@omm.com
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Tel: (213) 430-6000

*Counsel for Defendant Ford Motor Company*