Mark P. Chalos (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Suite 1640
Nashville, Tennessee 37201
Telephone: (615) 313-9000
mchalos@lchb.com

[Additional Counsel on Signature Pages]

*Attorneys for Plaintiffs and the Proposed Classes*

Randall W. Edwards (S.B. #179053)
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
redwards@omm.com

[Additional Counsel on Signature Pages]

*Attorneys for Defendant Ford Motor Company*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al.,<br>Plaintiffs,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD |
| TREVOR NELSON, et al.,<br>Plaintiffs,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 2:24-cv-02231-DAD-CKD<br><br>**JOINT STIPULATION RE PLAINTIFFS' RESPONSE TO FORD'S REQUEST TO SEAL; [PROPOSED] ORDER** |

Plaintiffs and Defendant Ford Motor Company ("Ford"), by and through their attorneys of record in the *Miller* (Case No. 2:20-cv-01796) and *Nelson* (Case No. 2:24-cv-02231) actions, stipulate and agree as follows:

WHEREAS, on June 22, 2026, Plaintiffs filed a consolidated motion for class certification in the *Miller* and *Nelson* actions on the *Miller* docket (Dkt. 162);

WHEREAS, on July 15, 2026, Ford filed its opposition to Plaintiffs' motion for class certification (Dkt. 169);

WHEREAS, on July 29, 2026, Plaintiffs filed their reply in support of their motion for class certification (Dkt. 180);

WHEREAS, on August 19, 2026, Ford moved for leave to file a sur-reply with respect to Plaintiffs' motion for class certification (Dkt. 193);

WHEREAS, on August 12, 2026, the Parties filed simultaneous motions to exclude expert opinions relevant to class certification ("Motions to Exclude") (Dkts. 186–90);

WHEREAS, on August 26, 2026, the Parties filed simultaneous oppositions to the motions to exclude expert evidence relevant to class certification ("Oppositions to Motions to Exclude") (Dkts. 196–200);

WHEREAS, on September 10, 2026, and pursuant to the Parties' stipulation (Dkt. 184), Ford lodged an omnibus request to seal portions of Ford's proposed sur-reply, the Motions to Exclude, the Oppositions to Motions to Exclude, and exhibits attached thereto ("Request to Seal");

WHEREAS, Plaintiffs' omnibus response to Ford's Request to Seal is currently due on September 17, 2026 (Dkt. 185);

WHEREAS, Ford's Request to Seal is over 20 pages long and raises several arguments in support of sealing materials that pertain to multiple briefs; and

WHEREAS, in light of the nature of this briefing, Plaintiffs respectfully request an additional week to respond to Ford's sealing arguments with respect to these materials;

IT IS HEREBY STIPULATED by and between Plaintiffs and Ford that:

1. Plaintiffs shall file their response to Ford's Request to Seal by **September 24, 2026**.

**IT IS SO ORDERED.**

Dated: _______________, 2026

______________________________
Hon. Dale A. Drozd
United States District Judge

Dated: September 16, 2026

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*/s/ Mark P. Chalos*

Mark P. Chalos (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, Tennessee 37201
Telephone: (615) 313-9000
mchalos@lchb.com

Annika K. Martin (*pro hac vice*)
Gabriel Panek (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013
akmartin@lchb.com
gpanek@lchb.com

Phong-Chau G. Nguyen (S.B. #286789)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
pgnguyen@lchb.com

William A. Kershaw (S.B. #057486)
Stuart C. Talley (S.B. #180374)
Ian J. Barlow (S.B. #262213)
KERSHAW TALLEY BARLOW PC
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 244-4829
bill@ktblegal.com
stuart@ktblegal.com
ian@ktblegal.com

Cody R. Padgett (S.B. #275553)
Majdi Y. Hijazin (*pro hac vice*)
Abigail J. Gertner (*pro hac vice*)
CAPSTONE LAW, APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
cody.padgett@capstonelawyers.com
majdi.hijazin@capstonelawyers.com
abigail.gertner@capstonelawyers.com

Russell D. Paul (*pro hac vice*)
Amey J. Park (*pro hac vice*)
Natalie Lesser (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
rpaul@bm.net
apark@bm.net
nlesser@bm.net

Thomas P. Thrash (*pro hac vice*)
William T. Crowder (*pro hac vice*)
THRASH LAW FIRM PA
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
willcrowder@thrashlawfirmpa.com

Patrick Newsom (*pro hac vice*)
NEWSOM LAW PLC
40 Music Square East
Nashville, Tennessee 37203
Telephone: 615-251-9500
patrick@newsom.law

*Attorneys for Plaintiffs and the Proposed Classes*

Dated: September 16, 2026

O'MELVENY & MYERS LLP

*/s/ Randall W. Edwards (as authorized on September 15, 2026)*
Randall W. Edwards (S.B. #179053)
Two Embarcadero Center, 28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
redwards@omm.com

Amy Laurendeau (S.B. #198321)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
alaurendeau@omm.com

Kelsey M. Larson (S.B. #267982)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
klarson@omm.com

Sherry A. Rozell (*pro hac vice*)
McAFEE & TAFT
4050 S. Fairview Ave.
Springfield, MO 65807
Telephone: 918-574-3001
sherry.rozell@mcafeetaft.com

*Attorneys for Defendant Ford Motor Company*