Cody R. Padgett (SBN 275553)
Abigail J. Gertner (*pro hac vice*)
Majdi Y. Hijazin (*pro hac vice*)
Kathy Pham (SBN 329345)
CAPSTONE LAW APC
1875 Century Park East, Suite 1860
Los Angeles, California 90067
Telephone: (310) 556-4811
Facsimile: (310) 943-0396
Cody.Padgett@Capstonelawyers.com

[Additional Counsel on Signature Pages]

*Attorneys for Plaintiffs and the Proposed Classes and Subclasses*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VANESSA MILLER, PATSY LUND, AMBER WEST, EVAN WEST, DARRICK CHRISTODARO, AMY HOFFER, JILLIAN CONSTABLE, HARLAMPI BOZHINOV, TERESA BALASZEK, CRAIG MORFORD, KELLI MORFORD, AARON MANFRA, VICTORIA MANFRA, BRIAN SIMONDS, ROBYN PIROG, ANTHONY CICERO, DAVID GONZALEZ, MARK KENNEDY, JOHN KRECEK, TRACEY ANN METRO, SCOTT PICKERING, BRAD MULLEN, and DAVID SPEIGNER, as individuals and on behalf of all others similarly situated,

Plaintiffs,

v.

FORD MOTOR COMPANY,

Defendant.

Case No. 2:20-cv-01796-DAD-CKD
(Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD)

CLASS ACTION

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that Amey J. Park of Berger Montague PC hereby withdraws as attorney of record for Plaintiffs in this action. My withdrawal will not cause any prejudice or delay in the case. Plaintiffs remain represented by Interim Co-Lead Counsel Mark P. Chalos of Lieff Cabraser Heimann & Bernstein, LLP (*see* ECF No. 60, Order Granting Plaintiffs' Motion for Appointment of Interim Class Counsel) and Cody R. Padgett of Capstone Law APC (*see* ECF 122, Order Granting Plaintiffs' Unopposed Motion for Leave to Substitute Class Counsel), and the following remaining counsel of record: Russell D. Paul of Berger Montague PC; Phong-Chau G. Nguyen, Annika K. Martin, Jason L. Lichtman, Gabriel A. Panek, Clare D. Perez, and Lucas E. Issacharoff of Lieff Cabraser Heimann & Bernstein, LLP; Abigail J. Gertner, Majdi Y. Hijazin, and Kathy Pham of Capstone Law APC; and Stuart C. Talley of Kershaw Talley Barlow PC.

Dated: September 22, 2026

Respectfully submitted,

BERGER MONTAGUE PC

*/s/ Amey J. Park*

Amey J. Park (*pro hac vice*)
Russell D. Paul (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
Fax: (215) 875-4604
rpaul@bergermontague.com
apark@bergermontague.com

Mark P. Chalos (*pro hac vice*)
222 2nd Ave South, Suite 1640
Nashville, Tennessee 37219-2423
Telephone: (615) 313-9000
mchalos@lchb.com

Phong-Chau G. Nguyen (S.B. #286789)
Clare D. Perez (S.B. #363027)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
pgnguyen@lchb.com

cdperez@lchb.com

Annika K. Martin (*pro hac vice*)
Gabriel Panek (*pro hac vice*)
Lucas Issacharoff (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
akmartin@lchb.com
gpanek@lchb.com
lissacharoff@lchb.com

Cody R. Padgett (S.B. #275553)
Majdi Y. Hijazin (*pro hac vice*)
Abigail J. Gertner (*pro hac vice*)
Kathy Pham (SBN 329345)
CAPSTONE LAW APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
cody.padgett@Capstonelawyers.com
majdi.hijazin@capstonelawyers.com
abigail.gertner@capstonelawyers.com

Stuart C. Talley
KERSHAW TALLEY BARLOW PC
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 244-4829
stuart@ktblegal.com

Thomas P. Thrash (*pro hac vice*)
THRASH LAW FIRM PA
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net

*Attorneys for Plaintiffs and the Proposed Classes*