William A. Kershaw (S.B. #057486)
Stuart C. Talley (S.B. #180374)
Ian J. Barlow (S.B. #262213)
**KERSHAW TALLEY BARLOW PC**
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 244-4829
bill@ktblegal.com
stuart@ktblegal.com
ian@ktblegal.com

[Additional Counsel on Signature Pages]

*Attorneys for Plaintiffs and the Proposed Classes*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al.,<br>Plaintiffs,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 2:20-cv-01796-DAD-CKD (Consolidated with Nos. 2:21-cv-00417-DAD-CKD, 2:21-cv-00468-DAD-CKD |
| TREVOR NELSON, et al.,<br>Plaintiffs,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | Case No. 2:24-cv-02231-DAD-CKD<br><br>**PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO REMOVE AND REPLACE INCORRECTLY FILED DOCUMENT** |

Pursuant to Local Rule 233, Plaintiffs respectfully request that the Court remove Exhibit B to Plaintiffs' Reply in Support of Class Certification, filed on the public docket inadvertently without redactions at *Miller*, Dkt. 180-2. This document should have been filed with redactions because it contains quotations from documents Ford has designated "CONFIDENTIAL" pursuant to the Stipulated Protective Order. *Miller*, Dkt. 73 ¶ 13; *see Nelson*, Dkt. 45 ¶ 4.[1] Plaintiffs have attached a replacement redacted version as **Exhibit 1** to this Motion.

Plaintiffs filed their Reply in Support of Class Certification on July 29, 2026. On October 28, Plaintiffs' counsel discovered that Exhibit B had been inadvertently filed on the public docket without redactions and informed Ford's counsel of the error. Ford does not oppose the relief sought in this motion.

Respectfully submitted,

Dated: October 28, 2026

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

*/s/ Mark P. Chalos*
Mark P. Chalos (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Avenue South, Suite 1640
Nashville, Tennessee 37201
Telephone: (615) 313-9000
mchalos@lchb.com

Annika K. Martin (*pro hac vice*)
Gabriel Panek (*pro hac vice*)
Lucas Issacharoff (*pro hac vice*)
250 Hudson Street, 8th Floor
New York, New York 10013
akmartin@lchb.com
gpanek@lchb.com
lissacharoff@lchb.com

Phong-Chau G. Nguyen (S.B. #286789)
Clare D. Perez (S.B. #363027)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: (415) 956-1000
pgnguyen@lchb.com

[1] For the reasons set forth in their oppositions to Ford's sealing motions, Plaintiffs do not believe the document should be sealed from the public. However, Plaintiffs agree the document should be filed publicly in redacted form pending the outcome of Ford's sealing request.

cdperez@lchb.com

William A. Kershaw (S.B. #057486)
Stuart C. Talley (S.B. #180374)
Ian J. Barlow (S.B. #262213)
KERSHAW TALLEY BARLOW PC
401 Watt Avenue
Sacramento, California 95864
Telephone: (916) 779-7000
Facsimile: (916) 244-4829
bill@ktblegal.com
stuart@ktblegal.com
ian@ktblegal.com

Cody R. Padgett (S.B. #275553)
Majdi Y. Hijazin (*pro hac vice*)
CAPSTONE LAW, APC
1875 Century Park East, Suite 1000
Los Angeles, California 90067
Telephone: (310) 556-4811
cody.padgett@capstonelawyers.com
majdi.hijazin@capstonelawyers.com

Russell D. Paul (*pro hac vice*)
Natalie Lesser (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
rpaul@bm.net
nlesser@bm.net

Thomas P. Thrash (*pro hac vice*)
William T. Crowder (*pro hac vice*)
THRASH LAW FIRM PA
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
willcrowder@thrashlawfirmpa.com

Patrick Newsom (*pro hac vice*)
NEWSOM LAW PLC
40 Music Square East
Nashville, Tennessee 37203
Telephone: 615-251-9500
patrick@newsom.law

*Attorneys for Plaintiffs and the Proposed Classes*