# EXHIBIT 1

# EXHIBIT B

# Sampling of Ford's Pre-Sale Knowledge

**Sep 11, 2011**

[redacted] (Mot. Ex. 22 at -29.)

**2012**

Ford engineer Joel Beltramo said in 2017, reflecting on the [redacted] " and [redacted] for the Sigma (1.5L/1.6L) engines. [redacted] (Mot. Ex. 35 at -11.)

**May 15, 2012**

Ford sells the first 1.6L EcoBoost saw cut vehicle. In the early years of the 1.6L, [redacted] " was one of the top warranty spend categories. Engineers also observed [redacted] " at low mileage. (Mot. Ex. 38 at -33; Mot. Ex. 41 at -32, -37; FORD-MILLER 00905683; see Dkt. 162-5 ¶ 3.)

**2012**

During pre-release testing for the 1.6L engine, Ford observes [redacted]." In the next year or so, Ford observed [redacted] with the 2.0L engine. (Mot. Ex. 40 at -14.)

**May 18, 2012**

[redacted] (Mot. Ex. 30 at -81.)

**2013**

Ford knew during pre-release testing on the 1.5L engine that [redacted] (Reply Ex. 73.)

**Jan 07, 2013**

Ford engineer observes bore bridge cracks in pre-production 2.3L engine; he notes the engine's saw cut and says: [redacted] (Reply Ex. 70 at -195.)

**Jan 17, 2013**

During 2013-2014 pre-release testing of the 2.0L/2.3L head gasket, multiple failures indicative of the Defect are reported. As Ford would later admit, [redacted] (Mot. Ex. 29 at -72; Reply Ex. 72.)

**Feb 19, 2013**

Ford engineer observes in 2.0L/2.3L pre-release testing that [redacted]," including because of [redacted] (Reply Ex. 71 at -61.)

**Mar 05, 2013**

Ford observes [redacted] " for 1.6L vehicle (Mot. Ex. 38 at -97.)

**Aug 12, 2013**

Ford sells the first 1.5L Class Vehicle (FORD-MILLER 00905684; see Dkt. 162-5 ¶ 3.)

**Feb 18, 2014**

Ford sells the first 2.3L Class Vehicle (NELSON-FORD 0297713; see Dkt. 162-5 ¶ 3.)

**Feb 23, 2015**

Ford sells the first 2.0L Class Vehicle (FORD-MILLER 00905687; see Dkt. 162-5 ¶ 3.)

2011 | 2012 | 2013 | 2014 | 2015