UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA MILLER, et al.,<br>Plaintiffs,<br>v.<br>FORD MOTOR COMPANY,<br>Defendant. | No. 2:20-cv-01796-DAD-CKD<br><br><u>ORDER GRANTING DEFENDANT'S UNOPPOSED REQUEST TO FILE SUR-REPLY TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION</u><br><br>(Doc. No. 193) |

This matter is before the court on defendant's unopposed request to file a sur-reply in support of its opposition to plaintiffs' motion for class certification. (Doc. No. 193.)

On June 22, 2026, plaintiffs filed a motion for class certification. (Doc. No. 162.) On July 15, 2026, defendant filed its opposition to plaintiffs' motion for class certification. (Doc. No. 169.) On July 29, 2026, plaintiffs file their reply thereto. (Doc. No. 181.) On August 19, 2026, defendant filed the pending unopposed request for leave to file a sur-reply. (Doc. No. 193.) In addition, defendant attached its proposed sur-reply as Exhibit A. (Doc. No. 193-1.)

Parties do not have a general right to file sur-reply briefs. *See* L.R. 230. However, "nothing in the Federal Rules of Civil Procedure prevents the court from granting a party leave to file a sur-reply." *McGechie v. Atomos Ltd.*, No. 2:22-cv-01812-DJC-DB, 2023 WL 2918681 at *1 (E.D. Cal. Apr. 12, 2023). "A decision to grant or deny leave to file a sur-reply is generally

committed to the sound discretion of the court." *Tounget v. Valley-Wide Recreation & Park Dist.*, No. 16-cv-00088-JGB-KK, 2020 WL 8410456 at *2 (C.D. Cal. Feb. 20, 2020) (internal quotation and citation omitted). "Although the [c]ourt may in its discretion permit the filing of a sur[-]reply, this discretion should be exercised in favor of allowing a sur[-]reply only where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." *Fedrick v. Mercedes-Benz USA, LLC*, 366 F. Supp. 2d 1190, 1197 (N.D. Ga. 2005).

Plaintiffs' reply includes a new request to modify the class definition and a proposed trial plan. (Doc. No. 181.) To respond to the newly proposed class definition and trial plan, defendant seeks leave to file a sur-reply. (Doc. No. 193 at 3.) The court is persuaded that such a limited sur-reply is warranted here.

Accordingly,

1. Defendant's request for leave to file a sur-reply (Doc. No. 193) is GRANTED; and
2. Defendant's proposed sur-reply (Doc. No. 193-1) is deemed filed as of the date of this order.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE